Keegan G. Low, Esq. (Resident Counsel)
Nevada State Bar #307
Barry L. Breslow, Esq. (Resident Counsel)
Nevada State Bar #3023
Robison, Belaustegui, Sharp & Low
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Emails: klow@rbsllaw.com;
bbreslow@rbsllaw.com

Steve W. Berman (*pro hac vice*)
Nicholas S. Boebel (*pro hac vice*)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Emails: steve@hbsslaw.com;
nickb@hbsslaw.com

Christopher D. Banys (*pro hac vice*)
Richard C. Lin (*pro hac vice*)
Banys, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
Telephone: (650) 308-8505
Emails: cdb@banyspc.com;
rcl@banyspc.com

*Attorneys for Plaintiff Applications in Internet Time LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SALESFORCE.COM, INC, <br><br> Defendant. | Civil Action No.: 3:13-CV-00628-RCJ-VPC <br><br> **PLAINTIFF APPLICATIONS IN INTERNET TIME, LLC'S ANSWER TO DEFENDANT SALESFORCE.COM INC.'S COUNTERCLAIMS** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

Plaintiff Applications in Internet Time, LLC ("AIT") responds to the Counterclaims of

Defendant Salesforce.com, Inc. ("Salesforce") set forth in Salesforce's Answer and

Counterclaims to Plaintiff Applications in Internet Time, LLC's Complaint for Patent Infringement (Dkt. No. 24) as follows:

### PARTIES

1. AIT admits the allegations in Paragraph 1 of the Counterclaims.
2. AIT admits the allegations in Paragraph 2 of the Counterclaims.

### JURISDICTION AND VENUE

3. AIT admits the allegations in Paragraph 3 of the Counterclaims.
4. AIT admits the allegations in Paragraph 4 of the Counterclaims.
5. AIT admits the allegations in Paragraph 5 of the Counterclaims.

### FACTUAL BACKGROUND

6. AIT admits the allegations in Paragraph 6 of the Counterclaims.
7. AIT admits the allegations in Paragraph 7 of the Counterclaims.
8. AIT admits the allegations in Paragraph 8 of the Counterclaims.

### COUNT I – DECLARATORY RELIEF REGARDING NON-INFRINGEMENT OF THE '482 PATENT

9. AIT incorporates by reference its responses to the previous allegations set forth in the Paragraphs above as if fully set forth herein.
10. AIT denies the allegations in Paragraph 10 of the Counterclaims.
11. AIT admits the allegations in Paragraph 11 of the Counterclaims.
12. AIT denies the allegations in Paragraph 12 of the Counterclaims.

### COUNT II – DECLARATORY RELIEF REGARDING NON-INFRINGEMENT OF THE '111 PATENT

13. AIT incorporates by reference its responses to the previous allegations set forth in the Paragraphs above as if fully set forth herein.
14. AIT denies the allegations in Paragraph 14 of the Counterclaims.
15. AIT admits the allegations in Paragraph 15 of the Counterclaims.
16. AIT denies the allegations in Paragraph 16 of the Counterclaims.

///

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

### COUNT III – DECLARATORY RELIEF REGARDING INVALIDITY OF THE '482 PATENT

17. AIT incorporates by reference its responses to the previous allegations set forth in the Paragraphs above as if fully set forth herein.

18. AIT denies the allegations in Paragraph 18 of the Counterclaims.

19. AIT admits the allegations in Paragraph 19 of the Counterclaims.

20. AIT denies the allegations in Paragraph 20 of the Counterclaims.

### COUNT IV – DECLARATORY RELIEF REGARDING INVALIDITY OF THE '111 PATENT

21. AIT incorporates by reference its responses to the previous allegations set forth in the Paragraphs above as if fully set forth herein.

22. AIT denies the allegations in Paragraph 22 of the Counterclaims.

23. AIT admits the allegations in Paragraph 23 of the Counterclaims.

24. AIT denies the allegations in Paragraph 24 of the Counterclaims.

### PRAYER FOR RELIEF

WHEREFORE, AIT prays for judgment and seeks relief against Salesforce as follows:

A. That all relief requested by AIT in its Complaint be granted;

B. That all relief requested by Salesforce in its Answer and Counterclaims to Plaintiff Applications in Internet Time, LLC's Complaint for Patent Infringement be denied and that Salesforce takes nothing by way of Counterclaims;

C. That Salesforce's Counterclaims be dismissed in their entirety with prejudice.

D. That the Court grant AIT further relief as the Court deems just and proper.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, AIT hereby requests a trial by jury of any and all issues so triable that arise out of or relate to Salesforce's Counterclaims.

Dated: February 12, 2014

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By /s/ Keegan G. Low
Keegan G. Low, Esq. (Resident Counsel)
Nevada State Bar #307
Barry L. Breslow, Esq. (Resident Counsel)
Nevada State Bar #3023

Steve W. Berman (*pro hac vice*)
Nicholas S. Boebel (*pro hac vice*)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9320
Emails: steve@hbsslaw.com;
nickb@hbsslaw.com

Christopher D. Banys (*pro hac vice*)
Richard C. Lin (*pro hac vice*)
Banys, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
Telephone: (650) 308-8505
Emails: cdb@banyspc.com;
rcl@banyspc.com

*Attorneys for Plaintiff Applications in Internet Time LLC*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, and that on this date I caused to be served a true copy of **PLAINTIFF APPLICATIONS IN TIME, LLC'S ANSWER TO DEFENDANT SALESFORCE.COM INC.'S COUNTERCLAIM - JURY TRIAL DEMANDED** on all parties to this action by the method(s) indicated below:

__X__ by placing true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

>   Kevin Johnson
>   Ray Zado
>   Quinn Emanuel Urquahrt & Sullivan, LLP
>   555 Twin Dolphin Dr., 5th Floor
>   Redwood Shores, CA 94065

__X__ by using the Court's CM/ECF Electronic Notification System addressed to:

>   Leigh Goddard, Esq.
>   lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

>   John Frankovich, Esq.
>   jfrankovich@mcdonaldcarano.com, kmorris@mcdonaldcarano.com

_____ by personal delivery/hand delivery addressed to:

_____ by facsimile (fax) addressed to:

_____ by Federal Express/UPS or other overnight delivery addressed to:

DATED:   This 13th day of February, 2014

*/s/ Claudia Zurbrugg*

J:\WPData\BLB\14343.001 AIT v. Salesforce\Pleadings\P-Certificate of Service.Carded.wpd