| | |
|---|---|
| Keegan G. Low, Esq. (Resident Counsel)<br>Nevada State Bar #307<br>Barry L. Breslow, Esq. (Resident Counsel)<br>Nevada State Bar #3023<br>Robison, Belaustegui, Sharp & Low<br>A Professional Corporation<br>71 Washington Street<br>Reno, Nevada 89503<br>Telephone: (775) 329-3151<br>Emails: klow@rbsllaw.com;<br>bbreslow@rbsllaw.com<br><br>Steve W. Berman (*pro hac vice*)<br>Nicholas S. Boebel (*pro hac vice*)<br>Hagens Berman Sobol Shapiro LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 268-9320<br>Emails: steve@hbsslaw.com;<br>nickb@hbsslaw.com<br><br>Christopher D. Banys (*pro hac vice*)<br>Richard C. Lin (*pro hac vice*)<br>Banys, P.C.<br>1032 Elwell Court, Suite 100<br>Palo Alto, CA 94303<br>Telephone: (650) 308-8505<br>Emails: cdb@banyspc.com;<br>rcl@banyspc.com<br><br>*Attorneys for Plaintiff Applications in Internet Time LLC* | JOHN FRANKOVICH, NV Bar #667<br>LEIGH GODDARD, NV Bar #6315<br>McDonald Carano Wilson LLP<br>100 West Liberty Street, 10th Floor<br>P.O. Box 2670<br>Reno, NV 89505-2670<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>Email: jfrankovich@mcdonaldcarano.com<br>lgoddard@mcdonaldcarano.com<br><br>KEVIN JOHNSON (*pro hac vice*)<br>RAY ZADO (*pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: **kevinjohnson**@quinnemanuel.com<br>**rayzado**@quinnemanuel.com<br><br>*Attorneys for Defendant salesforce.com, inc.* |



```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        MAY 18 2015

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>  Defendant. | Civil Action No.: 3:13-CV-00628-RCJ-VPC<br><br>**JOINT MOTION TO AMEND CASE SCHEDULE** |

The parties, through their attorneys of record, hereby submit the following Joint Motion to

04554-00001/6769160.1

Amend the Case Schedule pursuant to Local Rule 16.1-18.

1. **Current Status of the Case.**

On August 1st and August 4th, 2014, Salesforce petitioned for review of the claims of the asserted '482 and '111 patents as covered business methods by the Patent Trial and Appeal Board ("PTAB"). On August 25, 2014, the Court stayed the case pending final resolution of the petitions. Dkt. 56. On February 2, 2015, a panel of the Patent Trial and Appeal Board issued decisions declining to institute review of the claims of the '482 and '111 patents on the ground that the challenged claims are not directed to covered business methods and would therefore not be subject to review. On February 17, 2015, the parties submitted a Joint Status Report in which plaintiff Applications in Internet Time, LLC requested that the Court lift the stay, and defendant Salesforce.com, Inc. requested that the stay continue pending resolution of its anticipated request for rehearing - which request for rehearing was filed on March 4, 2015. See Dkt. 57. On April 27, 2015, the Court lifted the stay and Ordered the parties to "proceed in this case pursuant to the Local Rules." Dkt. 58.

2. **Proposed schedule.**

On May 1, 2015, the parties met and conferred and agreed to submit this Joint Motion to Amend the Case Schedule with proposed schedule below.

   **a. A deadline for the completion of discovery.**

As set forth in the parties' Discovery Plan and Scheduling Order (Dkt. No. 36) filed on March 13, 2014, special scheduling review was requested and adopted by the Court (Dkt. No. 42). Pursuant to that Order, all discovery shall be completed sixty (60) days after rebuttal expert disclosures are served.

   **b. A deadline for amending the pleadings and adding parties**

All motions to join other parties, and to amend or supplement the pleadings, shall be filed

on or before September 8, 2015, provided that motions for leave to amend the pleadings to plead defenses such as inequitable conduct based on discovery shall be filed on or before December 8, 2015.

3.  **Disclosures and Briefing Required by the Patent Local Rules:**

| Event | Deadline |
|---|---|
| Plaintiff to serve initial disclosure of asserted claims and infringement contentions pursuant to Local Rule 16.1-6. | Served |
| Plaintiff to produce documents accompanying initial disclosure of asserted claims and infringement contentions pursuant to Local Rule 16.1-7. | Served |
| Defendant to serve initial disclosure of noninfringement, invalidity and unenforceability contentions pursuant to Local Rule 16.1-8 | Served |
| Defendant to produce documents accompanying initial disclosure of invalidity contentions pursuant to Local Rule 16.1-9. | Served |
| Plaintiff to serve response to initial noninfringement, invalidity and unenforceability contentions pursuant to Local Rule 16.1-10. | May 22, 2015 |
| Pre-Claim Construction Settlement Conference pursuant to Local Rule 16.1-19(a) | TBD by Court |
| Exchange of proposed terms for claim construction pursuant to Local Rule 16.1-13. | June 13, 2015 |
| Parties to meet and confer regarding claim terms pursuant to Local Rule 16.1-13. | June 29, 2015 |
| Exchange of preliminary claim constructions and extrinsic evidence pursuant to Local Rule 16.1-14. | July 16, 2015 |

| | | |
|---|---|---|
| 1 | Joint Claim Construction and Prehearing Statement to be submitted pursuant to Local Rule 16.1-15. | August 14, 2015 |
| 2 | Plaintiff to submit opening claim construction brief pursuant to Local Rule 16.1-16. | September 18, 2015 |
| 3 | Defendant to submit responsive claim construction brief pursuant to Local Rule 16.1-16. | October 16, 2015 |
| 4 | Plaintiff to submit reply claim construction brief pursuant to Local Rule 16.1-16. | October 30, 2015 |
| 5 | *Markman* Hearing | TBD by Court |
| 6 | Parties to meet and confer in advance of Post-Claim Construction Order Scheduling Conference | 7 days following issuance of claim construction order |
| 7 | Post-Claim Construction Order Scheduling Conference | 21 Days following issuance of claim construction order (or earliest available hearing date thereafter) |
| 8 | Post-Claim Construction Order Settlement Conference pursuant to Local Rule 16.1-19(b) | TBD by Court |
| 9 | Pretrial Settlement Conference pursuant to Local Rule LR 16.1-19(c) | TBD by Court |

DATED: 5/15/15

Robison, Belaustegui, Sharp & Low

Keegan G. Low
Barry L. Breslow

Steve W. Berman
Nicholas S. Boebel
Hagens Berman Sobol Shapiro LLP

Christopher D. Banys
Richard C. Lin
Banys, P.C.

*Attorneys for Plaintiff*

McDonald Carano Wilson LLP

John Frankovich
Leigh Goddard

Kevin Johnson
Ray Zado
Quinn Emanuel Urquhart & Sullivan, LLP

*Attorneys for Defendant*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: May 18, 2015

-4-