UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SALESFORCE.COM, INC.,<br><br>Defendant. | Case No.: 3:13-CV-00628-RCJ-VPC<br><br>ORDER SETTING STATUS CONFERENCE MOTION HEARING, MONDAY, SEPTEMBER 17, 2018 |

On June 14, 2016, the Court entered an Order (ECF No. 82) granting Defendant's motion to stay this action until the final resolution of the *Inter Partes* Review proceedings at Case Nos. IPR2015-01750, IPR2015-01751 and IPR2015-01752. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Monday, September 17, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 8th day of August, 2018.

_____
ROBERT C. JONES

ORDER SETTING STATUS CONFERENCE MOTION HEARING, MONDAY, SEPTEMBER 17, 2018 - 1