# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

APPLICATIONS IN INTERNET TIME, LLC,

    Plaintiff(s),

vs.

SALESFORCE.COM, INC.,

    Defendant(s).

Case #3:13-CV-00628-RCJ-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Steven C. Sereboff_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

SoCal IP Law Group LLP
(firm name)

with offices at    1332 Anacapa St, Ste 201   ,
(street address)

Santa Barbara , California , 93101 ,
(city) (state) (zip code)

(805) 230-1350 , ssereboff@socalip.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Applications in Internet Time, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  12/16/1991 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court of the Central District of Califor | 12/16/1991 | 156731 |
| US District Court of the Northern District of Calif | 12/16/1991 | 156731 |
| District Of Columbia Court of Appeals | 01/01/1993 | 156731 |
| Supreme Court of the United States of America | 01/01/2009 | 156731 |
| Supreme Court of California | 12/16/1991 | 156731 |
| U.S. Court of Appeals for the Federal Circuit | 06/24/1992 | 156731 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF _____ )

___Steven C. Sereboff___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _see attached certificate_, _____.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael A. Burke___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____71 Washington St._____,
(street address)

___Reno___, ___Nevada___, ___89503___,
(city)   (state)   (zip code)

___775-329-3151___, ___mburke@rssblaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

~~1.~~
~~2.~~
~~3.~~
~~4.~~
~~5.~~
~~6.~~

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Ventura

Subscribed and sworn to (or affirmed) before me on this 11th day of September, 20 18, by
(1) Steven C. Sereboff
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Elisha D. Manzur_
Signature of Notary Public

ELISHA D. MANZUR
Commission # 2128222
Notary Public - California
Ventura County
My Comm. Expires Sep 27, 2019

Seal
Place Notary Seal Above

─────────── OPTIONAL ───────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

DocuSign Envelope ID: 7D020327-8A6A-411B-9AD3-F026400FE9E0

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael A. Burke_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Douglas Sturgeon_
(party's signature)

Douglas Sturgeon, President Applications in Internet Time LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11527          MBURKE@RSSBLAW.COM
Bar number      Email address

APPROVED:
DATED: This 28th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *STEVEN CHARLES SEREBOFF*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEVEN CHARLES SEREBOFF, #156731, was on the 16th day of December 1991, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of September 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
F. Coello, *Deputy Clerk*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the attached **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CAE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** on all parties to this action by the method(s) indicated below:

____ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

**John J Frankovich**
**Leigh T Goddard**
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

**Kevin P.B. Johnson**
**Ray R Zado**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**Sam S. Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*Attorneys for Defendant Salesforce.com, Inc.*

____ by personal delivery/hand delivery addressed to:

____ by email addressed to:

| | |
|---|---|
| John J. Frankovich: | jfrankovich@mcdonaldcarano.com |
| Leigh T. Goddard: | lgoddard@mcdonaldcarano.com |
| Kevin P.B. Johnson: | kevinjohnson@quinnemanuel.com |
| Ray R. Zado: | rayzado@quinnemanuel.com |
| Sam Stake: | samstake@quinnemanuel.com |

__X__ by using the Court's CM/ECF Electronic Notification System.

DATED this 13th day of September, 2018.

_____
Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1