# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

APPLICATIONS IN INTERNET TIME, LLC,

    Plaintiff(s),

vs.

SALESFORCE.COM, INC.,

    Defendant(s).

Case #3:13-cv-00628-RCJ-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Philip Graves_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Hagens Berman Sobol Shapiro LLP_____
(firm name)

with offices at _____301 North Lake Ave., Suite 920_____,
(street address)

_____Pasadena_____, _____California_____, _____91101_____,
(city) (state) (zip code)

_____213-330-7147_____, _____philipg@hbsslaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Applications in Internet Time, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  06/14/1991 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Applicant's license in Washington state was administratively suspended for nonpayment of bar dues in 1995, and from 2006 to 2018. Applicant was on inactive status in Washington state in both instances, has never practiced law in Washington state and was unaware of the second suspension. His license was reinstated in 2018.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California, Washington, Alaska.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF _____Los Angeles_____ )

_____Philip Graves_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

_____SEE ATTACHED JURAT_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Michael Burke_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____71 Washington Street_____,
(street address)

_____Reno_____, _____Nevada_____, _____89503_____,
(city)           (state)           (zip code)

_____775-329-3151_____, _____mburke@rsslaw.com_____.
(area code + telephone number)     (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____  _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of September, 2018, by

(1) Philip J. Graves

(and (2) _____ );
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

RONEVA D. DUNGER
Notary Public – California
Los Angeles County
Commission # 2221823
My Comm. Expires Dec 11, 2021

Place Notary Seal Above

──────────── OPTIONAL ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Verified Petition     Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael Burke_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Douglas Sturgeon_____
(party's signature)

Douglas Sturgeon, President & Managing Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Michael Burke_____
Designated Resident Nevada Counsel's signature

__11527__          mburke@rsslaw.com
Bar number         Email address

APPROVED:
DATED: This 28th day of September, 2018.

_____/s/ R. James_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

ATTACHMENT A

| COURT | ADMISSION DATE | BAR NUMBER |
|---|---|---|
| California | 06/14/1991 | 153441 |
| Washington | 11/25/1992 | 22355 |
| Alaska | 11/14/1991 | 9111086 |
| U.S. Supreme Court | 06/02/2003 | |
| U.S. Court of Appeals for the Federal Circuit | 01/15/2003 | |
| U.S. Court of Appeals for the Ninth Circuit | 04/16/1993 | |
| U.S. District Court, Central District of California | | |
| U.S. District Court, Northern District of California | | |
| U.S. District Court, Eastern District of California | | |
| U.S. District Court, Southern District of California | | |

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 16, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PHILLIP JAROLD GRAVES, #153441 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 1991; that from the date of admission to December 16, 1991, he was an ACTIVE member of the State Bar of California; that on December 16, 1991, he transferred at his request to the INACTIVE status as of December 10, 1991; that from that date to October 26, 1992, he was an INACTIVE member of the State Bar of California; that on October 26, 1992, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records

# CERTIFICATION OF CURRENT STATUS

September 7, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Philip J. Graves**, WSBA ID# **22355** was admitted to the practice of law as a Lawyer in this state by the Supreme Court of Washington on **November 25, 1992**, and is, as of today's date, a(n) **Inactive Lawyer** of the Washington State Bar Association, <u>**Ineligible**</u> to practice law in this state as a Lawyer.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# The Supreme Court of the State of Alaska

## Certificate of Good Standing

I, Marilyn May, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Philip Graves

was admitted to practice before all courts of the State of Alaska on November 14, 1991; that Philip Graves' professional character appears to be good; and that he is presently an inactive member in good standing in this court.

Dated at Anchorage, Alaska on September 5, 2018.

Marilyn May
Clerk of the Supreme Court

By: Ryan Montgomery-Sythe, Deputy Clerk

