UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>Defendant. | Case No.: 3:13-cv-00628-RCJ-CBC<br><br>**ORDER CONTINUING STAY PENDING INTER PARTES REVIEW** |

On June 14, 2016, the Court stayed this case until the conclusion of the United States Patent and Trademark Office's Patent Trial and Appeal Board's ("PTAB") inter partes review ("IPR") of the two patents at issue in this case: U.S. Patent No. 7,356,482 and U.S. Patent No. 8,484,111. ECF No. 82. At the Status Conference on September 17, 2018, the parties apprised the Court of the status of AIT's pending appeal from the PTAB's Final Written Decisions in the IPR proceedings.

IT IS HEREBY ORDERED that the Court continues the stay, including for the reasons provided at the Status Conference. The Court directs the parties to file status reports regarding the PTAB's IPR proceedings on or before Friday, March 29, 2019.

IT IS SO ORDERED.

DATE: March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE