# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

APPLICATIONS IN INTERNET TIME, LLC,

    Plaintiff,

vs.

SALESFORCE.COM, INC.,

    Defendant.

Case No. 3:13-CV-00628-RCJ-CLB

**ORDER**

On January 7, 2020, this Court denied Plaintiff's motion to lift stay, finding that Plaintiff had not demonstrated sufficient prejudice to lift the stay instituted due to ongoing litigation before the Patent Trial and Appeal Board (PTAB) regarding a petition for inter partes review from RPX Corp. (ECF No. 116.) A significant consideration in initially granting and in continuing the stay is the potential for PTAB's order to have preclusive effect on the instant case—including the possibility of mooting the case entirely. However, the Court is aware that this litigation began in November 2013, that the potential for prejudice increases proportionally with the amount of delay, and that such prejudice may soon outweigh the concern over parallel litigations before this Court and PTAB.

///

IT IS HEREBY ORDERED that the parties shall file a Joint Status Report every sixty days beginning on March 6, 2020.

IT IS SO ORDERED.

Dated February 5, 2020.

                                                                                  ROBERT C. JONES
                                                                            United States District Judge