Michael A. Burke, Esq. (SBN 11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: 775-329-3151
Email: mburke@rssblaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 268-9320
Email: steve@hbsslaw.com

Philip J. Graves (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 920 Pasadena, CA 91101
Telephone: (213) 330-7150
Email: philipg@hbsslaw.com

Steven C. Sereboff (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**[PROPOSED] ORDER RE MOTION TO WITHDRAW STEVE W. BERMAN AND PHILIP J. GRAVES AS COUNSEL FOR PLAINTIFF** |

005023-11/1345415 V1

1  Upon consideration of Plaintiff Applications In Internet Time, LLC's Motion to
2  Withdraw Steve W. Berman and Philip J. Graves as counsel of record, the Court is of the opinion
3  that the Motion should be granted.

   IT IS SO ORDERED.

   DATED: September 21, 2020          By: _____
                                           UNITED STATES MAGISTRATE JUDGE

Presented by:

Steve W. Berman (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 268-9320
Email: steve@hbsslaw.com

Philip J. Graves (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Suite 920 Pasadena, CA 91101
Telephone: (213) 330-7150
Email: philipg@hbsslaw.com

*Attorneys for Plaintiff Applications
in Internet Time, LLC*

1

005023-11/1345415 V1