# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

APPLICATIONS IN INTERNET TIME, LLC,

    Plaintiff(s),

vs.

SALESFORCE.COM, INC.,

    Defendant(s).

Case #3:13-CV-00628-RCJ-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Elizabeth Long_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____King & Wood Mallesons LLP_____
(firm name)

with offices at _____500 Fifth Avenue, 50th Floor_____,
(street address)

_____New York_____, _____New York_____, _____10110_____,
(city) (state) (zip code)

_____2123194755_____, _____elizabeth.long@us.kwm.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Applications in Internet Time, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___3/3/2003___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___New York___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for Federal Circuit | 9/2003 | N/A |
| U.S. Court of Appeals for Veterans Claims | 12/2008 | N/A |
| U.S. Dist. Court for the Southern Dist. of N.Y. | 3/03 | N/A |
| U.S. Dist. Court for the Eastern Dist. of N.Y. | 3/03 | N/A |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___New York___ )
COUNTY OF ___Queens___ )

___Elizabeth Long___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __October__, __2020__

_____
Notary Public or Clerk of Court

JULIE LEE
Notary Public, State of New York
No. 01LE6109529
Qualified in Queens County
Commission Expires May 10, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael A. Burke___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___71 Washington Street___,
(street address)

___Reno___, ___Nevada___, ___89503___,
(city)         (state)         (zip code)

___775-329-3151___, ___mburke@rssblaw.com___.
(area code + telephone number)    (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael A. Burke_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____/s/ Douglas Sturgeon_____
(party's signature)

Douglas Sturgeon, President & Managing Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Michael A. Burke_____
Designated Resident Nevada Counsel's signature

11527                mburke@rssblaw.com
Bar number           Email address

APPROVED:

Dated: this __21st__ day of __October__, 20 __20__.

_____/s/ R. Jones_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the attached **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** on all parties to this action by the method(s) indicated below:

\_\_\_\_ by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

**John J Frankovich**
**Leigh T Goddard**
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

**Kevin P.B. Johnson**
**Ray R Zado**
**Sam S. Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**Sam S. Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*Attorneys for Defendant Salesforce.com, Inc.*

\_\_\_\_ by personal delivery/hand delivery addressed to:

\_\_\_\_ by email addressed to:

John J. Frankovich:	jfrankovich@mcdonaldcarano.com
Leigh T. Goddard:	lgoddard@mcdonaldcarano.com
Kevin P.B. Johnson:	kevinjohnson@quinnemanuel.com
Ray R. Zado:	rayzado@quinnemanuel.com
Sam Stake:	samstake@quinnemanuel.com

  X     by using the Court's CM/ECF Electronic Notification System.

DATED this 5th day of October, 2020.

/s/ Monica R. Wilmoth
Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

# EXHIBIT 1

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## Elizabeth Anne Long

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 3, 2003, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

October 2, 2020

*Clerk of the Court*

6884