Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Andrea Pacelli, Esq. (*pro hac vice*)
Elizabeth Long, Esq. (*pro hac vice*)
Eric Berger, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
elizabeth.long@us.kwm.com
eric.berger@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Applications in Internet Time, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Salesforce.com, Inc. <br><br> Defendant. | Case No. 3:13-CV-00628-RCJ-CLB <br><br> **AIT'S REQUEST FOR A STATUS CONFERENCE UNDER L.R. 16-2** |

Pursuant to L.R. 16-2, Plaintiff Applications in Internet Time, LLC ("AIT") respectfully requests that the Court hold a status conference in view of the termination of *inter partes* review ("IPR") proceedings involving the two patents at issue in this action.

This action has been stayed since June 14, 2016 pending IPR proceedings filed by RPX

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00014/12416996.1

LIVE 10745889v.2

1  Corporation ("RPX") challenging the validity of the two patents at issue. (Dkt. #82.) However, the
2  Court's purpose for the stay disappeared when the Patent Trial and Appeal Board ("PTAB")
3  terminated the IPR proceedings (Dkt. #127, Ex. B), and further denied RPX's request for rehearing
4  of the termination decision (Dkt. #137, Ex. A). Notably, Salesforce's only argument for maintaining
5  or extending the stay was based on the theoretical possibility the PTAB could grant rehearing, a
6  possibility that no longer exists. (*See* Dkt. #134.) Despite this, Salesforce has refused to engage in
7  discovery or discussions concerning resumption of the action. As such, AIT respectfully requests a
8  status conference for the parties to discuss with the Court the time and manner in which activity in
9  this case should be restarted, including, e.g., the scheduling of a *Markman* hearing and the setting
10 of a calendar for the completion of fact and expert discovery.

11         DATED: This 7th day of January 2021.

12                         ROBISON, SHARP, SULLIVAN & BRUST
                           71 Washington Street
13                         Reno, Nevada 89503

14                         */s/ Michael A. Burke, Esq.*
                           MICHAEL A. BURKE, ESQ.
15                         *Attorneys for Plaintiff Applications in Internet Time, LLC*

16
                           Andrea Pacelli, Esq. (pro hac vice)
17                         Elizabeth Long, Esq. (pro hac vice)
                           Eric Berger, Esq. (pro hac vice)
18                         KING & WOOD MALLESONS LLP
                           500 Fifth Ave., 50th Floor
19                         New York, New York 10110

20                         Steven C. Sereboff (pro hac vice)
21                         SoCAL IP LAW GROUP LLP
                           1332 Anacapa, Suite 201
22                         Santa Barbara, CA 93101

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

2

LIVE 10745889v.2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused to be served a true copy of the attached **AIT'S REQUEST FOR A STATUS CONFERENCE UNDER L.R. 16-2** on all parties to this action by the method(s) indicated below:

____    by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

**John J Frankovich**
**Leigh T Goddard**
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

**Kevin P.B. Johnson**
**Ray R Zado**
**Sam S. Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**Sam S. Stake**
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

*Attorneys for Defendant Salesforce.com, Inc.*

____    by personal delivery/hand delivery addressed to:

____    by email addressed to:

John J. Frankovich:       jfrankovich@mcdonaldcarano.com
Leigh T. Goddard:         lgoddard@mcdonaldcarano.com
Kevin P.B. Johnson:       kevinjohnson@quinnemanuel.com
Ray R. Zado:              rayzado@quinnemanuel.com
Sam Stake:                samstake@quinnemanuel.com

  X      by using the Court's CM/ECF Electronic Notification System.

DATED this 7th day of January, 2021.

/s/ Monica R. Wilmoth
Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1