| | |
|---|---|
| Michael A. Burke, Esq. (NSB #11527)<br>ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington St.<br>Reno, NV 89503<br>Telephone: (775) 329-3151<br>Email: mburke@rssblaw.com<br><br>Andrea Pacelli, Esq. (*pro hac vice*)<br>Elizabeth Long, Esq. (*pro hac vice*)<br>Eric Berger, Esq. (*pro hac vice*)<br>KING & WOOD MALLESONS LLP<br>500 Fifth Ave., 50th Floor<br>New York, New York 10110<br>Telephone: (212) 319-4755<br>Email: andrea.pacelli@us.kwm.com<br>elizabeth.long@us.kwm.com<br>eric.berger@us.kwm.com<br><br>Steven C. Sereboff, Esq. (*pro hac vice*)<br>SoCAL IP LAW GROUP LLP<br>1332 Anacapa, Suite 201<br>Santa Barbara, CA 93101<br>Telephone: (805) 230-1356<br>Email: ssereboff@socalip.com<br><br>*Attorneys for Plaintiff Applications in Internet Time, LLC* | John Frankovich, NV Bar #667<br>Leigh Goddard, NV Bar #6315<br>MCDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>P.O. Box 2670<br>Reno, NV 89505-2670<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>Email: jfrankovich@mcdonaldcarano.com<br>lgoddard@mcdonaldcarano.com<br><br>Kevin Johnson (*pro hac vice*)<br>Ray Zado (*pro hac vice*)<br>Sam Stake (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: kevinjohnson@quinnemanuel.com<br>rayzado@quinnemanuel.com<br>samstake@quinnemanuel.com<br><br>*Attorneys for Defendant salesforce.com, inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Applications in Internet Time, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Salesforce.com, Inc.<br><br>    Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**JOINT CASE STATUS REPORT** |

The parties, through their attorneys of record, hereby submit the following Joint Status Report pursuant to this Court's Order dated February 5, 2020. (Dkt. #117.)

04554-00001/12507702.1

1.    On June 14, 2016, the Court granted Defendant salesforce.com, inc.'s (Salesforce) motion to stay the action pending *inter partes* review (IPR) filed with the Patent Trial and Appeal Board (PTAB) by RPX Corporation (RPX) challenging the validity of the patents-in-suit. (Dkt. #82)

2.    On December 28, 2016, the PTAB entered final written decisions (FWDs) in the IPR proceedings concluding that the challenged claims of the two patents in suit are unpatentable.

3.    On July 9, 2018, after Plaintiff Applications in Internet Time, LLC (AIT) appealed the PTAB's final written decisions, the Court of Appeals for the Federal Circuit (CAFC) vacated the FWDs and remanded to the PTAB.

4.    On October 30, 2018, the CAFC issued its formal mandate to the PTAB in accordance with its July 9, 2018 judgment.

5.    On April 25, 2019, with all briefing complete, the PTAB held an oral hearing on whether Salesforce is a real party-in-interest or privy of RPX.

6.    On September 9, 2020, the Patent Trial and Appeal Board ("PTAB") issued a decision terminating RPX's IPR proceedings because it determined Salesforce was a real party in interest to the IPRs and, accordingly, that RPX's petitions were time-barred under 35 U.S.C. § 315(b). (Dkt. #127, Ex. B.)

7.    On November 2, 2020, AIT filed a Motion to Lift Stay in view of the PTAB's termination decision. (Dkt. #130.) Salesforce filed an opposition to AIT's motion on November 16, 2020 (Dkt. #134) and AIT filed a reply on November 23, 2020 (Dkt. #136). AIT's Motion to Lift Stay has been fully briefed and is currently before the Court.

8.    On November 30, 2020, AIT filed a Notice of Supplemental Authority to notify the Court that the PTAB had denied RPX's request for rehearing of the termination decision. (Dkt. #137.) Salesforce filed a response to AIT's notice on December 4, 2020 (Dkt. #138) and AIT filed a reply on December 7, 2020 (Dkt. #139).

9.    On January 7, 2021 AIT filed a request for a status conference pursuant to L.R. 16-2 in view of the PTAB's termination of the IPR proceedings. (Dkt. #141.)

1  DATED: This 11th day of January 2021.

2

3  */s/ Andrea Pacelli*
   Andrea Pacelli, Esq. (*pro hac vice*)
4  Elizabeth Long, Esq. (*pro hac vice*)
   Eric Berger, Esq. (*pro hac vice*)
5  KING & WOOD MALLESONS LLP
   500 Fifth Ave., 50th Floor
6  New York, New York 10110

7  *Attorneys for Plaintiff Applications in Internet Time, LLC*

8  MICHAEL A. BURKE, ESQ.
   ROBISON, SHARP, SULLIVAN & BRUST
9  71 Washington Street
   Reno, Nevada 89503
10

11 Steven C. Sereboff, Esq. (*pro hac vice*)
   SoCAL IP LAW GROUP LLP
12 1332 Anacapa, Suite 201
   Santa Barbara, California 93101
13

14 DATED: This 10th day of January 2021.

15 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555, Twin Dolphin Drive, 5th Floor
16 Redwood Shores, California 94065

17  */s/ Sam Stake*
   SAM STAKE, ESQ.
18 *Attorneys for Defendant salesforce.com, inc.*

19 Leigh Goddard, Esq.
   MCDONALD CARANO LLP
20 100 W. Liberty St., 10th Floor
   Reno, Nevada 89501
21

22 Kevin Johnson (*pro hac vice*)
   Ray Zado (*pro hac vice*)
23 Sam Stake (*pro hac vice*)
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
24 555, Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
25

26

27

28