| | |
|---|---|
| 1 | Michael A. Burke, Esq. (NSB #11527) |
| 2 | ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington St. |
| 3 | Reno, NV 89503<br>Telephone: (775) 329-3151 |
| 4 | Email: mburke@rssblaw.com |
| 5 | Andrea Pacelli, Esq. (*pro hac vice*)<br>Mark S. Raskin, Esq. (*pro hac vice*) |
| 6 | Michael DeVincenzo, Esq. (*pro hac vice*)<br>Elizabeth Long, Esq. (*pro hac vice*) |
| 7 | Eric Berger, Esq. (*pro hac vice*)<br>KING & WOOD MALLESONS LLP |
| 8 | 500 Fifth Ave., 50th Floor<br>New York, New York 10110 |
| 9 | Telephone: (212) 319-4755<br>Email: andrea.pacelli@us.kwm.com |
| 10 | mark.raskin@us.kwm.com<br>michael.devincenzo@us.kwm.com |
| 11 | elizabeth.long@us.kwm.com<br>eric.berger@us.kwm.com |
| 12 | Steven C. Sereboff, Esq. (*pro hac vice*) |
| 13 | SoCAL IP LAW GROUP LLP<br>1332 Anacapa, Suite 201 |
| 14 | Santa Barbara, CA 93101<br>Telephone: (805) 230-1356 |
| 15 | Email: ssereboff@socalip.com |
| 16 | *Attorneys for Plaintiff*<br>*Applications in Internet Time LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, | Civil Action No.: 3:13-CV-00628-RCJ-CLB |
| Plaintiff, | |
| v. | **DECLARATION OF ANDREA PACELLI IN SUPPORT OF APPLICATIONS IN INTERNET TIME, LLC'S OPENING CLAIM CONSTRUCTION BRIEF** |
| SALESFORCE.COM, INC., | |
| Defendant. | |

DECLARATION OF ANDREA PACELLI

I, Andrea Pacelli, declare:

1. I am of counsel at King & Wood Mallesons LLP, admitted to practice in the state of New York and *pro hac vice* in this matter, and am one of the attorneys of record for Applications in Internet Time, Inc. ("AIT") in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of United States Patent No. 7,356,482.

3. Attached as Exhibit B is a true and correct copy of United States Patent No. 7,356,482.

4. Attached as Exhibit C is a true and correct copy of those constructions that have been agreed upon in this matter.

5. Attached as Exhibit D is a true and correct copy of an Office Action dated February 28, 2007, from the prosecution history of United States Patent Application No. 09/797,488.

6. Attached as Exhibit E is a true and correct copy of an Appeal Brief, dated August 28, 2007, from the prosecution history of United States Patent Application No. 09/797,488.

7. Attached as Exhibit F is a true and correct copy of the Declaration of Craig Rosenberg re Claim Construction dated September 18, 2015.

8. Attached as Exhibit G is a true and correct copy of the Declaration of Benjamin B. Bederson in support of Salesforce's Responsive Claim Construction Brief dated October 16, 2015.

9. Attached as Exhibit H is a true and correct copy of the Reply Declaration of Craig Rosenberg re Claim Construction dated October 30, 2015.

10. Attached as Exhibit I is a true and correct copy of the since vacated December 28, 2016 Final Written Decision of the Patent Trial and Appeal Board ("PTAB") concerning inter partes review proceedings with respect to the asserted patents.

11. Attached as Exhibit J is a true and correct copy of selected pages from the *Microsoft Computer Dictionary* (4th Ed. 1999).

12. Attached as Exhibit K is a true and correct copy of *The American Heritage Dictionary of the English Language* (4th Ed. 2000).

DECLARATION OF ANDREA PACELLI

13. Attached as Exhibit M is a true and correct copy of selected pages from the Declaration of Mark E. Crovella, Ph.D, dated August 17, 2015.

14. Attached as Exhibit N is a true and correct copy of selected pages from Oracle, *Oracle8i Data Warehousing Guide* (Release 2 (8.1.6) 1999).

15. Attached as Exhibit O is a true and correct copy of a Notice of Allowance, dated November 6, 2007, from the prosecution of United States Patent Application No. 09/797,488.

Dated: April 6, 2021          */s/ Andrea Pacelli*
                              Andrea Pacelli