# **EXHIBIT C**

**AGREED CONSTRUCTIONS**

| Claim Term | Agreed Upon Construction |
|---|---|
| "application"<br><br>('111 claim 13)<br>('482 claims 1, 21) | "a software program providing a set of end-user functions for performing tasks" |
| "predetermined business application"<br><br>('111 claim 15)<br>('482 claims 3, 23, 24) | "a software program that provides a predefined set of end user functions for performing tasks relating to the requirements or operations of a business" |
| "worklist"<br><br>('111 claim 17)<br>('482 claim 6, 26) | No construction required |
| "user interface"<br><br>('111 claims 13, 17)<br>('482 claim 1) | No construction required |