# EXHIBIT J

# Exhibit 1

THE ULTIMATE COMPUTER REFERENCE

**Microsoft** Press


Designed for Microsoft Windows NT Windows 98


CD-ROM Included


Microsoft Internet Explorer

Over **8,000** Entries
with online updates available quarterly

# Microsoft Computer Dictionary
## Fourth Edition

- *Three new appendixes, including Y2K, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
    p. cm.
  Previous eds. published under title: Microsoft Press computer
dictionary
  ISBN 0-7356-0615-3
  1. Computers Dictionaries.  2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538   1999
004'.03--dc21                                              99-20168
                                                                           CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   MLML   4 3 2 1 0 9

Distributed in Canada by ITP Nelson, a division of Thomson Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

**Apple Events** *n.* A feature added to Mac OS System 7 that enables one application to send a command, such as save or open, to another application. *See also* Mac OS.

**Apple Extended Keyboard** *n.* A 105-key keyboard that works with the Macintosh SE, Macintosh II, and Apple IIGS computers. This keyboard marks Apple's first inclusion of function (F) keys, whose absence was long cited as a shortcoming of the Macintosh compared with IBM PCs and compatibles. This feature, along with other layout changes and the addition of new keys and lights, makes the Apple Extended Keyboard quite similar in form to the IBM enhanced keyboard. See the illustration. *See also* enhanced keyboard.

**Apple II** *n.* The second computer introduced by the Apple Computer Corporation, in April 1977. The Apple II featured 4K dynamic RAM, expandable to 48K (with 16K chips), and used the 6502 microprocessor. The Apple II was the first computer to offer a TV video adapter as an optional alternative to a color computer monitor. It also featured sound and eight expansion slots. *See also* 6502.

**Apple key** *n.* A key on Apple keyboards labeled with an outline of the Apple logo. On the Apple Extended Keyboard, this key is the same as the Command key, which functions similarly to the Control key on IBM and compatible keyboards. It is generally used in conjunction with a character key as a shortcut to making menu selections or starting a macro.

**Apple Macintosh** *n. See* Macintosh.

**Apple Newton** *n. See* Newton.

**AppleScript** *n.* A script language developed by Apple Computer, Inc., for Macintosh computers running under the Mac OS to execute commands and automate functions. *See also* script.

**AppleShare** *n.* A file server software developed by Apple Computer, Inc., that works with the Mac OS and allows one Macintosh computer to share files with another on the same network. *See also* file server, Mac OS.

**applet** \a´plət\ *n.* A program that can be downloaded over the Internet and executed on the recipient's machine. Applets are often written in the Java programming language and run within browser software, and they are typically used to customize or add interactive elements to a Web page.

**AppleTalk** *n.* An inexpensive local area network developed by Apple Computer, Inc., for Macintosh computers that can be used by Apple and non-Apple computers to communicate and share resources such as printers and file servers. Non-Apple computers must be equipped with AppleTalk hardware and suitable software. The network uses a layered set of protocols similar to the ISO/OSI reference model and transfers information in the form of packets called frames. AppleTalk supports connections to other AppleTalk networks through devices known as bridges, and it supports connections to dissimilar networks through devices called gateways. *See also* bridge, frame (definition 2), gateway.

**application** *n.* A program designed to assist in the performance of a specific task, such as word processing, accounting, or inventory management. *Compare* utility.



*Apple Extended Keyboard.*

**DVMRP** *n. See* Distance Vector Multicast Routing Protocol.

**Dvorak keyboard** \də-vōr´ak kē`bôrd, də-vōr´zhak\ *n.* A keyboard layout developed by August Dvorak and William L. Dealey in 1936 as an alternative to the overwhelmingly popular QWERTY keyboard. The Dvorak keyboard was designed to speed typing by placing the characters on the keyboard for easiest access to the most frequently typed letters. In addition, pairs of letters that often occur sequentially were separated so that the hands could alternate typing them. See the illustration. *See also* ergonomic keyboard, keyboard. *Compare* QWERTY keyboard.



*Dvorak keyboard.*

**DVST** *n. See* direct view storage tube.

**DXF** *n.* Short for drawing interchange format. A computer-aided design file format originally developed by Autodesk; for use with the AutoCAD program to facilitate transfer of graphics files between different applications.

**dyadic** \dī-ad´ik`\ *adj.* Of, pertaining to, or characteristic of a pair—for example, a dyadic processor, which contains two processors controlled by the same operating system. The term is usually limited to describing a system with two microprocessors. Dyadic Boolean operations are those such as AND and OR in which the outcome depends on both values. *See also* Boolean algebra, operand. *Compare* unary.

**dye-diffusion printer** *n. See* continuous-tone printer.

**dye-polymer recording** *n.* A recording technology used with optical discs in which dye embedded in a plastic polymer coating on an optical disc is used to create minute bumps on the surface that can be read by a laser. Dye-polymer bumps can be flattened and re-created, thus making an optical disc rewritable.

**dye-sublimation printer** *n. See* continuous-tone printer.

**dynalink** *n.* Short for **dynamic link.** *See* dynamic-link library.

**Dynaload drivers** *n.* Device drivers that are supported by Dynaload. Dynaload is a command that can be run from a DOS prompt under IBM's PC DOS 7 and will load compliant device drivers without modification of the CONFIG.SYS file. *See also* CONFIG.SYS.

**dynamic** *adj.* Occurring immediately and concurrently. The term is used in describing both hardware and software; in both cases it describes some action or event that occurs when and as needed. In dynamic memory management, a program is able to negotiate with the operating system when it needs more memory.

**dynamic address translation** *n.* On-the-fly conversion of memory-location references from relative addresses (such as "three units from the beginning of X") to absolute addresses (such as "location number 123") when a program is run. *Acronym:* DAT.

**dynamic allocation** *n.* The allocation of memory during program execution according to current needs. Dynamic allocation almost always implies that dynamic deallocation is possible too, so data structures can be created and destroyed as required. *See also* allocate, deallocate. *Compare* static allocation.

**dynamic binding** *n.* Binding (converting symbolic addresses in the program to storage-related addresses) that occurs during program execution. The term often refers to object-oriented applications that determine, during run time, which software routines to call for particular data objects. *Also called* late binding. *Compare* static binding.

**dynamic caching** *n.* A technique for storing recently used data in memory where cache size is based on how much memory is available rather than how much memory is assigned to the application currently running.

**Dynamic Data Exchange** *n. See* DDE.

**dynamic dump** *n.* A listing, either stored on disk or sent to a printer, of memory contents generated at the time of a break in the execution of a program—a useful tool for programmers interested in knowing what is happening at a certain point in the execution of a program.

**Dynamic Host Configuration Protocol** *n. See* DHCP.

**dynamic HTML** *n.* A technology designed to add richness, interactivity, and graphical interest to Web pages by providing those pages with the ability to change and update themselves dynamically, that is, in response to user actions, without the need for repeated