# EXHIBIT K

*The*

# American
# Heritage® Dictionary

*of the English Language*

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston   New York



SFDC00092984

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
      p.    cm.
      ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
      1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                        00-025369

Manufactured in the United States of America

**var.** *abbr.* **1.** variable **2.** variant **3.** variation **4.** variety **5.** various

**va•ra** (vär′ə) *n.* **1.** A Spanish, Portuguese, and Latin-American unit of linear measure varying from about 81 to 109 centimeters (32 to 43 inches). **2.** A square vara. [Spanish and Portuguese, rod, both from Latin *vāra*, forked pole, from *vārus*, bent.]

**va•rac•tor** (və-răk′tər, vā-) *n.* A semiconductor device in which the capacitance is sensitive to the applied voltage at the boundary of the semiconductor material and an insulator. [VAR(IABLE) + (RE)ACT(ANCE) + –OR[1].]

**Va•ra•na•si** (və-rä′nə-sē) also **Be•na•res** (bə-när′əs, -ēz) or **Ba•na•res** (-när′əs) A city of northeast-central India on the Ganges River southeast of Lucknow. One of India's oldest cities, it is a sacred Hindu pilgrimage site with some 1,500 temples, palaces, and shrines. Population: 929,270.

**Var•dar** (vär′där′) A river, about 386 km (240 mi) long, rising in northwest Macedonia and flowing southward to an arm of the Aegean Sea in northeast Greece.

**Va•re•se** (vä-rā′sĕ, vä-rĕ′zĕ) A city of northern Italy northwest of Milan. It is the center of a popular resort area. Population: 90,285.

**Va•rè•se** (və-räz′, vä-rĕz′), **Edgard** 1883–1965. French-born American composer of arrhythmic and atonal works, including early examples of electronic music.

**Var•gas** (vär′gəs), **Getúlio Dornelles** 1883–1954. Brazilian politician who led a successful revolution (1930) and was president (1930–1945 and 1951–1954) until resigning under pressure from the military.

**Var•gas Llo•sa** (vär′gəs yō′sə, bär′gäs yō′säs), **Mario** Born 1936. Peruvian writer known for his stylistically innovative and complex novels, such as *The Green House* (1966) and *The War of the End of the World* (1984), which often concern the political and social climate of his homeland.

**vari–** *pref.* Variant of **vario–**.

**var•i•a** (vâr′ē-ə, văr′-) *n.* A miscellany, especially of literary works. [Latin, from neuter pl. of *varius*, various.]

**var•i•a•bil•i•ty** (vâr′ē-ə-bĭl′ĭ-tē, văr′-) *n.*, *pl.* **-ties** The quality, state, or degree of being variable or changeable.

**var•i•a•ble** (vâr′ē-ə-bəl, văr′-) *adj.* **1a.** Likely to change or vary; subject to variation; changeable. **b.** Inconstant; fickle. **2.** *Biology* Tending to deviate, as from a normal or recognized type; aberrant. **3.** *Mathematics* Having no fixed quantitative value. ✦ *n.* **1.** Something that varies or is prone to variation. **2.** *Astronomy* A variable star. **3.** *Mathematics* **a.** A quantity capable of assuming any of a set of values. **b.** A symbol representing such a quantity. For example, in the expression $a^2 + b^2 = c^2$, *a*, *b*, and *c* are variables. —**var′i•a•ble•ness** *n.* —**var′i•a•bly** *adv.*

**variable annuity** *n.* An annuity in which payments to the annuitant vary according to the changing market value of the underlying investment.

**variable cost** *n.* A cost that fluctuates directly with output changes.

**variable logic** *n.* *Computer Science* A form of internal machine logic that may be changed to match programming formats.

**var•i•a•ble-rate mortgage** (vâr′ē-ə-bəl-rāt′, văr′-) *n.* *Abbr.* **VRM** See adjustable-rate mortgage.

**variable region** *n.* The portion of the amino terminal of an immunoglobulin's heavy and light chains having a variable amino acid sequence.

**variable star** *n.* A star whose brightness varies because of internal changes or periodic eclipsing of mutually revolving stars.

**var•i•ance** (vâr′ē-əns, văr′-) *n.* **1a.** The act of varying. **b.** The state or quality of being variant or variable; a variation. **c.** A difference between what is expected and what actually occurs. **2.** The state or fact of differing or being in conflict. See synonyms at **discord**. **3.** *Law* **a.** A discrepancy between two statements or documents in a proceeding. **b.** License to engage in an act contrary to a usual rule: *a zoning variance.* **4.** *Statistics* The square of the standard deviation. **5.** *Chemistry* The number of thermodynamic variables, such as temperature and pressure, required to specify a state of equilibrium of a system, given by the phase rule. **—idiom:** **at variance** In a state of discrepancy; differing: *The facts are at variance with your story.*

**var•i•ant** (vâr′ē-ənt, văr′-) *adj.* **1.** Having or exhibiting variation; differing. **2.** Tending or liable to vary; variable. **3.** Deviating from a standard, usually by only a slight difference. ✦ *n.* Something that differs in form only slightly from something else, as a different spelling or pronunciation of the same word. [Middle English, from Old French, from Latin *varians, variant-*, present participle of *variāre*, to vary. See VARY.]

**var•i•ate** (vâr′ē-ĭt, -āt′, văr′-) *n.* *Statistics* A random variable with a numerical value that is defined on a given sample space. [From Latin *variātus*, past participle of *variāre*. See VARY.]

**var•i•a•tion** (vâr′ē-ā′shən, văr′-) *n.* **1a.** The act, process, or result of varying. **b.** The state or fact of being varied. See synonyms at **difference**. **2.** The extent or degree to which something varies: *a variation of ten pounds in weight.* **3.** Magnetic declination. **4.** Something slightly different from another of the same type. **5.** *Biology* **a.** Marked difference or deviation from the normal or recognized form, function, or structure. **b.** An organism or plant exhibiting such difference or deviation. **6.** *Mathematics* A function that relates the values of one variable to those of other variables. **7.** *Music* **a.** A form that is an altered version of a given theme, diverging from it by melodic ornamentation and by changes in harmony, rhythm, or key. **b.** One of a series of forms based on a single theme. **8.** A solo dance, especially one forming part of a larger work. —**var′i•a′tion•al** *adj.*

**varic–** *pref.* Variant of **varico–**.

**var•i•ce•al** (vâr′ĭ-sē′əl) *adj.* Of, relating to, or caused by a varix or varices: *variceal hemorrhage.*

**var•i•cel•la** (vâr′ĭ-sĕl′ə) *n.* See **chickenpox**. [New Latin, diminutive of *variola*, variola. See VARIOLA.] —**var′i•cel′loid′** (-sĕl′oid′) *adj.*

**var•i•cel•late** (vâr′ĭ-sĕl′ĭt, -āt) *adj.* Having scales, as certain gastropod shells.

**var•i•ces** (vâr′ĭ-sēz′) *n.* Plural of **varix**.

**varico–** or **varic–** *pref.* Varix; varicose vein: *varicosis.* [From Latin *varix, varic-.*]

**var•i•co•cele** (vâr′ĭ-kō-sēl′) *n.* A varicose condition of veins of the spermatic cord or the ovaries, forming a soft tumor. [VARICO– + –CELE[1].]

**var•i•col•ored** (vâr′ĭ-kŭl′ərd, vâr′-) *adj.* Having a variety of colors; variegated.

**var•i•cose** (vâr′ĭ-kōs′) *adj.* **1.** Abnormally swollen or knotted: *varicose veins.* **2.** Relating to or causing unusual swelling. **3.** Resembling a varix on the surface of a shell. [Latin *varicōsus*, from *varix, varic-*, swollen vein.]

**var•i•co•sis** (vâr′ĭ-kō′sĭs) *n.*, *pl.* **-ses** (-sēz) **1.** The condition of being varicose. **2.** Formation of varices.

**var•i•cos•i•ty** (vâr′ĭ-kŏs′ĭ-tē) *n.*, *pl.* **-ties** **1.** Varicosis. **2.** A varicose enlargement or swelling. **3.** The condition of having varicose veins.

**var•i•cot•o•my** (vâr′ĭ-kŏt′ə-mē) *n.*, *pl.* **-mies** Surgical removal of varicose veins.

**var•ied** (vâr′ēd, văr′-) *adj.* **1.** Having or consisting of various kinds or forms; diverse. See synonyms at **miscellaneous**. **2.** Having been modified or altered. **3.** Of several colors; varicolored or variegated. —**var′ied•ly** *adv.*

**varied thrush** *n.* A bird (*Ixoreus naevius*) of western North America that resembles the robin but has a black stripe across the breast.

**var•i•e•gate** (vâr′ē-ĭ-gāt′, vâr′ĭ-gāt′, văr′-) *tr.v.* **-gat•ed, -gat•ing, -gates** **1.** To change the appearance of, especially by marking with different colors; streak. **2.** To give variety to; make varied. [From Late Latin *variegātus*, past participle of *variegāre* : Latin *varius*, various + Latin *agere*, to do, drive; see **ag-** in Appendix I.] —**var′i•e•ga′tor** *n.*

**var•i•e•gat•ed** (vâr′ē-ĭ-gā′tĭd, vâr′ĭ-gā′-, văr′-) *adj.* **1.** Having streaks, marks, or patches of a different color or colors; varicolored: *"If they recall the Colosseum... it is only as a showcase for cats more variegated than any fevered artist's mind could imagine"* (Michael Mewshaw). **2.** Distinguished or characterized by variety; diversified.

**var•i•e•ga•tion** (vâr′ē-ĭ-gā′shən, vâr′ĭ-gā′-, văr′-) *n.* **1.** The state of being variegated; diversified coloration.

**va•ri•e•tal** (və-rī′ĭ-tl) *adj.* Of, indicating, or characterizing a variety, especially a biological variety. ✦ *n.* A wine made principally from one variety of grape and carrying the name of that grape. [From VARIETY.] —**va•ri′e•tal•ly** *adv.*

**va•ri•e•ty** (və-rī′ĭ-tē) *n.*, *pl.* **-ties** **1.** The quality or condition of being various or varied; diversity. **2.** A number or collection of varied things, especially of a particular group; an assortment: *brought home a variety of snacks; a wide variety of instrumental music.* **3.** A group that is distinguished from other groups by a specific characteristic or set of characteristics. **4.** *Biology* **a.** A taxonomic subdivision of a species consisting of naturally occurring or selectively bred populations or individuals that differ from the remainder of the species in certain minor characteristics. **b.** An organism, especially a plant, belonging to such a subdivision. **5.** A variety show. [French *variété*, from Old French, from Latin *varietās, varietāt-*, from *varius*, various.]

**variety meat** *n.* **1.** Meat, such as liver or sweetbreads, that has been taken from a part other than skeletal muscles. **2.** Meat, such as sausage, that has been processed.

**variety show** *n.* A theatrical entertainment consisting of successive unrelated acts, such as songs, dances, and comedy skits.

**variety store** *n.* A retail store that carries a large variety of usually inexpensive merchandise.

**var•i•form** (vâr′ə-fôrm′, văr′-) *adj.* Having a variety of forms; diversiform.

**vario–** or **vari–** *pref.* Variety; difference; variation: *variometer.* [From Latin *varius*, speckled.]

**va•ri•o•la** (və-rī′ə-lə, vâr′ē-ō′lə, văr′-) *n.* See **smallpox**. [New Latin, from Medieval Latin, pustule, from Latin *varius*, speckled.]

**var•i•o•late** (vâr′ē-ə-lāt′, văr′-) *adj.* Having pustules or marks like those of smallpox. ✦ *tr.v.* **-lat•ed, -lat•ing, -lates** To inoculate with the smallpox virus.

**var•i•ole** (vâr′ē-ōl′) *n.* A small pocklike mark, as on an insect.

**var•i•o•lite** (vâr′ē-ə-līt′, văr′-) *n.* A basic rock whose pockmarked appearance is caused by the presence of numerous white, rounded, embedded spherules. —**var′i•o•lit′ic** (-lĭt′ĭk) *adj.*

**var•i•o•loid** (vâr′ē-ə-loid′, văr′-, və-rī′ə-loid′) *n.* A mild form of smallpox occurring in people who have been previously vaccinated or who have had the disease.

**var•i•o•lous** (və-rī′ə-ləs, vâr′ē-ō′-, văr′-) *adj.* Of, relating to, or affected with smallpox.

**var•i•om•e•ter** (vâr′ē-ŏm′ĭ-tər, văr′-) *n.* A variable inductor used to measure variations in terrestrial magnetism.

**var•i•o•rum** (vâr′ē-ôr′əm, -ōr′-, văr′-) *n.* **1.** An edition of the works of an author with notes by various scholars or editors. **2.** An edition containing various versions of a text. ✦ *adj.* Of or relating to a variorum edition or text. [From Latin *(ēditiō cum notīs) variōrum*, (edition with the notes) of various persons, genitive pl. of *varius*, various.]

**var•i•ous** (vâr′ē-əs, văr′-) *adj.* **1a.** Of diverse kinds: *for various reasons.* **b.** Unlike; different. **2.** Being more than one; several. **3.** Manysided; versatile: *a person of various skills.* **4.** Having a variegated nature

ă pat    oi boy
ā pay    ou out
âr care   ŏŏ took
ä father  ōŏ boot
ĕ pet    ŭ cut
ē be     ûr urge
ĭ pit    th thin
ī pie    th this
îr pier   hw which
ŏ pot    zh vision
ō toe    ə about, item
ô paw    ʳ regionalism

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

W
Z

A
p
p.



SFDC00092986

or appearance. **5.** Being an individual or separate member of a class or group: *The various reports were all in agreement.* **6.** *Archaic* Changeable; variable. ❖ *pron.* (used with a pl. verb) *Usage Problem* Several different people or things. [From Latin *varius.*] —**var′i•ous•ly** *adv.* —**var′i•ous•ness** *n.*

*Usage Note* The use of *various* as a pronoun, as in *various of the committee members spoke out against the measure,* is widely regarded as an error. Eighty-six percent of the Usage Panel finds this sentence unacceptable, a figure not much different from the 91 percent who rejected the *various* of construction in 1967. The Panel is somewhat more tolerant of the construction when it is used with inanimate objects rather than people. Seventy percent objected to its use in the phrase *ownership of the lake and various of its tributaries and effluents.* It is not clear why this usage should be regarded as an error, since it is analogous to the use of quantifiers such as *few, many,* and *several.*

**var•i•scite** (văr′ĭ-sīt′, văr′-) *n.* A rare, light to dark or bluish green, translucent mineral, Al(PO₄)·2H₂O, found in aluminum-rich rocks and sometimes used as a semiprecious stone. [German *Variscit,* from Medieval Latin *Variscia,* ancient name for Vogtland, region of Germany where the mineral was discovered.]

**var•i•sized** (văr′ī-sīzd′, văr′-) *adj.* Of different sizes.

**var•ix** (văr′ĭks) *n., pl.* **-i•ces** (-ĭ-sēz′) **1.** An abnormally dilated or swollen vein, artery, or lymph vessel. **2.** One of the longitudinal ridges on the surface of a gastropod shell. [Latin, swollen vein.]

**var•let** (văr′lĭt) *n.* **1.** An attendant or servant. **2.** A knight's page. **3.** A rascal; a knave. [Middle English, from Old French, variant of *vaslet.* See VALET.]

**var•let•ry** (văr′lĭ-trē) *n., pl.* **-tries** *Archaic* **1.** A crowd of attendants or menials. **2.** A disorderly crowd; a rabble.

**var•mint** (vär′mĭnt) *n. Informal* One that is considered undesirable, obnoxious, or troublesome. [Variant of VERMIN.]

**Var•na** (vär′nə) A city of eastern Bulgaria on the Black Sea northeast of Burgas. Founded in the sixth century B.C. as a Greek colony, it came under Turkish control in 1391 and was ceded to newly independent Bulgaria in 1878. It is a port and an industrial center. Population: 308,601.

**var•nish** (vär′nĭsh) *n.* **1a.** A paint containing a solvent and an oxidizing or evaporating binder, used to coat a surface with a hard, glossy, transparent film. **b.** The smooth coating or gloss resulting from the application of this paint. **2a.** Something suggestive of or resembling varnish. **b.** A deceptively attractive external appearance; an outward show. ❖ *tr.v.* **-nished, -nish•ing, -nish•es 1.** To cover with varnish. **2.** To give a smooth and glossy finish to. **3.** To give a deceptively attractive appearance to; gloss over. [Middle English *vernisshe,* from Old French *vernis,* from Medieval Latin *veronix, vernix,* sandarac resin, from Medieval Greek *veronikē,* Berenice (Benghazi), an ancient city of Cyrenaica.] —**var′nish•er** *n.*

**varnish tree** *n.* Any of several trees having milky juice used to make varnish.

**var•room** (və-rŏŏm′, -rōŏm′) *n. & v.* Variant of **vroom.**

**Var•ro** (văr′ō), **Marcus Terentius** 116–27 B.C. Roman scholar and encyclopedist who reputedly produced more than 600 volumes, covering nearly every field of knowledge.

**var•ro•a** (văr′ō-ə) *n.* A reddish-brown, oval mite (*Varroa jacobsoni*) that is a parasite of honeybees. [New Latin *Varroa,* genus name, after Marcus Terentius VARRO.]

**var•si•ty** (vär′sĭ-tē) *n., pl.* **-ties 1.** The principal team representing a university, college, or school in sports, games, or other competitions. **2.** *Chiefly British* A university. [Shortening and alteration of UNIVERSITY.]

**Va•ru•na** (vä′rōō-nə, vŭr′-) *n. Hinduism* The god of the ocean, often considered king of the gods and frequently paired with Mitra as an upholder of the world, inflicter of disease on sinners, and bringer of rain. [Sanskrit *Varuṇaḥ.*]

**var•us** (văr′əs, vâr′-) *n.* An abnormal position of a bone of the leg or foot. [From Latin *vārus,* crooked.]

**varve** (värv) *n.* A layer or series of layers of sediment deposited in a body of still water in one year. [Swedish *varv,* layer, from *varva,* to bend, from Old Norse *hverfa.*]

**var•y** (vâr′ē, văr′ē) *v.* **-ied** (-ēd), **-y•ing, -ies** (-ēz) —*tr.* **1.** To make or cause changes in the characteristics or attributes of; modify or alter. **2.** To give variety to; make diverse: *vary one's diet.* **3.** To introduce under new aspects; express in a different manner: *vary a musical tempo.* —*intr.* **1.** To undergo or show change: *The temperature varied throughout the day.* **2.** To be different; deviate: *vary from established patterns of behavior.* See synonyms at **differ. 3.** To undergo successive or alternate changes in attributes or qualities: *Foliage varies with the seasons.* [Middle English *varien,* to undergo change, from Old French *varier,* from Latin *variāre,* from *varius,* various.] —**var′y•ing•ly** *adv.*

**var•y•ing hare** (vâr′ē-ĭng, văr′-) *n.* See **snowshoe hare.**

**vas** (văs) *n., pl.* **va•sa** (vā′zə) *Anatomy* A vessel or duct. [Latin *vās,* vessel.]

**vas-** *pref.* Variant of **vaso-.**

**va•sal** (vā′səl, -zəl) *adj.* Of, relating to, or connected with a vessel or duct of the body.

**Va•sa•ri** (və-zär′ē, -sär′ē, vä-zä′rē), **Giorgio** 1511–1574. Italian painter, architect, and art historian who wrote *Lives of the Most Eminent Italian Architects, Painters, and Sculptors* (1550), a history of Renaissance art.

**vas•cu•lar** (văs′kyə-lər) *adj.* Of, characterized by, or containing ves-

sels that carry or circulate fluids, such as blood, lymph, or sap, through the body of an animal or plant. [From Latin *vāsculum,* diminutive of *vās,* vessel.] —**vas′cu•lar′i•ty** (-lăr′ĭ-tē) *n.*

**vascular bundle** *n.* A strand of primary conductive plant tissue consisting essentially of xylem and phloem. Also called *fibrovascular bundle.*

**vascular cambium** *n.* A lateral meristem that produces secondary xylem to the inside and secondary phloem to the outside.

**vas•cu•lar•i•za•tion** (văs′kyə-lər-ĭ-zā′shən) *n.* **1.** The process of vascularizing; the formation of vessels, especially blood vessels. **2.** *Medicine* An abnormal or pathological formation of blood vessels.

**vas•cu•lar•ize** (văs′kyə-lə-rīz′) *tr. & intr.v.* **-ized, -iz•ing, -iz•es** To make or become vascular.

**vascular plant** *n.* Any of various plants, such as the ferns and seed-bearing plants, in which the phloem transports sugar and the xylem transports water and salts.

**vascular tissue** *n.* The supportive and conductive tissue in plants, consisting of xylem and phloem.

**vas•cu•la•ture** (văs′kyə-lə-chŏŏr′, -chər) *n.* Arrangement of blood vessels in the body or in an organ or body part.

**vas•cu•li•tis** (văs′kyə-lī′tĭs) *n.* Inflammation of a vessel of the body.

**vas•cu•lum** (văs′kyə-ləm) *n., pl.* **-la** (-lə) A small box or case used for carrying collected plant specimens. [Latin *vāsculum,* small vessel. See VASCULAR.]

**vas def•er•ens** (dĕf′ər-ənz, -ə-rĕnz′) *n., pl.* **vasa def•er•en•ti•a** (dĕf′ə-rĕn′shē-ə) The main duct through which semen is carried from the epididymis to the ejaculatory duct. [New Latin *vās dēferēns : vās,* duct + Latin *dēferēns,* present participle of *dēferre,* to carry away.]

**vase** (vās, vāz, väz) *n.* An open container, as of glass or porcelain, used for holding flowers or for ornamentation. [French, from Latin *vās,* vessel.]

**va•sec•to•mize** (və-sĕk′tə-mīz′, vā-zĕk′-) *tr.v.* **-mized, -miz•ing, -miz•es** To perform a vasectomy on.

**va•sec•to•my** (və-sĕk′tə-mē, vā-zĕk′-) *n., pl.* **-mies** Surgical removal of all or part of the vas deferens, usually as a means of sterilization.

**vas ef•fer•ens** (ĕf′ər-ənz, -ə-rĕnz′) *n., pl.* **vasa ef•fer•en•ti•a** (ĕf′ə-rĕn′shē-ə) Any of a number of small ducts that carry semen from the testis to the epididymis. [New Latin *vās efferēns : vās,* duct + Latin *efferēns,* present participle of *efferre,* to carry out.]

**Vas•e•line** (văs′ə-lēn′, văs′ə-lēn′) A trademark used for a brand of petroleum jelly.

**Vash•on Island** (văsh′ŏn) An island of west-central Washington in Puget Sound between Seattle and Tacoma.

**va•so-** or **vas-** *pref.* **1.** Blood vessel: *vasoconstriction.* **2.** Vas deferens: *vasectomy.* [From Latin *vās,* vessel.]

**va•so•ac•tive** (vā′zō-ăk′tĭv) *adj.* Causing constriction or dilation of blood vessels. —**va′so•ac•tiv′i•ty** *n.*

**va•so•con•stric•tion** (vā′zō-kən-strĭk′shən) *n.* Constriction of a blood vessel, as by a nerve or drug. —**vas′o•con•stric′tive** *adj.*

**va•so•con•stric•tor** (vā′zō-kən-strĭk′tər) *n.* Something, such as a nerve or drug, that causes vasoconstriction.

**va•so•dil•a•ta•tion** (vā′zō-dĭl′ə-tā′shən, -dĭl-) also **va•so•dil•a•ta•tion** (-dĭl′ə-tā′shən, -dĭl′lə-) *n.* Dilation of a blood vessel, as by the action of a nerve or drug.

**va•so•di•la•tor** (vā′zō-dĭ-lā′tər, -dĭ-, -dĭl′lə-) *n.* Something, such as a nerve or drug, that causes vasodilation.

**va•so•li•ga•tion** (vā′zō-lī-gā′shən) *n.* Surgical ligation of the vas deferens as a means of sterilization. —**va′so•li′gate** (-lī′gāt) *v.*

**va•so•mo•tor** (vā′zō-mō′tər) *adj.* Relating to, causing, or regulating constriction or dilation of blood vessels.

**va•so•pres•sin** (vā′zō-prĕs′ĭn) *n.* A hormone secreted by the posterior lobe of the pituitary gland that constricts blood vessels, raises blood pressure, and reduces excretion of urine. Also called *antidiuretic hormone.*

**va•so•pres•sor** (vā′zō-prĕs′ər) *adj.* Of, relating to, or causing constriction of blood vessels. ❖ *n.* An agent that causes a rise in blood pressure.

**va•so•spasm** (vā′zō-spăz′əm) *n.* A sudden constriction of a blood vessel, causing a reduction in blood flow. —**va′so•spas′tic** (-spăs′tĭk) *adj.*

**va•so•va•gal** (vā′zō-vā′gəl) *adj.* Relating to or involving blood vessels and the vagus nerve.

**vas•sal** (văs′əl) *n.* **1.** A person who held land from a feudal lord and received protection in return for homage and allegiance. **2.** A bondman; a slave. **3.** A subordinate or dependent. [Middle English, from Old French, from Vulgar Latin *vassallus,* from *vassus,* of Celtic origin. See **upo** in Appendix I.]

**vas•sal•age** (văs′ə-lĭj) *n.* **1.** The condition of being a vassal. **2.** The service, homage, and fealty required of a vassal. **3.** A position of subordination or subjection; servitude. **4.** The land held by a vassal; a fief. **5.** Vassals, especially those of a particular lord, considered as a group.

**Vas•sar** (văs′ər), **Matthew** 1792–1868. American merchant and philanthropist who was an advocate of higher education for women and endowed Vassar College (1861).

**vast** (văst) *adj.* **vast•er, vast•est 1.** Very great in size, number, amount, or quantity. **2.** Very great in area or extent; immense. **3.** Very great in degree or intensity. See synonyms at **enormous.** ❖ *n. Archaic* An immense space. [Latin *vāstus.*] —**vast′ly** *adv.* —**vast′ness** *n.*

**Väs•ter•ås** (vĕs′tə-rôs′) A city of eastern Sweden west-northwest of Stockholm. Founded before 1000, it was an important medieval city and a center of the Swedish Reformation. Population: 120,889.


**vase**
Chinese porcelain vase from the Qianlong period (1735–1796) of the Qing dynasty


**Vatican City**

SFDC00092987




**porte-cochère**



**Cole Porter**



**portico**
Chiswick House, London;
designed by Lord Burlington
(1694–1753)

1368

**port de bras** (pôr′ də brä′) *n.* The technique or practice of positioning and moving the arms in ballet.

**Port du Sa•lut** (pôrt′ də sä-löö′, pôrt′, pôr′ dü sä-lü′) *n.* Variant of **Port Salut**.

**Porte** (pôrt, pört) *n.* The government of the Ottoman Empire. [French, short for *la Sublime Porte*, the High Gate, from Old French *porte*, gate. See PORT[3].]

**porte bouquet** (pôrt, pört) *n.* See **bouquetier**. [French : *porter*, to carry, hold + *bouquet*, bouquet.]

**porte-co•chère** or **porte-co•chere** (pôrt′kō-shâr′, pört′-) *n.* **1.** A carriage entrance leading through a building or wall into an inner courtyard. **2.** A roofed structure covering a driveway at the entrance of a building to provide shelter while entering or leaving a vehicle. [French *porte cochère : porte*, door + *cochère*, for coach.]

**Port Elizabeth** A city of southeast South Africa on an inlet of the Indian Ocean. It grew rapidly after the completion of the railroad to Kimberley in 1873. Population: 303,353.

**por•tend** (pôr-tĕnd′, pör-) *tr.v.* **-tend•ed, -tend•ing, -tends** **1.** To serve as an omen or a warning of; presage: *black clouds that portend a storm.* **2.** To indicate by prediction; forecast: *leading economic indicators that portend a recession.* [Middle English *portenden*, from Latin *portendere*. See **ten-** in Appendix I.]

**por•tent** (pôr′tĕnt′, pört′-) *n.* **1.** An indication of something important or calamitous about to occur: an omen. **2.** Prophetic or threatening significance: *signs full of portent.* **3.** Something amazing or marvelous; a prodigy. [Latin *portentum*, from neuter past participle of *portendere*, to portend. See PORTEND.]

**por•ten•tous** (pôr-tĕn′təs, pör-) *adj.* **1.** Of the nature of or constituting a portent; foreboding: *"The present aspect of society is portentous of great change"* (Edward Bellamy). **2.** Full of unspecifiable significance; exciting wonder and awe: *"Such a portentous and mysterious monster roused all my curiosity"* (Herman Melville). **3.** Marked by pompousness; pretentiously weighty. —**por•ten′tous•ly** *adv.* —**por•ten′tous•ness** *n.*

**por•ter[1]** (pôr′tər, pört′-) *n.* **1.** A person employed to carry burdens, especially an attendant who carries travelers' baggage at a hotel or transportation station. **2.** A railroad employee who waits on passengers in a sleeping car or parlor car. **3.** A maintenance worker for a building or institution. [Middle English *portour*, from Anglo-Norman, from Late Latin *portātor*, from Latin *portāre*, to carry. See PORT[1] in Appendix I.]

**por•ter[2]** (pôr′tər, pört′-) *n.* *Chiefly British* One in charge of a gate or door. [Middle English, from Anglo-Norman, from Late Latin *portārius*, from Latin *porta*, gate. See **per-[2]** in Appendix I.]

**por•ter[3]** (pôr′tər, pört′-) *n.* A dark beer resembling light stout, made from malt browned or charred by drying at a high temperature. [Short for *porter's ale.*]

**Por•ter** (pôr′tər, pört′-), **Cole Albert** 1891?–1964. American composer and lyricist remembered for his witty and sophisticated Broadway scores for musicals such as *Anything Goes* (1929).

**Porter, Edwin Stanton** 1869–1941. American filmmaker whose works include the first edited film, *The Life of an American Fireman* and *The Great Train Robbery* (both 1903).

**Porter, Katherine Anne** 1890–1980. American writer known for her carefully crafted short stories as well as her novel *Ship of Fools* (1962). She won a Pulitzer Prize for her *Collected Stories* (1965).

**Porter, Rodney Robert** 1917–1985. British biochemist. He shared a 1972 Nobel Prize for research on the chemical structure and nature of antibodies.

**Porter, William Sydney** Pen name **O. Henry** 1862–1910. American writer whose short stories are collected in a number of volumes, including *Cabbages and Kings* (1904) and *The Four Million* (1906).

**por•ter•age** (pôr′tər-ĭj, pört′-) *n.* **1.** The carrying of burdens or goods as done by porters. **2.** The charge for this activity.

**por•ter•ess** (pôr′tər-ĭs, pört′-) *n.* Variant of **portress**.

**por•ter•house** (pôr′tər-hous′, pört′-) *n.* **1.** A cut of beef taken from the thick end of the short loin, having a T-bone and a sizable piece of tenderloin. Also called *porterhouse steak.* **2.** *Archaic* An alehouse or chophouse.

**port•fo•li•o** (pôrt-fō′lē-ō′, pört′-) *n., pl.* **-os 1a.** A portable case for holding material, such as loose papers, photographs, or drawings. **b.** The materials collected in such a case, especially when representative of a person's work: *a photographer's portfolio; an artist's portfolio of drawings.* **2.** The office or post of a cabinet member or minister of state. **3.** A group of investments held by an investor, investment company, or financial institution. [Italian *portafoglio : porta-*, from *portare*, to carry (from Latin *portāre*; see **per-[2]** in Appendix I) + *foglio*, sheet (from Latin *folium*, leaf; see **bhel-[3]** in Appendix I).]

**Port Har•court** (här′kərt) A city of southern Nigeria in the Niger River delta southeast of Ibadan. Population: 288,900.

**port•hole** (pôrt′hōl′, pört′-) *n.* **1.** *Nautical* A small, usually circular window in a ship's side. **2.** An opening in a fortified wall; an embrasure.

**Port Huron** A city of southeast Michigan on Lake Huron at the mouth of the St. Clair River north-northeast of Detroit. First settled as a French fort in 1686, it grew as a lumbering town in the 19th century and is now a port of entry with diversified industries. Population: 33,694.

**Por•tia** (pôr′shə, pör′-) *n.* The satellite of Uranus that is seventh in distance from the planet. [After *Portia*, rich heiress in *The Merchant of Venice* by William Shakespeare.]

**Por•ti•ci** (pôr′tĕ-chē′) A city of south-central Italy, a residential and resort suburb of Naples on the Bay of Naples. Population: 79,259.

**por•ti•co** (pôr′tĭ-kō′, pört′-) *n., pl.* **-coes** or **-cos** A porch or walkway with a roof supported by columns, often leading to the entrance of a building. [Italian, from Latin *porticus*, from *porta*, gate. See **per-[2]** in Appendix I.] —**por′ti•coed′** *adj.*

**por•tière** or **por•tiere** (pôr-tyâr′, pör-) *n.* A heavy curtain hung across a doorway. [French, feminine of *portier*, porter, from Old French, from Late Latin *portārius*, from Latin *porta*, gate. See **per-[2]** in Appendix I.]

**por•tion** (pôr′shən, pör′-) *n.* **1.** A section or quantity within a larger thing; a part of a whole. **2.** A part separated from a whole. **3.** A part that is allotted to a person or group, as: **a.** A helping of food. **b.** The part of an estate received by an heir. **c.** A woman's dowry. **4.** A person's lot or fate. ❖ *tr.v.* **-tioned, -tion•ing, -tions** **1.** To divide into parts or shares for distribution; parcel. **2.** To provide with a share, inheritance, or dowry. [Middle English, from Old French, from Latin *portiō, portiōn-*. See **per-[2]** in Appendix I.] —**por′tion•a•ble** *adj.* —**por′tion•er** *n.* —**por′tion•less** *adj.*

**Port•land** (pôrt′lənd, pört′-) **1.** A city of southwest Maine on an arm of the Gulf of Maine south of Lewiston. Settled c. 1632, it became a commercial center in the 17th century and was state capital from 1820 to 1832. It is the largest city in the state. Population: 64,348. **2.** The largest city of Oregon, in the northwest part of the state on the Willamette River near its junction with the Columbia River. Founded in 1845, it grew as a lumber-exporting port and supply point for the California and Alaska goldfields. Population: 437,319. —**Port′land•er** *n.*

**Portland cement** or **portland cement** *n.* A hydraulic cement made by heating a limestone and clay mixture in a kiln and pulverizing the resulting material. [After *Portland*, an urban district of southern England.]

**Port Lou•is** (löö′ĭs, löö′ē′) The capital and largest city of Mauritius, in the northwest part of the island on the Indian Ocean. It was founded c. 1735. Population: 143,509.

**port•ly** (pôrt′lē, pört′-) *adj.* **-li•er, -li•est 1.** Comfortably stout; corpulent. See synonyms at **fat. 2.** *Archaic* Stately; majestic; imposing. [From PORT[3].] —**port′li•ness** *n.*

**port•man•teau** (pôrt-măn′tō, pört-, pôrt′măn-tō′, pört′-) *n., pl.* **-teaus** or **-teaux** (-tōz, -tōz′) A large leather suitcase that opens into two hinged compartments. ❖ *adj.* General or generalized: *a portmanteau description; portmanteau terms.* [French *portemanteau : porte-*, from *porter*, to carry (from Old French; see PORT[3]) + *manteau*, cloak (from Old French *mantel*, from Latin *mantellum*).]

**portmanteau morph** *n.* A word or part of a word that is analyzable as consisting of more than one morpheme without a clear boundary between them, as French *du* "of the" from *de* "of" and *le* "the."

**portmanteau word** *n.* A word formed by merging the sounds and meanings of two different words, as *chortle*, from *chuckle* and *snort.*

**Port Mores•by** (môrz′bē, mörz′-) The capital and largest city of Papua New Guinea, on southeast New Guinea and the Gulf of Papua. It was named for the British explorer Capt. John Moresby (1830–1922), who landed here in 1873, and occupied by the British after 1888. Population: 173,500.

**Por•to** or **Pôr•to** (pôr′tōō) See **Oporto.**

**Pôrto A•le•gre** (a-lĕ′grə) A city of southeast Brazil at the northern end of a large lagoon near the Atlantic Ocean. It was founded c. 1742 by emigrants from the Azores. Population: 1,263,239.

**por•to•bel•lo** (pôr′tə-bĕl′ō, pör′-) or **por•ta•bel•la** (-bĕl′ə) or **por•to•bel•la** (-bĕl′ə) *n., pl.* **-los** or **-las** A mature, very large cremini mushroom. [Origin unknown.]

**port of call** *n., pl.* **ports of call** A port where ships dock in the course of voyages to load or unload cargo, obtain supplies, or undergo repairs.

**port of entry** *n., pl.* **ports of entry** A place where travelers or goods may enter or leave a country under official supervision.

**Por•to•fi•no** (pôr′tə-fē′nō, -tō-) A town of northwest Italy on the coast of the Ligurian Sea east of Genoa. It is a popular tourist resort. Population: 742.

**Port of Spain** or **Port-of-Spain** (pôrt′əv-spān′, pört′-) The capital of Trinidad and Tobago, on the northwest coast of Trinidad on an arm of the Atlantic Ocean. It is a commercial center and major port. Population: 50,878.

**Por•to-No•vo** (pôr′tō-nō′vō, pört′-) The capital of Benin, in the southeast part of the country on an inlet of the Gulf of Guinea. Probably founded in the 16th century, it was settled as a slave-trading center by the Portuguese in the 17th century. Population: 179,138.

**Port Orange** A city of northeast Florida on the Atlantic coast southeast of Daytona Beach. Population: 35,317.

**Port Or•ford cedar** (ôr′fərd) *n.* A tall evergreen coniferous tree (*Chamaecyparis lawsoniana*) native to southwest Oregon and northwest California, having drooping flattened branches and opposite scalelike leaves with white markings. [After *Port Orford*, a town of southwest Oregon.]

**Pôrto Vel•ho** (vĕl′yōō) A city of northwest Brazil on the Madeira River near the Bolivian border. Its economy is based on rubber and Brazil nuts. Population: 286,471.

**Por•to•vie•jo** (pôr′tō-vyä′hō, -vyĕ′-) A city of western Ecuador north-northwest of Guayaquil. Founded c. 1535 near the Atlantic coast, it was moved to its present site in the 17th century. Population: 132,937.

**Port Phil•lip Bay** (fĭl′əp) A large deep-water inlet of Bass Strait on the southeast coast of Australia. It was first explored in 1835.

**por•trait** (pôr′trĭt, -trāt′, pört′-) *n.* **1.** A likeness of a person, especially one showing the face, that is created by a painter or photographer, for example. **2.** A verbal picture or description, especially of a person. ❖ *adj.* Of or relating to the orientation of a page such that the longer

SFDC00092988

tions, from which a more stable or definitive product is formed: *a precursor of insulin.* [Middle English *precursoure,* from Old French *precurseur,* from Latin *praecursor,* from *praecursus,* past participle of *praecurrere,* to run before : *prae-,* pre- + *currere,* to run; see **kers-** in Appendix I.]

**pre·cur·so·ry** (prĭ-kûr′sə-rē) *adj.* **1.** Preceding or preliminary; introductory: *a precursory statement.* **2.** Suggesting or indicating something to follow.

**pre·cut** (prē′kŭt′) *adj.* Cut into size or shape before being marketed, assembled, or used: *precut fillet of fish; precut construction materials.* ❖ *tr.v.* (prē-kŭt′) **-cut, -cut·ting, -cuts** To cut into size or shape before marketing, assembling, or using.

**pred.** *abbr.* predicate

**pre·da·cious** also **pre·da·ceous** (prĭ-dā′shəs) *adj.* **1.** Living by seizing or taking prey; predatory. **2.** Given to victimizing, plundering, or destroying for one's own gain: *"the most vicious, predacious, esurient and desperate elements of this society"* (Claude Brown). [From Latin *praedārī,* to plunder. See PREDATORY.] **—pre·da′cious·ness, pre·da′ceous·ness, pre·dac′i·ty** (-dăs′ĭ-tē) *n.*

**pre·date** (prē-dāt′) *tr.v.* **-dat·ed, -dat·ing, -dates 1.** To mark or designate with a date earlier than the actual one: *predated the check.* **2.** To precede in time; antedate.

**pre·da·tion** (prĭ-dā′shən) *n.* **1.** The act or practice of plundering or marauding. **2.** The capturing of prey as a means of maintaining life. [Middle English *predacion,* from Latin *praedātiō, praedātiōn-,* from *praedātus,* past participle of *praedārī,* to plunder. See PREDATORY.]

**pred·a·tor** (prĕd′ə-tər, -tôr′) *n.* **1.** An organism that lives by preying on other organisms. **2.** One that victimizes, plunders, or destroys, especially for one's own gain. [Latin *praedātor,* pillager, from *praedārī,* to plunder. See PREDATORY.]

**pred·a·to·ry** (prĕd′ə-tôr′ē, -tōr′ē) *adj.* **1.** Living by preying on other organisms: *a predatory mammal; a predatory insect.* **2.** Of, relating to, or characterized by plundering, pillaging, or marauding. **b.** Living by or given to exploiting or destroying others for one's own gain. [Latin *praedātōrius,* plundering, from *praedārī,* to plunder, from *praeda,* booty. See **ghend-** in Appendix I.] **—pred′a·to′ri·ly** *adv.* **—pred′a·to′ri·ness** *n.*

**pre·dawn** (prē′dôn′) *n.* The time just before dawn. **—pre′dawn′** *adj.*

**pre·de·cease** (prē′dĭ-sēs′) *tr.v.* **-ceased, -ceas·ing, -ceas·es** To die before (another person).

**pred·e·ces·sor** (prĕd′ĭ-sĕs′ər, prē′dĭ-) *n.* **1.** One who precedes another in time, especially in holding an office or position. **2.** Something that has been succeeded by another: *The new building is more spacious than its predecessor.* **3.** *Archaic* An ancestor; a forebear. [Middle English *predecessoure,* from Old French *predecesseur,* from Late Latin *praedēcessus-,* Latin *prae-,* pre- + Latin *dēcessor,* a retiring magistrate (from *dēcessus,* past participle of *dēcēdere,* to depart : *dē-,* away; see DE- + *cēdere,* to go; see **ked-** in Appendix I.]

**pre·des·ti·nar·i·an** (prē-dĕs′tə-nâr′ē-ən) *adj.* **1.** Of or relating to predestination. **2.** Believing in or based on the doctrine of predestination. ❖ *n.* One who believes in the doctrine of predestination. **—pre′des′ti·nar′i·an·ism** *n.*

**pre·des·ti·nate** (prē-dĕs′tə-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates 1.** *Theology* To predestine. **2.** *Archaic* To destine or determine in advance; foreordain. ❖ *adj.* (-nĭt, -nāt′) Foreordained; predestined. [Middle English *predestinaten,* from Latin *praedestinātus, praedestināt-.* See PREDESTINE.]

**pre·des·ti·na·tion** (prē-dĕs′tə-nā′shən) *n.* **1.** The act of predestining or the condition of being predestined. **2.** *Theology* **a.** The doctrine that God has foreordained all things, especially that God has elected certain souls to eternal salvation. **b.** The divine decree foreordaining all souls to either salvation or damnation. **c.** The act of God foreordaining all things gone before and to come. **3.** Destiny; fate.

**pre·des·tine** (prē-dĕs′tĭn) *tr.v.* **-tined, -tin·ing, -tines 1.** To fix upon, decide, or decree in advance; foreordain. **2.** *Theology* To foreordain or elect by divine will or decree. [Middle English *predestinen,* from Old French *predestiner,* from Late Latin *praedestināre* : Latin *prae-,* pre- + Latin *dēstināre,* to determine; see DESTINY.]

**pre·de·ter·mine** (prē′dĭ-tûr′mĭn) *v.* **-mined, -min·ing, -mines** *—tr.* **1.** To determine, decide, or establish in advance: *"These factors predetermine to a large extent the outcome"* (Jessica Mitford). **2.** To influence or sway toward an action or opinion; predispose. *—intr.* To determine or decide something in advance. **—pre′de·ter′mi·nate** (-mə-nĭt) *adj.* **—pre′de·ter′mi·na′tion** *n.*

**pre·de·ter·min·er** (prē′dĭ-tûr′mə-nər) *n.* An adjectival word that can stand before an article, a possessive pronoun, or another determiner, as *all* in *all the flowers* or *both* in *both his children.*

**pre·di·a·be·tes** (prē′dī-ə-bē′tĭs, -tēz) *n.* A condition thought to be a precursor of adult-onset diabetes mellitus, marked by carbohydrate intolerance or other symptoms of the disease. **—pre·di′a·bet′ic** (-bĕt′ĭk) *adj. & n.*

**pre·di·al** (prē′dē-əl) *adj.* Variant of *praedial.*

**pred·i·ca·ble** (prĕd′ĭ-kə-bəl) *adj.* That can be stated or predicated: *a predicable conclusion.* ❖ *n.* **1.** Something, such as a general quality or attribute, that can be predicated. **2.** *Logic* One of the general attributes of a subject or class. In scholastic thought, the attributes are genus, species, property, difference, and accident; in Aristotelian thought, they are definition, genus, proprium, and accident. [Late Latin *praedicābilis,* from *praedicāre,* to proclaim publicly, preach, predicate. See PREACH.] **—pred′i·ca·bil′i·ty, pred′i·ca·ble·ness** *n.*

**pre·dic·a·ment** (prĭ-dĭk′ə-mənt) *n.* **1.** A situation, especially an

unpleasant, troublesome, or trying one, from which extrication is difficult. See Usage Note at **dilemma. 2.** *Logic* One of the basic states or classifications described by Aristotle into which all things can be placed; a category. [Middle English, class, category, from Old French, from Late Latin *praedicāmentum* (translation of Greek *katēgoriā,* from *katēgoreuein,* to speak against, signify, predicate), from Latin *praedicāre,* to proclaim publicly, predicate. See PREACH.] **—pre·dic′a·men′tal** (-mĕn′tl) *adj.* **—pre·dic′a·men′tal·ly** *adv.*

**Synonyms** *predicament, plight, quandary, jam, fix, pickle* These nouns refer to a situation from which it is difficult to free oneself. A *predicament* is a problematic situation about which one does not know what to do: *"Werner finds himself suddenly in a most awkward predicament"* (Thomas Carlyle). A *plight* is a bad or unfortunate situation: *The report examined the plight of homeless people.* A *quandary* is a state of perplexity, especially about what course of action to take: *"Having captured our men, we were in a quandary how to keep them"* (Theodore Roosevelt). *Jam* and *fix* are less formal terms that refer to predicaments from which it is difficult to escape: *kids who were in a jam with the authorities; "If we get left on this wreck we are in a fix"* (Mark Twain). An informal term, a *pickle* is a disagreeable, embarrassing, or troublesome predicament: *"I could see no way out of the pickle I was in"* (Robert Louis Stevenson).

**pred·i·cate** (prĕd′ĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates** *—tr.* **1.** To base or establish a statement or action, for example): *I predicated my argument on the facts.* **2.** To state or affirm as an attribute or quality of something: *The sermon predicated the perfectibility of humankind.* **3.** To carry the connotation of; imply. **4.** *Logic* To make (a term or expression) the predicate of a proposition. **5.** To proclaim or assert; declare. *—intr.* To make a statement or assertion. ❖ *n.* (-kĭt) **1.** *Grammar* One of the two main constituents of a sentence or clause, modifying the subject and including the verb, objects, or phrases governed by the verb, as *opened the door* in *Jane opened the door* or *is very sleepy* in *The child is very sleepy.* **2.** *Logic* That part of a proposition that is affirmed or denied about the subject. For example, in the proposition *We are mortal, mortal* is the predicate. ❖ *adj.* (-kĭt) **1.** *Grammar* Of or belonging to the predicate of a sentence or clause. **2.** Stated or asserted; predicated. [Late Latin *praedicāre, praedicāt-,* from Latin, to proclaim : *prae-,* pre- + *dīcāre,* to proclaim; see **deik-** in Appendix I.] **—pred′i·ca′tion** *n.* **—pred′i·ca′tive** *adj.* **—pred′i·ca′tive·ly** *adv.*

**predicate calculus** *n.* The branch of symbolic logic that deals not only with relations between propositions as a whole but also with their internal structure, especially the relation between subject and predicate. Symbols are used to represent the subject and predicate of the proposition, and the existential or universal quantifier is used to denote whether the proposition is universal or particular in its application.

**predicate nominative** *n.* A noun or pronoun that follows a linking verb and refers to the same person or thing as the subject of the verb.

**pred·i·ca·to·ry** (prĕd′ĭ-kə-tôr′ē, -tōr′ē) *adj.* Of, relating to, or characteristic of preaching or a preacher. [Late Latin *praedicātōrius,* praising, from Latin *praedicātor,* one who makes known, from *praedicāre,* to proclaim. See PREACH.]

**pre·dict** (prĭ-dĭkt′) *v.* **-dict·ed, -dict·ing, -dicts** *—tr.* To state, tell about, or make known in advance, especially on the basis of special knowledge. *—intr.* To make known beforehand; prophesy. [Latin *praedīcere, praedict-* : *prae-,* pre- + *dīcere,* to say; see **deik-** in Appendix I.] **—pre·dict′a·bil′i·ty** *n.* **—pre·dict′a·ble** *adj.* **—pre·dict′a·bly** *adv.* **—pre·dic′tive** *adj.* **—pre·dic′tive·ly** *adv.* **—pre·dic′tive·ness** *n.* **—pre·dic′tor** *n.*

**Synonyms** *predict, call, forecast, foretell, prognosticate* These verbs mean to tell about something in advance of its occurrence by means of special knowledge or inference: *predict an eclipse; couldn't call the outcome of the game; forecasting the weather; foretold events that would happen; prognosticating a rebellion.*

**pre·dic·tion** (prĭ-dĭk′shən) *n.* **1.** The act of predicting. **2.** Something foretold or predicted; a prophecy.

**pre·di·gest** (prē′dī-jĕst′, -dĭ-) *tr.v.* **-gest·ed, -gest·ing, -gests 1.** To subject (food) to partial digestion, usually through an enzymatic or chemical process, before ingestion. **2.** To render in a simpler style or form. **—pre′di·ges′tion** *n.*

**pred·i·lec·tion** (prĕd′l-ĕk′shən, prēd′-) *n.* A partiality or disposition in favor of something; a preference. [French *prédilection,* from Old French, from Medieval Latin *praedīlectus,* past participle of *praedīligere,* to prefer : Latin *prae-,* pre- + Latin *dīligere,* to love; see DILIGENT.]

**Synonyms** *predilection, bias, leaning, partiality, penchant, prejudice, proclivity, propensity* These nouns denote a predisposition to favor someone or something particular: *a predilection for classical composers; a pro-American bias; conservative leanings; a partiality for liberal-minded friends; a penchant for exotic foods; a prejudice in favor of the underprivileged; a proclivity for self-assertiveness; a propensity for exaggeration.*

**pre·dis·pose** (prē′dĭ-spōz′) *v.* **-posed, -pos·ing, -pos·es** *—tr.* **1a.** To make (someone) inclined to something in advance: *His good manners predispose people in his favor.* See synonyms at **incline. b.** To make susceptible or liable: *conditions that predispose miners to lung disease.* **2.** *Archaic* To settle or dispose of in advance. *—intr.* To provide an inclination or susceptibility: *a genetic trait that predisposes to the development of cancer.*

**pre·dis·po·si·tion** (prē′dĭs-pə-zĭsh′ən) *n.* The state of being predisposed; tendency, inclination, or susceptibility.

SFDC00092989

anew. **2.** To pay back (a debt) with new borrowing, especially to replace (a bond issue) with a new issue.

**re•fur•bish** (rē-fûr′bĭsh) *tr.v.* **-bished, -bish•ing, -bish•es** To make clean, bright, or fresh again; renovate. —**re•fur′bish•ment** *n.*

**re•fus•al** (rĭ-fyōō′zəl) *n.* **1.** The act or an instance of refusing. **2.** The opportunity or right to accept or reject something before it is offered elsewhere.

**re•fuse¹** (rĭ-fyōōz′) *v.* **-fused, -fus•ing, -fus•es** —*tr.* **1a.** To indicate unwillingness to do, accept, give, or allow: *She was refused admittance.* **b.** To indicate unwillingness (to do something): *refused to leave.* **2.** To decline to jump (an obstacle). Used of a horse. —*intr.* To decline to do, accept, give, or allow something. [Middle English *refusen,* from Old French *refuser,* from Vulgar Latin *\*refūsāre,* probably blend of Latin *recūsāre,* to refuse; see RECUSE and Latin *refūtāre,* to refute; see REFUTE.] —**re•fus′er** *n.*

**Synonyms** *refuse, decline, reject, spurn, rebuff* These verbs mean to be unwilling to accept, consider, or receive someone or something. *Refuse* implies determination and often brusqueness: *"The commander . . . refused to discuss questions of right"* (George Bancroft). *"I'll make him an offer he can't refuse"* (Mario Puzo). To *decline* is to refuse courteously: *"I declined election to the National Institute of Arts and Letters . . . and now I must decline the Pulitzer Prize"* (Sinclair Lewis). *Reject* suggests discarding someone or something as defective or useless; it implies categoric refusal: *"He again offered himself for enlistment and was again rejected"* (Arthur S.M. Hutchinson). To *spurn* is to reject scornfully or contemptuously: *"The more she spurns my love,/The more it grows"* (Shakespeare). *Rebuff* pertains to blunt, often disdainful rejection: *"He had . . . gone too far in his advances, and had been rebuffed"* (Robert Louis Stevenson).

**ref•use²** (rĕf′yōōs) *n.* Items or material discarded or rejected as useless or worthless; trash or rubbish. [Middle English, from Old French *refus,* rejection, refuse, from *refuser,* to refuse. See REFUSE¹.]

**ref•us•e•nik** (rĭ-fyōōz′nĭk) *n.* A Soviet citizen, usually Jewish, denied permission to emigrate.

**ref•u•ta•tion** (rĕf′yōō-tā′shən) also **re•fut•al** (rĭ-fyōō′təl) *n.* **1.** The act of refuting. **2.** Something, such as an argument, that refutes someone or something.

**re•fute** (rĭ-fyōōt′) *tr.v.* **-fut•ed, -fut•ing, -futes 1.** To prove to be false or erroneous; overthrow by argument or proof: *refute testimony.* **2.** To deny the accuracy or truth of: *refuted the results of the poll.* [Latin *refūtāre.* See **bhau-** in Appendix I.] —**re•fut′a•bil′i•ty** (rĭ-fyōō′tə-bĭl′ĭ-tē, rĕf′yə-tə-) *n.* —**re•fut′a•ble** (rĭ-fyōō′tə-bəl, rĕf′yə-tə-) *adj.* —**re•fut′a•bly** *adv.* —**re•fut′er** *n.*

**reg.** *abbr.* **1.** regent **2.** regiment **3.** region **4.** registered **5.** registrar **6.** registry **7.** regular

**re•gain** (rē-gān′) *tr.v.* **-gained, -gain•ing, -gains 1.** To recover possession of; get back again: *regain one's strength.* See synonyms at **recover. 2.** To manage to reach again: *regained the summit.* —**re•gain′er** *n.*

**re•gal** (rē′gəl) *adj.* **1.** Of or relating to a monarch; royal. **2.** Belonging to or befitting a monarch: *regal attire.* **3.** Magnificent; splendid. [Middle English, from Old French, from Latin *rēgālis,* from *rēx, rēg-,* king. See **reg-** in Appendix I.] —**re•gal′i•ty** (rĭ-găl′ĭ-tē) *n.* —**re′gal•ly** *adv.*

**re•gale** (rĭ-gāl′) *v.* **-galed, -gal•ing, -gales** —*tr.* **1.** To provide with great enjoyment; entertain. See synonyms at **amuse. 2.** To entertain sumptuously with food and drink; provide a feast for. —*intr.* To feast. ❖ *n.* **1.** A great feast. **2.** A choice food; a delicacy. **3.** Refreshment. [French *régaler,* from Old French *regal,* feast, from *gale* (influenced by *rigoler,* to amuse oneself), from *galer,* to make merry.] —**re•gale′ment** *n.*

**re•ga•lia** (rĭ-gāl′yə, -gāl′ē-ə) *pl.n.* (*used with a sing. or pl. verb*) **1.** The emblems and symbols of royalty, such as the crown and scepter. **2.** The rights and privileges of royalty. **3.** The distinguishing symbols of a rank, office, order, or society. **4.** Magnificent attire; finery. [Medieval Latin *rēgālia,* from Latin, neuter pl. of *rēgālis,* regal. See REGAL.]

**re•gard** (rĭ-gärd′) *v.* **-gard•ed, -gard•ing, -gards** —*tr.* **1.** To look at attentively; observe closely. **2.** To look upon or consider in a particular way: *I regard him as a fool.* **3.** To hold in esteem or respect: *This item regards her teachers highly.* **4.** To relate or refer to; concern: *This item regards their liability.* **5.** To take into account; consider. **6.** *Obsolete* To take care of. —*intr.* **1.** To look or gaze. **2.** To give heed; pay attention. ❖ *n.* **1.** A look or gaze. **2.** Careful thought or attention; heed: *She gives little regard to her sister's teasing.* **3a.** Respect, affection, or esteem: *He has high regard for your work.* **b.** *regards* Good wishes expressing such sentiment: *Give the family my best regards.* **4.** A particular point or aspect; respect: *She was lucky in that regard.* **5.** Basis for action; motive. **6.** *Obsolete* Appearance or aspect. —**idioms: as regards** Concerning. **in (or with) regard to** With respect to. [Middle English *regarden,* from Old French *regarder : re-, re- + guarder,* to guard (of Germanic origin; see GUARD).]

**Synonyms** *regard, esteem, admiration, respect* These nouns refer to a feeling based on perception of and approval for the worth of a person or thing. *Regard* is the most general: *"I once thought you had a kind of regard for her"* (George Borrow). *Esteem* connotes considered appraisal and positive regard: *"The near-unanimity of esteem he enjoyed during his lifetime has by no means been sustained since"* (Will Crutchfield). *Admiration* is a feeling of keen approbation: *"Greatness is a spiritual condition worthy to excite love, interest, and admiration"* (Matthew Arnold). *Respect* implies appreciative, often deferential regard resulting from careful assessment: *"I have a great respect for any man who makes his own way in life"* (Winston Churchill). See also synonyms at **consider.**

**Usage Note** *Regard* is traditionally used in the singular in the phrase *in regard* (not *in regards*) to. *Regarding* and *as regards* are also standard in the sense "with reference to." In the same sense *with respect to* is acceptable, but *respecting* is not. ❖ *Respects* is sometimes considered preferable to *regards* in the sense of "particulars": *In some respects* (not *regards*) *the books are alike.*

**re•gar•dant** (rĭ-gär′dnt) *adj. Heraldry* Looking backward in profile: *a lion regardant.* [Middle English, from Old French, present participle of *regarder,* to regard. See REGARD.]

**re•gard•ful** (rĭ-gärd′fəl) *adj.* **1.** Showing attention; heedful. **2.** Showing deference; respectful. —**re•gard′ful•ly** *adv.* —**re•gard′ful•ness** *n.*

**re•gard•ing** (rĭ-gär′dĭng) *prep.* In reference to; with respect to; concerning. See Usage Note at **regard.**

**re•gard•less** (rĭ-gärd′lĭs) *adj.* In spite of everything; anyway: *continues to work regardless.* ❖ *adj.* Heedless; unmindful. —**re•gard′less•ly** *adv.* —**re•gard′less•ness** *n.*

**regardless of** *prep.* **1.** In spite of: *We will persevere regardless of past failures.* **2.** With no heed to: *freedom for all, regardless of race or creed.*

**re•gat•ta** (rĭ-gät′ə, -găt′ə) *n.* A boat race or a series of boat races. [Italian dialectal, a contention, regatta, from *regattare,* to contend, perhaps from *recatare,* to sell again, compete, from Vulgar Latin *\*recaptāre,* to contend : Latin *re-, re- +* Latin *captāre,* to seek to catch, frequentative of *capere,* to seize; see CATCH.]

**regd.** *abbr.* registered

**re•ge•late** (rē′jə-lāt′, rĕ′jə-lāt′) *intr.v.* **-lat•ed, -lat•ing, -lates** To undergo regelation. [RE- + Latin *gelāre, gelāt-,* to freeze; see GELATION.]

**re•ge•la•tion** (rē′jə-lā′shən) *n.* **1.** The fusion of two blocks of ice by pressure. **2.** Successive melting under pressure and freezing when pressure is relaxed at the interface of two blocks of ice.

**re•gen•cy** (rē′jən-sē) *n., pl.* **-cies 1.** A person or group selected to govern in place of a monarch or other ruler who is absent, disabled, or still in minority. **2.** The period during which a regent governs. **3.** The office, area of jurisdiction, or government of regents or a regent. ❖ *adj.* **1. Regency** Of, relating to, or characteristic of the style, especially in furniture, prevalent in England during the regency (1811–1820) of George, Prince of Wales (later George IV). **2. Regency** Of, relating to, or characteristic of the style prevalent in France during the regency (1715–1723) of Philippe, Duc d'Orléans (1674–1723). **3.** Of or relating to a regency: *regency policies and appointments that were later rescinded.*

**re•gen•er•a•cy** (rĭ-jĕn′ər-ə-sē) *n.* The state of being regenerated.

**re•gen•er•ate** (rĭ-jĕn′ə-rāt′) *v.* **-at•ed, -at•ing, -ates** —*tr.* **1.** To reform spiritually or morally. **2.** To form, construct, or create anew, especially in an improved state. **3.** To give new life or energy to; revitalize. **4.** *Biology* To replace (a lost or damaged organ or part) by formation of new tissue. —*intr.* **1.** To become formed or constructed again. **2.** To undergo spiritual conversion or rebirth; reform. **3.** To effect regeneration. ❖ *n.* (-ər-ĭt) **1.** One who is spiritually reborn. **2.** *Biology* A regenerated organ or part. ❖ *adj.* (-ər-ĭt) **1.** Spiritually or morally reformed. **2.** Formed or created anew. **3.** Restored to a better state; refreshed or renewed. [Latin *regenerāre, regenerāt-,* to reproduce : *re-, re- + generāre,* to beget; see GENERATE.] —**re•gen′er•a•ble** (-ər-ə-bəl) *adj.* —**re•gen′er•ate•ly** *adv.* —**re•gen′er•a′tor** *n.*

**re•gen•er•a•tion** (rĭ-jĕn′ə-rā′shən) *n.* **1.** The act or process of regenerating or the state of being regenerated. **2.** Spiritual or moral revival or rebirth. **3.** *Biology* Regrowth of lost or destroyed parts or organs.

**re•gen•er•a•tive** (rĭ-jĕn′ər-ə-tĭv, -ər-ā-tĭv) *adj.* **1.** Of, relating to, or marked by regeneration. **2.** Tending to regenerate. —**re•gen′er•a′tive•ly** *adv.*

**Re•gens•burg** (rā′gənz-bôrg′, -gəns-bŏŏrk′) A city of southeast Germany on the Danube River north-northeast of Munich. An ancient Celtic settlement, it was an important Roman frontier station and later a free imperial city before passing to Bavaria in 1810. Population: 125,337.

**re•gent** (rē′jənt) *n.* **1.** One who rules during the minority, absence, or disability of a monarch. **2.** One acting as a ruler or governor. **3.** A member of a board that governs an institution, such as a state university. [Middle English, from Old French, from Latin *regēns, regent-,* ruler, from present participle of *regere,* to rule. See **reg-** in Appendix I.] —**re′gent•al** (-jən-tl) *adj.*

**reg•gae** (rĕg′ā) *n.* Popular music of Jamaican origin having elements of calypso and rhythm and blues, characterized by a strongly accentuated offbeat. [Jamaican English, ultimately from *rege-rege,* ragged clothing, probably from RAG¹.]

**Reg•gio di Ca•la•bri•a** (rĕj′ē-ō dē kə-lä′brē-ə, rĕd′jō) also **Reggio Calabria** A city of extreme southern Italy on the Strait of Messina opposite Sicily. Founded by Greek colonists in the late eighth century B.C., it suffered frequent invasions because of its strategic location. Earthquakes have also caused extensive damage. Population: 169,709.

**Reggio nell'E•mi•lia** (nĕl′ē-mēl′yə) also **Reggio Emilia** A city of north-central Italy west-northwest of Bologna. Founded by Romans in the second century B.C., it was ruled by the Este family for many centuries. Population: 131,419.

**reg•i•cide** (rĕj′ĭ-sīd′) *n.* **1.** The killing of a king. **2.** One who kills a king. [Latin *rēx, rēg-,* king; see **reg-** in Appendix I + -CIDE.] —**reg′i•cid′al** (-sīd′l) *adj.*

**re•gime** also **ré•gime** (rā-zhēm′, rĭ-) *n.* **1a.** A form of government: *a fascist regime.* **b.** A government in power; administration: *suffered under the new regime.* **2.** A prevailing social system or pattern. **3.** The period during which a particular administration or system prevails. **4.** A regulated system, as of diet and exercise; a regimen. [French *régime,* from



**regardant**



**regatta**
sailing regatta



**Regency**
open armchair

| ă pat | oi boy |
|---|---|
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ŏŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

**Stress marks:** ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

**1469**

SFDC00092990