Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Andrea Pacelli, Esq. (*pro hac vice*)
Mark S. Raskin, Esq. (*pro hac vice*)
Michael DeVincenzo, Esq. (*pro hac vice*)
Elizabeth Long, Esq. (*pro hac vice*)
Eric Berger, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com
elizabeth.long@us.kwm.com
eric.berger@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

John Frankovich, NV Bar #667
Leigh Goddard, NV Bar #6315
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant salesforce.com, inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Applications in Internet Time, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Salesforce.com, Inc.<br><br>    Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE CLAIM CONSTRUCTION BRIEFS (ECF No. 155)**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadlines for Plaintiff Applications in Internet Time, LLC ("AIT") and Defendant salesforce.com, inc. ("Salesforce") to file their Reply and Sur-Reply Claim Construction Briefs, respectively, by one week, as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff to submit reply claim construction brief (20 pages) in accordance with Local Patent Rule 1-16 (as modified by the Court) | April 27, 2021 | May 4, 2021 |
| Defendant to submit sur-reply claim construction brief (20 pages) in accordance with Local Patent Rule 1-16 (as modified by the Court) | May 4, 2021 | May 18, 2021 |

This is the first stipulation for extension of time to file claim construction briefs.

**Reasons for Request for Extension:** The parties agree that additional time is warranted to ensure that the issues are adequately presented to the Court. The parties have made certain adjustments to their proposed claim constructions and the additional time will allow the parties to fully address these new arguments. The parties do not believe the additional time will impair the Court's decision as the *Markman* hearing is currently not expected to take place prior to the end of June, 2021.

**ORDER**

IT IS HEREBY ORDERED that the case shall proceed on the foregoing schedule.

IT IS SO ORDERED this 23rd day of April, 2021.

ROBERT C. JONES
United States District Judge

2