UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, <br><br> Plaintiff(s), <br><br> vs. <br><br> SALESFORCE.COM, INC., <br><br> Defendant(s). | 3:13-cv-00628-RCJ-CLB <br><br> **MINUTES OF PROCEEDINGS** <br><br> DATE: November 30, 2021 |

PRESENT:   THE HONORABLE CARLA BALDWIN,     U.S. MAGISTRATE JUDGE

Deputy Clerk:       Lisa Mann         Court Reporter:     Liberty Recorder

Counsel for Plaintiff(s):   Michael DeVincenzo (By video) with Andrea Pacelli and Michael Burke (Both by telephone)

Counsel for Defendant(s):  Kevin Johnson (By video) with Leigh Goddard, Ray Zado, and Sam Stake (All by telephone)

PROCEEDINGS: VIDEO SCHEDULING CONFERENCE

10:04 a.m.  Court convenes.

The Court notes that the parties filed a Joint Stipulation and Proposed Order to Amend Scheduling Order (ECF No. 174) and further notes that this Court believes that the District Judge will consider such stipulation. However, the Court advises counsel that she will confer with the District Judge to determine whether he will consider the stipulation or refer the matter to this Court.

The Court schedules a Video Settlement Conference before Magistrate Judge

Robert A. McQuaid on Tuesday, December 14, 2021. The Courtroom Deputy is directed to issue the standard order scheduling settlement conference.

The Court directs counsel to contact this Court's Courtroom Deputy when it is appropriate to schedule the next settlement conference in this case if the case does not settle at the first settlement conference.

The Court inquires and counsel advise that there is nothing further for this Court to consider at this time.

IT IS SO ORDERED.

10:10 a.m.  Court adjourns.

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Lisa Mann, Deputy Clerk