1  Michael A. Burke, Esq. (NSB #11527)
2  ROBISON, SHARP, SULLIVAN & BRUST
   71 Washington St.
3  Reno, NV 89503
   Telephone: (775) 329-3151
4  Email: mburke@rssblaw.com

5  Andrea Pacelli, Esq. (*pro hac vice*)
6  Mark S. Raskin, Esq. (*pro hac vice*)
   Michael DeVincenzo, Esq. (*pro hac vice*)
7  Elizabeth Long, Esq. (*pro hac vice*)
   Charles Wizenfeld, Esq. (*pro hac vice*)
8  KING & WOOD MALLESONS LLP
   500 Fifth Ave., 50th Floor
9  New York, New York 10110
   Telephone: (212) 319-4755
10 Email: andrea.pacelli@us.kwm.com
   mark.raskin@us.kwm.com
11 michael.devincenzo@us.kwm.com
   elizabeth.long@us.kwm.com
12 charles.wizenfeld@us.kwm.com

13
14 Steven C. Sereboff, Esq. (*pro hac vice*)
   SoCAL IP LAW GROUP LLP
15 1332 Anacapa, Suite 201
   Santa Barbara, CA 93101
16 Telephone: (805) 230-1356
   Email: ssereboff@socalip.com
17

18 *Attorneys for Plaintiff*
   *Applications in Internet Time, LLC*
19

John Frankovich, NV Bar #667
Leigh Goddard, NV Bar #6315
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 20 Applications in Internet Time, LLC,<br><br>23           Plaintiff,<br><br>24 v.<br><br>25 Salesforce.com, Inc.<br><br>26           Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE FACT AND EXPERT DISCOVERY**<br><br>        **(FIRST REQUEST)** |

27
28

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13331125.1

Pursuant to Local Rules IA 6-1 and 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend certain deadlines for Plaintiff Applications in Internet Time, LLC ("AIT") and Defendant Salesforce, Inc. ("Salesforce") to complete fact and expert discovery.  This is the first stipulation to extend time to take discovery.

**(a) Discovery Completed to Date**

The parties have substantially completed document production and exchanged privilege logs.  AIT has taken the deposition of one fact witness.  The parties have also served all written discovery and agreed not to propound additional interrogatories, requests for production, or requests for admission).

**(b) Discovery to be Completed**

The parties need to complete fact discovery (response to interrogatories, requests for admission, and most depositions) and conduct expert discovery.

**(c) Cause for the Extension**

The parties need to schedule a total of approximately 10 additional depositions prior to the completion of fact discovery, including several third-party witnesses.  Due to the personal and work schedules of some of the fact witnesses it will be challenging to schedule all depositions within the current fact discovery schedule.  The parties agree that extending the period of fact discovery by three weeks will ease scheduling, lessen the burden on fact witnesses, and allow a more complete development of the evidence in this action.

**(d) Proposed Schedule for Completing All Remaining Discovery**

The parties propose extending each of the dates for completion of fact discovery, service of opening expert reports, and service of rebuttal expert reports by three weeks.  As such, the period for expert discovery will not be impacted, except that expert depositions will be scheduled over a period of approximately five weeks instead of eight weeks.  The parties agree that five weeks are ample time to schedule expert depositions.  The schedule for summary judgment and *Daubert* briefings and the projected trial date will not be impacted.

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13331125.1                                  2

The proposed schedule is as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of fact discovery | May 6, 2022 | May 27, 2022 |
| Expert disclosures on issues for which a party bears the burden of proof | June 9, 2022 | June 30, 2022 |
| Rebuttal expert disclosures | July 8, 2022 | July 29, 2022 |
| Completion of expert discovery | September 2, 2022 | *No change* |
| Opening summary judgment/*Daubert* briefs | September 30, 2022 | *No change* |
| Response summary judgment/*Daubert* briefs | October 21, 2022 | *No change* |
| Reply summary judgment/*Daubert* briefs | November 4, 2022 | *No change* |
| Summary judgment/*Daubert* hearing | TBD by Court | *No change* |
| Trial | March 2023 (subject to convenience of the Court) | *No change* |

## ORDER

**IT IS HEREBY ORDERED** that the case shall proceed on the foregoing schedule.

**IT IS SO ORDERED.**

**DATED:** April 22, 2022.

**United States Magistrate Judge**

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13331125.1

3