Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Andrea Pacelli, Esq. (*pro hac vice*)
Mark S. Raskin, Esq. (*pro hac vice*)
Michael DeVincenzo, Esq. (*pro hac vice*)
Elizabeth Long, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Daniel Miller, Esq. (*pro hac vice pending*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com
elizabeth.long@us.kwm.com
charles.wizenfeld@us.kwm.com
daniel.miller@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

John Frankovich, NV Bar #667
Leigh Goddard, NV Bar #6315
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Applications in Internet Time, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Salesforce.com, Inc.<br><br>  Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**STIPULATION TO TAKE DEPOSITIONS AFTER FACT DISCOVERY CUTOFF** |

04554-00001/13416026.1

Pursuant to Local Rules IA 6-1 and 26-3, Plaintiff Applications in Internet Time, LLC ("AIT") and Defendant Salesforce, Inc. ("Salesforce"), by and through their respective counsel of record, hereby stipulate and request that this Court permit the parties to take certain depositions after May 27, 2022 (the deadline for the completion of fact discovery).  Due to the personal and work schedules of these fact witnesses, the parties will be unable to schedule all depositions within the current fact discovery schedule.  The parties agree permitting these depositions to be taken after May 27, 2022 will ease scheduling, lessen the burden on fact witnesses, and allow a more complete development of the evidence in this action.

The parties have agreed that the following depositions may take place after May 27, 2022:

- Beverly Nelson (AIT principal)
- Scott Hansma (Salesforce Executive Vice President of Engineering)
- Salesforce corporate representative on marketing (up to 2.0 hours)
- AIT Funding LLC (third party)
- Cooley LLP (third party)
- In addition, the parties are discussing whether an additional deposition per side on certain topics, limited to two hours, will also take place, but have not yet reached agreement on whether either of these depositions will be necessary.

DATED:  This 27th day of May, 2022.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

  /s/ Elizabeth Long
MICHAEL A. BURKE, ESQ.
*Attorneys for Plaintiff Applications in Internet Time, LLC*

Andrea Pacelli, Esq. (*pro hac vice*)
Mark S. Raskin, Esq. (*pro hac vice*)
Michael DeVincenzo, Esq. (*pro hac vice*)
Elizabeth Long, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Daniel Miller, Esq. (*pro hac vice pending*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110

|   |   |
|---|---|
| 1 | Steven C. Sereboff, Esq. (*pro hac vice*) |
| 2 | SoCAL IP LAW GROUP LLP |
|   | 1332 Anacapa, Suite 201 |
| 3 | Santa Barbara, California 93101 |

DATED:  This 27th day of May, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

 /s/ Sam Stake
SAM STAKE, ESQ.
*Attorneys for Defendant Saleforce.com, Inc.*

Leigh Goddard, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, Nevada 89501

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

**ORDER**

**IT IS HEREBY ORDERED** that the foregoing depositions will be permitted to be taken after the May 27, 2022 deadline for completion of fact discovery.

**IT IS SO ORDERED.**

**DATED:** May 31, 2022            .

_____
**United States Magistrate Judge**