| | |
|---|---|
| Michael A. Burke, Esq. (NSB #11527) | John Frankovich, NV Bar #667 |
| ROBISON, SHARP, SULLIVAN & BRUST | Leigh Goddard, NV Bar #6315 |
| 71 Washington St. | MCDONALD CARANO LLP |
| Reno, NV 89503 | 100 West Liberty Street, 10th Floor |
| Telephone: (775) 329-3151 | P.O. Box 2670 |
| Email: mburke@rssblaw.com | Reno, NV 89505-2670 |
| | Telephone: (775) 788-2000 |
| Andrea Pacelli, Esq. (*pro hac vice*) | Facsimile: (775) 788-2020 |
| Mark S. Raskin, Esq. (*pro hac vice*) | Email: jfrankovich@mcdonaldcarano.com |
| Michael DeVincenzo, Esq. (*pro hac vice*) | lgoddard@mcdonaldcarano.com |
| Elizabeth Long, Esq. (*pro hac vice*) | |
| Charles Wizenfeld, Esq. (*pro hac vice*) | Kevin Johnson (*pro hac vice*) |
| Daniel Miller, Esq. (*pro hac vice pending*) | Ray Zado (*pro hac vice*) |
| KING & WOOD MALLESONS LLP | Sam Stake (*pro hac vice*) |
| 500 Fifth Ave., 50th Floor | QUINN EMANUEL URQUHART & |
| New York, New York 10110 | SULLIVAN, LLP |
| Telephone: (212) 319-4755 | 555 Twin Dolphin Drive, 5th Floor |
| Email: andrea.pacelli@us.kwm.com | Redwood Shores, CA 94065 |
| mark.raskin@us.kwm.com | Telephone: (650) 801-5000 |
| michael.devincenzo@us.kwm.com | Facsimile: (650) 801-5100 |
| elizabeth.long@us.kwm.com | Email: kevinjohnson@quinnemanuel.com |
| charles.wizenfeld@us.kwm.com | rayzado@quinnemanuel.com |
| daniel.miller@us.kwm.com | samstake@quinnemanuel.com |

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP        *Attorneys for Defendant Salesforce, Inc.*
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Applications in Internet Time, LLC, | Case No. 3:13-CV-00628-RCJ-CLB |
| Plaintiff, | |
| v. | **STIPULATION REGARDING** |
| Salesforce.com, Inc. | **REPRESENTATIVE PRODUCTION** |
| Defendant. | **OF SOURCE CODE** |

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13403919.1

Pursuant to LR IA 6-2 and LR 7-1, the parties, by and through their respective counsel of record, hereby stipulate that for all evidentiary purposes in this action, the source code for Release 236 of Sales Cloud, Service Cloud, and the Force.com platform is representative of the structure and operation of those Accused Products over the period 2008–2021.  Such source code was produced by Salesforce for inspection beginning in November 2021 and supplemented thereafter.

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13403919.1

2

DATED: This 27th day of May, 2022.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

/s/ Andrea Pacelli

Michael A. Burke, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
(Resident Counsel)
71 Washington Street
Reno, Nevada 89503

Andrea Pacelli, Esq. (*pro hac vice*)
Mark S. Raskin, Esq. (*pro hac vice*)
Michael DeVincenzo, Esq. (*pro hac vice*)
Elizabeth Long, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Daniel Miller, Esq. (*pro hac vice pending*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, California 93101

*Attorneys for Plaintiff Applications in Internet Time, LLC*

DATED: This 27th day of May, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

/s/ Sam Stake
SAM STAKE, ESQ.
*Attorneys for Defendant saleforce.com, inc.*

Leigh Goddard, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, Nevada 89501

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)

IT IS SO ORDERED.
Dated: May 31, 2022

_____
U.S. MAGISTRATE JUDGE

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13403919.1         3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sam Stake (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

04554-00001/13403919.1

4