# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, | Case No.: 3:13-CV-00628-RCJ-CLB |
| Plaintiff, | |
| vs. | **ORDER** |
| SALESFORCE.COM, INC. | |
| Defendant. | |

Before the Court is Plaintiff Applications in Internet Time, LLC's Opening Brief in Support of its Motion to Strike Portions of Salesforce.com's Amended Invalidity Contentions (ECF No. 185), and Request for Status Conference (ECF No. 205). Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff Applications in Internet Time, LLC's Request for a Status Conference (ECF No. 205) is **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument on Plaintiff Applications in Internet Time, LLC's Opening Brief in Support of its Motion to Strike Portions of Salesforce.com's Amended Invalidity Contentions (ECF No. 185), is set for 1:30 P.M., Monday, June 6, 2022, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS SO ORDERED.**

_____
ROBERT C. JONES
United States District Court
Dated: June 1, 2022.