```
1    Michael A. Burke, Esq. (NSB #11527)
     ROBISON, SHARP, SULLIVAN & BRUST
2    71 Washington St.
     Reno, NV 89503
3    Telephone: (775) 329-3151
     Email: mburke@rssblaw.com
4
     Andrea Pacelli (pro hac vice)
5    Mark S. Raskin (pro hac vice)
     Michael DeVincenzo (pro hac vice)
6    Charles Wizenfeld (pro hac vice)
     Daniel Miller (pro hac vice)
7    KING & WOOD MALLESONS LLP
     500 Fifth Ave., 50th Floor
8    New York, New York 10110
     Telephone: (212) 319-4755
9    Email: andrea.pacelli@us.kwm.com
     mark.raskin@us.kwm.com
10   michael.devincenzo@us.kwm.com
     charles.wizenfeld@us.kwm.com
11   daniel.miller@us.kwm.com

12   Steven C. Sereboff, Esq. (pro hac vice)
     SoCAL IP LAW GROUP LLP
13   1332 Anacapa, Suite 201
     Santa Barbara, CA 93101
14   Telephone: (805) 230-1356
     Email: ssereboff@socalip.com
15
     Attorneys for Plaintiff
16   Applications in Internet Time LLC
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| APPLICATIONS IN INTERNET TIME, LLC, | Civil Action No.: 3:13-CV-00628-RCJ-CLB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF ELIZABETH LONG** |
| SALESFORCE.COM, INC., | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF ELIZABETH LONG

LIVE 11828011v.1

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Elizabeth Long hereby withdraws as attorney of record for Plaintiff Applications in Internet Time, LLC in the above-captioned matter. Please remove Ms. Long as counsel of record for Applications in Internet Time, LLC and terminate all CM/ECF notices to herdo in this matter. Counsel of record for Applications in Internet Time, LLC otherwise remains the same.

Dated:  August 23, 2022

*s/ Andrea Pacelli*

Michael A. Burke, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOWA
Professional Corporation (Resident Counsel)
71 Washington Street
Reno, Nevada  89503

Andrea Pacelli (pro hac vice)
Mark S. Raskin (pro hac vice)
Michael DeVincenzo (pro hac vice)
Charles Wizenfeld (pro hac vice)
Daniel Miller (pro hac vice)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
daniel.miller@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

**IT IS SO ORDERED.**

**Dated:** August 23, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**

NOTICE OF WITHDRAWAL OF ELIZABETH LONG