1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Applications in Internet Time, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>Salesforce, Inc.<br><br>          Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br><br>**ORDER TO EXTEND RESPONSIVE DEADLINES TO SALESFORCE'S MOTION TO DISMISS DKT. 281**<br><br>**(First Request)** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadlines for Plaintiff Applications in Internet Time, LLC ("AIT") and Defendant Salesforce, Inc. ("Salesforce") to file their Response and Reply Briefs to Salesforce's Motion to Dismiss Dkt. 281, respectively, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to submit responsive brief to Salesforce's Motion to Dismiss Dkt. 281 | October 14, 2022 | October 28, 2021 |
| Salesforce to submit reply brief in support of its Motion to Dismiss Dkt. 281 | October 21, 2022 | November 18, 2022 |

This is the first stipulation for extension of time.

**Reasons for Request for Extension:**  The parties will be concurrently briefing summary judgment motions and Daubert motions. The parties agree that additional time is warranted to ensure that the issues addressed are adequately presented to the Court.

2

1

2   DATED: October 6, 2022                    DATED: October 6, 2022

3

4     By: */s/ Andrea Pacelli*                  By: */s/ Ray Zado*
      Michael A. Burke (NSB #11527)           John Frankovich, NV Bar #667
5   ROBISON, SHARP, SULLIVAN &                Leigh Goddard, NV Bar #6315
    BRUST                                      Philip Manelly, NV Bar #14236
6                                              McDonald Carano LLP

7   Andrea Pacelli (pro hac vice)
    Mark S. Raskin (pro hac vice)             Kevin Johnson (*pro hac vice*)
8   Michael DeVincenzo (pro hac vice)         Ray Zado (*pro hac vice*)
    Charles Wizenfeld (pro hac vice)          Sam Stake (*pro hac vice*)
9   Daniel Miller  (pro hac vice)             James Judah (*pro hac vice)*
    KING & WOOD MALLESONS LLP
10                                             *Attorneys for Defendant Salesforce, Inc.*
    Steven C. Sereboff (pro hac vice)
11  SoCAL IP LAW GROUP LLP

12  *Attorneys for Plaintiff*
    *Applications in Internet Time, LLC*
13

14

15

16                                             **IT IS SO ORDERED:**

17                                             DATED: October 11, 2022

18                                             _____
                                               UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

3