JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**SALESFORCE'S NOTICE OF ERRATA TO ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF IVAN ZATKOVICH** |

04554-00001/13722655.1

Case No. 3:13-CV-00628-RCJ-CLB
SALESFORCE'S NOTICE OF ERRATA TO ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF IVAN ZATKOVICH

Defendant Salesforce, Inc. ("Salesforce") hereby files this Errata to its Memorandum of Points and Authorities in Support of its Motion to Exclude the Opinions and Testimony of Ivan Zatkovich ("Memorandum"), which was filed as Dkt. 275-1 on September 30, 2022.

On page 5, line 24 of the Memorandum, the August 21, 2022 deposition transcript of Ivan Zatkovich was erroneously cited as "*id.*" which corresponds to Exhibit 3, the August 24, 2022 deposition transcript of Ivan Zatkovich. The August 21, 2022 deposition transcript of Ivan Zatkovich was concurrently filed as Exhibit 5 to the Memorandum (Dkt. 275-4), on September 30, 2021. Accordingly, the citation "*id*. at 235:6-236:4" should be changed to "Ex. 5 (Zatkovich 8/21/22 Tr.) at 235:6-236:4"

DATED: November 8, 2022            Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  */s/ Ray Zado*

Ray Zado
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
rayzado@quinnemanuel.com

04554-00001/13722655.1

1               Case No. 3:13-CV-00628-RCJ-CLB
SALESFORCE'S NOTICE OF ERRATA TO ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF IVAN ZATKOVICH

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I am an employee of Quinn Emanuel Urquhart & Sullivan LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be served via email upon the following:

| | |
|---|---|
| Michael A. Burke<br>*mburke@rssblaw.com* | Andrea Pacelli<br>Mark S. Raskin<br>Michael De Vincenzo<br>Elizabeth Long<br>*andrea.pacelli@us.kwm.com*<br>*mark.raskin@us.kwm.com*<br>*michael.devincenzo@us.kwm.com*<br>*elizabeth.long@us.kwm.com* |
| Steven C. Sereboff<br>*ssereboff@socalip.com* | |

DATED: November 8, 2022.

                                                    */s/ Zachary Furcolo*
                                                  Zachary Furcolo

04554-00001/13722655.1

Case No. 3:13-CV-00628-RCJ-CLB
SALESFORCE'S NOTICE OF ERRATA TO ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF IVAN ZATKOVICH