UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, | 3:13-cv-00628-RCJ-CLB |
| Plaintiff(s), | **MINUTES OF PROCEEDINGS** |
| vs. | DATE: November 16, 2022 |
| SALESFORCE, INC., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE CARLA BALDWIN,   U.S. MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann         Court Reporter:   Liberty Recorder

Counsel for Plaintiff(s):   Michael DeVincenzo and Andrea Pacelli

Counsel for Defendant(s):   James Judah, Ray Zado, and Leigh Goddard

PROCEEDINGS: VIRTUAL MOTIONS HEARING

9:05 a.m. Court convenes.

The Court confirms with counsel who lead counsel is from each side and explains her preference of having lead counsel appear via video with all other counsel appearing via telephone.

The Court explains why she vacated the hearing she had scheduled for June 22, 2022.

The Court advises counsel of the papers the Court reviewed in preparation for this motions hearing.

The Court directs counsel to Local Rule IC 2-2 regarding the responsibilities of the filer when electronically filing documents and advises counsel that this Court expects counsel to file documents appropriately.

The Court and counsel discuss Plaintiff's Motion to Compel Discovery (ECF No. 190) and Defendant's Motion to Compel Document Production or, in the alternative, for In Camera Review (ECF No. 216).

Having heard from counsel and good cause appearing, the Court finds that Plaintiff's Motion to Compel Discovery (ECF No. 190) is DENIED. The Court further finds that Defendant's Motion to Compel Document Production or, in the alternative, for In Camera Review (ECF No. 216) is GRANTED in part and DENIED in part. The motion is granted insofar as the Plaintiff shall produce Entry Nos. 1, 2, 24, and 388 on the privilege log. The motion is denied without prejudice as to the balance of the motion.

Therefore, the Court directs Plaintiff to re-review all the entries that have been identified by the Defendant in their motion with the guidance and information provided by the Court today in mind. Thereafter, to the extent that Plaintiff has identified documents as work product protected or attorney client protected, but in light of the Court's guidance at this hearing, find that they do not actually qualify, Plaintiff shall produce such documents. Plaintiff shall complete this work by **December 7, 2022**. If issues remain, counsel are directed to meet and confer by no later than **January 8, 2023**. If after the meet and confer, counsel are still unable to agree, the Court will allow a renewed motion to compel to be filed by no later than **January 23, 2023**. If a renewed motion to compel is filed, the motion shall include <u>only</u> a table outlining the documents requested that were not received. In response, the Plaintiff shall have until **February 6, 2023**, to file an

opposition and provide such documents to the Court for an *in camera* review.

IT IS SO ORDERED.

10:19 a.m. Court adjourns.

                                                                                 DEBRA K. KEMPI, CLERK

                                                                                 By:_____/s/_____
                                                                                       Lisa Mann, Deputy Clerk