UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>        Plaintiff,<br><br> v.<br><br>SALESFORCE, INC.,<br><br>        Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>[ECF No. 343, 344, 349, 362] |

  This case involves a patent infringement action filed by Plaintiff Application in Internet Time, LLC ("AIT"), against Defendant Salesforce, Inc. ("Salesforce"). Before the Court are several motions filed by Salesforce related to either redacting certain items or filing other items under seal. The motions are as follows:

(1) Motion to redact portions of the transcript from the November 16, 2022 hearing before Magistrate Judge Carla Baldwin, (ECF No. 343);

(2) Motion to file under seal Exhibit 1 of the motion to redact portions of the transcript, (ECF No. 344);

(3) Motion to seal the entirety of Salesforce's response to AIT's motion to stay production, (ECF No. 349); and

(4) Motion to seal the entirety of Salesforce's motion to enforce the court's order for production of documents, (ECF No. 362).

  "The courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Courthouse News Serv. v. Planet*, 947 F.3d 581, 591 (9th Cir. 2020) (quoting *Courthouse News Serv. v. Brown*, 908 F.3d 1063, 1069 (7th Cir. 2018)). Certain documents are exceptions to this right and are generally kept secret for policy reasons, including when documents contain trade secrets or other sensitive information. *Kamakana v. City & Cnty. of Honolulu*, 447

F.3d 1172, 1178-79 (9th Cir. 2006). Having reviewed the motions, the Court finds there is good cause to grant Salesforce's motions to redact and seal the documents identified which contain trade secrets or other sensitive information.

Therefore, Salesforce's motions redact and to seal, (ECF Nos. 343, 344, 349, 362), are **GRANTED**.

**IT IS SO ORDERED.**

DATED: December 29, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**