1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Applications in Internet Time, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Salesforce, Inc.<br><br>　　　　Defendant. | Case No. 3:13-CV-00628-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE DEADLINES TO SALESFORCE'S MOTION REGARDING CORRECTED EXPERT REPORT (ECF 351)**<br><br>**(First Request)** |

1  Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Plaintiff Applications in Internet Time, LLC ("AIT") to file its Opposition to Defendant Salesforce, Inc.'s ("Salesforce") Motion Regarding Corrected Expert Report (ECF 351, "Motion") and for Salesforce to file its Reply after service of the Opposition by two weeks. The Motion was filed on December 19, 2022. Under LR 7-2(b), the deadline to file and serve any points and authorities in response to the Motion is 14 days after service of the Motion, or January 3, 2023 (January 2 being a federal holiday), and the deadline to file and serve any reply is 7 days after service of the response, or January 10, 2023. The extension will move the date for filing AIT's Opposition to January 17, 2023 (January 16 also being a federal holiday) and the date for filing Salesforce's Reply to February 7, 2023. This is the first stipulation for extension of time.

**Reasons for Request for Extension:** Under the current schedule, the 14-day briefing period for AIT's under LR 7-2(b) encompasses the Christmas and New Year holidays, making it difficult for AIT to comply with the current deadline due to preexisting holiday plans. Moreover, once AIT's Opposition deadline is adjusted, Salesforce's new Reply deadline conflicts with its counsel's previously scheduled trial in another case. The parties agree that additional time is warranted for both the Opposition and the Reply to ensure that the issues addressed are adequately presented to the Court.

DATED: December 28, 2022

DATED: December 28, 2022

By: /s/ *Andrea Pacelli*
Michael A. Burke (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST

Andrea Pacelli (pro hac vice)
Mark S. Raskin (pro hac vice)
Michael DeVincenzo (pro hac vice)
Charles Wizenfeld (pro hac vice)
Daniel Miller (pro hac vice)
KING & WOOD MALLESONS LLP

Steven C. Sereboff (pro hac vice)
SoCAL IP LAW GROUP LLP

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

By: /s/ *Ray Zado*
John Frankovich, NV Bar #667
Leigh Goddard, NV Bar #6315
Philip Manelly, NV Bar #14236
McDonald Carano LLP

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
James Judah (*pro hac vice*)

*Attorneys for Defendant Salesforce, Inc.*

**IT IS SO ORDERED:**
DATED: January 10, 2023

_____
UNITED STATES DISTRICT JUDGE

3