1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

APPLICATIONS IN INTERNET TIME, LLC,

               Plaintiff,

    **v.**

SALESFORCE, INC.,

               Defendant.

No. 3:13-CV-00628-RCJ-CLB

**JOINT REQUEST AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ORDER ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff Application in Internet Time, LLC ("AIT") and Defendant Salesforce, Inc., ("Salesforce") stipulate and jointly request, by and through their counsel, as follows:

1. The current date by which Salesforce has been ordered to prepare and file a proposed order in accordance with the Court's rulings on the parties' motions for summary judgment during the March 14, 2023 hearing is June 26, 2023.  ECF 394.

2. Pursuant to LR 7-2(f), AIT must notify Salesforce "of any reason for disapproval" of the proposed order three days after service thereof.

3. On June 15, 2023 counsel for AIT requested that Salesforce effectuate service of the proposed order on AIT sufficiently early to allow the parties to resolve disagreements in advance of the Court's deadline.  Ex. A (Email Correspondence Between Counsel).

4. To provide sufficient time for the parties to engage in the process required by and comply with the provisions of LR 7-2(f), and attempt to reduce disagreements before submission to the Court, the parties jointly request that the Court extend the deadline for Salesforce to submit the proposed order to July 10, 2023.  The parties further stipulate and agree that Salesforce will serve the proposed order on AIT on or before July 3, 2023.

5. This is the first stipulation and joint request for an extension of time to file a proposed order in accordance with the Court's ruling in the March 14, 2023 hearing on the parties' motions for summary judgment.

DATED: June 23, 2023

By /s/ Ray Zado

JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmanelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com
*Attorneys for Defendant Salesforce, Inc.*

DATED: June 23, 2023

By  /s/  Andrea Pacelli

Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Andrea Pacelli, Esq. (pro hac vice)
Mark S. Raskin, Esq. (pro hac vice)
Michael DeVincenzo, Esq. (pro hac vice)
Charles Wizenfeld, Esq. (pro hac vice)
Daniel Miller, Esq. (pro hac vice)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com
mailto:charles.wizenfeld@us.kwm.com
daniel.miller@us.kwm.com

Steven C. Sereboff, Esq. (pro hac vice)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendant Salesforce, Inc. file a proposed order in accordance with the Court's ruling in the March 14, 2023 hearing on the parties' motions for summary judgment by extended to July 10, 2023.

IT IS SO ORDERED this 26th _ day of June, 2023

_____
Hon. Robert C. Jones
UNITED STATES DISTRICT JUDGE

# Exhibit A

## Zachary Furcolo

| | |
|---|---|
| **From:** | Pacelli, Andrea (US) <Andrea.Pacelli@us.kwm.com> |
| **Sent:** | Friday, June 23, 2023 9:32 AM |
| **To:** | Ray Zado; Kevin Johnson; Sam Stake; James Judah |
| **Cc:** | QE-AIT-Salesforce; lgoddard@mcdonaldcarano.com; jfrankovich@mcdonaldcarano.com; AIT; Michael A. Burke; Monica Wilmoth; Steve Sereboff |
| **Subject:** | RE: 3:13-cv-00628-RCJ-CLB AIT v. Salesforce - Service of proposed order |
| **Attachments:** | 14165538_2_DRAFT Joint Stip and PO to Extend Deadline for SJ PO.DOCX |

**[EXTERNAL EMAIL from andrea.pacelli@us.kwm.com]**

Ray,

Thanks for sending the draft.  You have our permission to file with the minor edits in the attached.

Best regards,
Andrea

**From:** Ray Zado <rayzado@quinnemanuel.com>
**Sent:** Friday, June 23, 2023 12:01 PM
**To:** Pacelli, Andrea (US) <Andrea.Pacelli@us.kwm.com>; Kevin Johnson <kevinjohnson@quinnemanuel.com>; Sam Stake <samstake@quinnemanuel.com>; James Judah <jamesjudah@quinnemanuel.com>
**Cc:** QE-AIT-Salesforce <qe-ait-salesforce@quinnemanuel.com>; lgoddard@mcdonaldcarano.com; jfrankovich@mcdonaldcarano.com; AIT <AIT@us.kwm.com>; Michael A. Burke <mburke@rssblaw.com>; Monica Wilmoth <mwilmoth@rssblaw.com>; Steve Sereboff <SSereboff@socalip.com>
**Subject:** RE: 3:13-cv-00628-RCJ-CLB AIT v. Salesforce - Service of proposed order

Andrea,

Further to the below, please see the attached.

Regards,

Ray

**Ray Zado**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5011 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rayzado@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Pacelli, Andrea (US) [mailto:Andrea.Pacelli@us.kwm.com]
**Sent:** Thursday, June 22, 2023 1:37 PM
**To:** Ray Zado <rayzado@quinnemanuel.com>; Kevin Johnson <kevinjohnson@quinnemanuel.com>; Sam Stake <samstake@quinnemanuel.com>; James Judah <jamesjudah@quinnemanuel.com>
**Cc:** QE-AIT-Salesforce <qe-ait-salesforce@quinnemanuel.com>; lgoddard@mcdonaldcarano.com; jfrankovich@mcdonaldcarano.com; AIT <AIT@us.kwm.com>; Michael A. Burke <mburke@rssblaw.com>; Monica Wilmoth <mwilmoth@rssblaw.com>; Steve Sereboff <SSereboff@socalip.com>
**Subject:** RE: 3:13-cv-00628-RCJ-CLB AIT v. Salesforce - Service of proposed order

<div style="background:yellow">**[EXTERNAL EMAIL from andrea.pacelli@us.kwm.com]**</div>

Ray,

AIT agrees to the extension.  Please circulate a draft joint request.

Best regards,
Andrea

**From:** Ray Zado <rayzado@quinnemanuel.com>
**Sent:** Thursday, June 22, 2023 12:15 PM
**To:** Pacelli, Andrea (US) <Andrea.Pacelli@us.kwm.com>; Kevin Johnson <kevinjohnson@quinnemanuel.com>; Sam Stake <samstake@quinnemanuel.com>; James Judah <jamesjudah@quinnemanuel.com>
**Cc:** QE-AIT-Salesforce <qe-ait-salesforce@quinnemanuel.com>; lgoddard@mcdonaldcarano.com; jfrankovich@mcdonaldcarano.com; AIT <AIT@us.kwm.com>; Michael A. Burke <mburke@rssblaw.com>; Monica Wilmoth <mwilmoth@rssblaw.com>; Steve Sereboff <SSereboff@socalip.com>
**Subject:** RE: 3:13-cv-00628-RCJ-CLB AIT v. Salesforce - Service of proposed order

Andrea,

Further to the below, we had intended to serve the proposed order on the 23rd in accordance with LR 7-2(f).  However, we understand the basis of your request.  Accordingly, we would propose a joint request to the Court for a 2 week extension to the deadline to submit the PO, wherein Salesforce would serve the PO at least a week in advance for your review.

Please let us know if this proposal is acceptable to AIT.

Regards.

Ray


**Ray Zado**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5011 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rayzado@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Pacelli, Andrea (US) [mailto:Andrea.Pacelli@us.kwm.com]
**Sent:** Thursday, June 15, 2023 3:11 PM
**To:** Kevin Johnson <kevinjohnson@quinnemanuel.com>; Ray Zado <rayzado@quinnemanuel.com>; Sam Stake <samstake@quinnemanuel.com>; James Judah <jamesjudah@quinnemanuel.com>
**Cc:** QE-AIT-Salesforce <qe-ait-salesforce@quinnemanuel.com>; lgoddard@mcdonaldcarano.com; jfrankovich@mcdonaldcarano.com; AIT <AIT@us.kwm.com>; Michael A. Burke <mburke@rssblaw.com>; Monica Wilmoth <mwilmoth@rssblaw.com>; Steve Sereboff <SSereboff@socalip.com>
**Subject:** 3:13-cv-00628-RCJ-CLB AIT v. Salesforce - Service of proposed order

**[EXTERNAL EMAIL from andrea.pacelli@us.kwm.com]**

Counsel:

Pursuant to LR 7-2(f), Salesforce must serve its proposed order on AIT at least three days prior to the June 26, 2023 deadline set by the Court (ECF 394) so that AIT's position may be noted in the filing of the proposed order. In view of the fact that June 26 is a Monday, we ask that Salesforce serve its proposed order on AIT early enough to allow the parties to resolve any disagreements in advance of the Court's deadline. We are generally available to discuss.

Best regards,
Andrea

**Andrea Pacelli | Of Counsel**
**King & Wood Mallesons**

**D** +1 347 926 7576
**M** +1 917 806 3401
**F** +1 917 591 8167
**E** andrea.pacelli@us.kwm.com
**PROFILE**

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See www.kwm.com for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.