JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**[PROPOSED] ORDER GRANTING SALESFORCE, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Court's May 26, 2023 and July 10, 2023 Orders (ECF Nos. 394, 398, and 399), and LR 7-2(f) Defendant Salesforce, Inc. ("Salesforce") respectfully submits to the Court its Proposed Order Granting Salesforce's Motion for Summary Judgment ("Proposed Order") attached as Exhibit A.

On May 14, 2023 the Court heard arguments from counsel as to Plaintiff Application in Internet Time's ("AIT") Motion for Summary Judgment (ECF No. 270 ), Salesforce's Motion for Summary Judgment (ECF No. 278 ), and Motion to Resolve Discovery Dispute Regarding Corrected Expert Report (ECF No. 351) and at the end of hearing granted Salesforce's Motion for Summary Judgment (ECF No. 270) as to both non-infringement and invalidity (Hr. Tr. at 153:10-157:20).  On May 26, 2023, the court ordered Salesforce to prepare and file a proposed order in accordance with the Court's rulings on the parties' motions for summary judgment.  (ECF 394).  On June 23, 2023 the parties stipulated to and jointly requested an extension of the deadline for Salesforce to serve the proposed order on AIT, for AIT to notify Salesforce of any reasons for disapproval, and for Salesforce to file the proposed order, which Order the Court subsequently granted (ECF 398).  On July 4, 2023 Salesforce served its proposed order on counsel for AIT.

The Court's July 10, 2023 Minute Order (ECF 399) states "If Plaintiff AIT timely provided the reasons for disapproval, then Plaintiff AIT has three days from the day that Defendant Salesforce files the proposed order with the Court.  The Court will not allow Plaintiff AIT to file anything other than the competing order as allowed by the local rules."  Salesforce respectfully notes that, as of the filing of this proposed order, AIT has not provided any reason for disapproval of Salesforce's proposed order, and thus Salesforce has not had the opportunity to consider or respond to any such reasons for disapproval.[1]  Accordingly, should the Court permit AIT to file a competing order, Salesforce respectfully requests the opportunity to respond thereto.

---

[1]  On July 4, 2023, AIT requested a further extension of time to provide its reasons for disapproval.  Ex B.  Salesforce agreed to this request, and the parties filed the requested motion for extension for both AIT to provide its reasons for disapproval and for Salesforce to file the Proposed Order on July 7, 2023 (ECF 397).  The court denied the motion on July 10, 2023 (ECF 399).

DATED: July 10, 2023

By  /s/   Ray Zado
                                                      JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmanelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com
*Attorneys for Defendant Salesforce, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of Quinn Emanuel Urquhart & Sullivan LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be served via email upon the following:

| | |
|---|---|
| Michael A. Burke<br>*mburke@rssblaw.com* | Andrea Pacelli<br>Mark S. Raskin<br>Michael De Vincenzo<br>Elizabeth Long<br>Eric Berger<br>*andrea.pacelli@us.kwm.com*<br>*mark.raskin@us.kwm.com*<br>*michael.devincenzo@us.kwm.com*<br>*elizabeth.long@us.kwm.com*<br>*eric.berger@us.kwm.com* |

Steven C. Sereboff
*ssereboff@socalip.com*

DATED:  July 10, 2023.

/s/ *Zachary Furcolo*
Zachary Furcolo

[PROPOSED] ORDER GRANTING SALESFORCE, INC.'S MOTION FOR SUMMARY JUDGMENT