JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice)*
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**DECLARATION OF SAM STAKE IN SUPPORT OF SALESFORCE'S BILL OF COSTS AND DISBURSEMENTS** |

Case No. 3:13-CV-00628-RCJ-CLB
DECLARATION IN SUPPORT OF SALESFORCE'S BILL OF COSTS AND DISBURSEMENTS

I, Sam Stake, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel for Defendant Salesforce, Inc. ("Salesforce") in the above-captioned matter. This declaration is based upon my own personal knowledge unless otherwise stated.

2. I submit this declaration pursuant to LR 54-1 and 54-4 in support of Salesforce's Bill of Costs.

3. Attached as **Exhibit A** is a true and correct copy of invoices for taxable deposition costs pursuant to LR 54-4 that were incurred by Salesforce in the above captioned matter totaling $82,606.65

4. The table below summarizes the information contained in **Exhibit A** of the taxable deposition costs incurred by Salesforce broken down by witness.

| Witness | # of Deposition Days | Taxable Deposition Costs |
|---|---|---|
| Wong, Sam | 1 | 1,850.70 |
| Sziklai, Anthony | 1 | 5,115.65 |
| Jenkins, Guy | 1 | 3,746.75 |
| Zatkovich, Ivan | 2 | 16,601.20 |
| Dattani, Kaushik | 1 | 2,423.85 |
| Hansma, Scott | 1 | 1,492.65 |
| Weissman, Craig D. | 1 | 545.85 |
| Hurst, Jay | 1 | 1048.65 |
| Mitchell, Christopher | 1 | 2,920.55 |
| Schmidt, Douglas | 1 | 5,913.40 |
| Sturgeon, Douglas | 4 | 8,541.70 |
| Verma, Ashish | 1 | 3,878.05 |
| Bederson, Benjamin | 1 | 3,210.55 |
| Knuettel, Frank | 1 | 2,789.90 |
| Kincaid, Scott | 1 | 1,556.95 |
| Harley, Walter S. | 1 | 3,664.55 |
| Hoeberlein, Wayne | 1 | 5,964.60 |
| Martinez, Christopher A. | 1 | 2,371.55 |
| Ban, Hubert | 1 | 1,506.05 |
| Ferguson, Joseph | 1 | 1,946.30 |
| Varley, Ian Thomas | 1 | 3,400.80 |
| Popowski, Judith | 1 | 2,116.40 |
| **Total** |  | **82,606.65** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 27, 2023.

　　　　　　　　　　　　　　　　　*/s/ Sam Stake*
　　　　　　　　　　　　　　　　　Sam Stake

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of Quinn Emanuel Urquhart & Sullivan LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be served via email upon the following:

| | |
|---|---|
| Michael A. Burke<br>mburke@rssblaw.com | Andrea Pacelli<br>Mark S. Raskin<br>Michael De Vincenzo<br>Elizabeth Long<br>andrea.pacelli@us.kwm.com<br>mark.raskin@us.kwm.com<br>michael.devincenzo@us.kwm.com<br>elizabeth.long@us.kwm.com |
| Steven C. Sereboff<br>ssereboff@socalip.com | |

DATED: September 27, 2023.

/s/ *Zachary Furcolo*
Zachary Furcolo