# Exhibit A

Backup Report

**Cost Card Listing**

| | | | |
|---|---|---|---|
| **Summarize To:** | 1901 | Deposition transcript | |
| **Cost Type:** | 1901 | Deposition transcript | |
| **Currency:** | USD | | |

**Cost Type:** Deposition transcript      **Code:** 1901

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2022 | 1.00 | 50.00 | 50.00 | USD | 101-00001364 10 | 50.00 | 50.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Deposition of Craig D. Weissman- 04/25/2022 | 864657 | TSG REPORTING, INC | Johnson, Kevin |
| 5/31/2022 | 1.00 | 400.85 | 400.85 | USD | 101-00001364 10 | 400.85 | 400.85 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Deposition Transcript of Craig D. Weissman- 04/25/2022 | 864658 | TSG REPORTING, INC | Johnson, Kevin |
| 5/31/2022 | 1.00 | 1,765.55 | 1,765.55 | USD | 101-00001364 10 | 1,765.55 | 1,765.55 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Deposition Transcript of Christopher Mitchell- 04/26/2022 | 864701 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 1,863.85 | 1,863.85 | USD | 101-00001368 14 | 1,863.85 | 1,863.85 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript of Kaushik Dattani (30)(b)(6) - 05.24.2022 | 865230 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 2,871.75 | 2,871.75 | USD | 101-00001368 14 | 2,871.75 | 2,871.75 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript of Guy Jenkins - 05.12.2022 | 865231 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 3,215.65 | 3,215.65 | USD | 101-00001368 14 | 3,215.65 | 3,215.65 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript of Anthony Sziklai - 05.19.2022 | 865232 | TSG REPORTING, INC | Johnson, Kevin |
| 6/14/2022 | 1.00 | 1,019.00 | 1,019.00 | USD | 101-00001368 14 | 1,019.00 | 1,019.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | VERITEXT LLC - #04554.00001/ Deposition Transcript of Douglas H. Sturgeon vol. 3 - 05.10.2022 | 866354 | VERITEXT LLC | Johnson, Kevin |
| 6/14/2022 | 1.00 | 2,579.00 | 2,579.00 | USD | 101-00001368 14 | 2,579.00 | 2,579.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | VERITEXT LLC - #04554.00001/ Deposition Transcript of Douglas H. Sturgeon vol. 2 - 05.05.2022 | 866365 | VERITEXT LLC | Johnson, Kevin |
| 6/23/2022 | 1.00 | 2,628.05 | 2,628.05 | USD | 101- | 2,628.05 | 2,628.05 | USD | 04554- | Applications in | TSG REPORTING, INC - | 867811 | TSG | Johnson |

Backup Report

| Summarize To: | 1901 | Deposition transcript |
| Cost Type: | 1901 | Deposition transcript |
| Currency: | USD | |

**Cost Type:** Deposition transcript                                    **Code:** 1901

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 628.05 | | | 00001379 19 | | | | 00001 | Internet Time, LLC v. Salesforce, Inc. | Deposition transcript / #04554-00001 / Deposition Transcript of Ashish K. Verma - 5/10/22 | | REPORTING, INC | , Kevin |
| 6/23/2022 | 1.00 | 1,869.90 | 1,869.90 | USD | 101-00001379 19 | 1,869.90 | 1,869.90 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript / #04554-00001 / Deposition Transcript of Frank Knuettel (AIT Funding) - 5/31/22 | 867813 | TSG REPORTING, INC | Johnson , Kevin |
| 6/23/2022 | 1.00 | 2,264.55 | 2,264.55 | USD | 101-00001379 19 | 2,264.55 | 2,264.55 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript / #04554-00001 / Deposition Transcript of Walter S. Harley - 5/20/22 | 867814 | TSG REPORTING, INC | Johnson , Kevin |
| 6/30/2022 | 1.00 | 1,242.65 | 1,242.65 | USD | 101-00001379 19 | 1,242.65 | 1,242.65 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript of Scott Hansma - 06.15.2022 | 868723 | TSG REPORTING, INC | Johnson , Kevin |
| 6/30/2022 | 1.00 | 1,350.70 | 1,350.70 | USD | 101-00001379 19 | 1,350.70 | 1,350.70 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript for Sam Wong - 05.26.2022 | 868726 | TSG REPORTING, INC | Johnson , Kevin |
| 6/30/2022 | 1.00 | 1,431.95 | 1,431.95 | USD | 101-00001379 19 | 1,431.95 | 1,431.95 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript / #04554-00001 / Deposition Transcript of Scott Kincaid - 6/21/22 | 869304 | TSG REPORTING, INC | Johnson , Kevin |
| 7/7/2022 | 1.00 | 2,068.70 | 2,068.70 | USD | 101-00001379 19 | 2,068.70 | 2,068.70 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/Deposition Transcript of Douglas Sturgeon - 06/24/2022 | 870154 | TSG REPORTING, INC | Johnson , Kevin |
| 7/8/2022 | 1.00 | 798.65 | 798.65 | USD | 101-00001394 00 | 798.65 | 798.65 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Deposition Transcript for Jay Hurst - 06.23.2022 | 870328 | TSG REPORTING, INC | Johnson , Kevin |
| 7/18/2022 | 1.00 | 3,020.80 | 3,020.80 | USD | 101- | 3,020.80 | 3,020.80 | USD | 04554- | Applications in | TSG REPORTING, INC - | 871515 | TSG | Johnson |

Backup Report

**Summarize To:** 1901    Deposition transcript
**Cost Type:** 1901    Deposition transcript
**Currency:** USD

**Cost Type:** Deposition transcript        **Code:** 1901

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 020.80 | | | 0000137919 | | | | 00001 | Internet Time, LLC v. Salesforce, Inc. | Deposition transcript/ #04554-0001/ Deposition Transcript of Ian Thomas Varley - 3/9/22 | | REPORTING, INC | , Kevin |
| 8/25/2022 | 1.00 | 1,156.05 | 1,156.05 | USD | 101-0000139985 | 1,156.05 | 1,156.05 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript/ #04554-00001/ Deposition Transcript of Hubert Ban - 4/28/22 | 877943 | TSG REPORTING, INC | Johnson , Kevin |
| 8/25/2022 | 1.00 | 1,276.30 | 1,276.30 | USD | 101-0000139985 | 1,276.30 | 1,276.30 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript/ #04554-00001/ Deposition Transcript of Joseph Ferguson - 5/3/22 | 877945 | TSG REPORTING, INC | Johnson , Kevin |
| 8/31/2022 | 1.00 | 5,845.70 | 5,845.70 | USD | 101-0000139985 | 5,845.70 | 5,845.70 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript/ #04554-00001/ Deposition Transcript of Ivan Zatkovich - 8/21/22 | 878918 | TSG REPORTING, INC | Johnson , Kevin |
| 9/7/2022 | 1.00 | 6,025.50 | 6,025.50 | USD | 101-0000142217 | 6,025.50 | 6,025.50 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Deposition Transcript of Ivan Zatkovich - 08/24/2022 | 879700 | TSG REPORTING, INC | Johnson , Kevin |
| 9/7/2022 | 1.00 | 1,871.55 | 1,871.55 | USD | 101-0000142217 | 1,871.55 | 1,871.55 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript/ #04554-00001/ Deposition Transcript of Christopher A. Martinez - 8/19/22 | 879728 | TSG REPORTING, INC | Johnson , Kevin |
| 9/21/2022 | 1.00 | 4,369.60 | 4,369.60 | USD | 101-0000142217 | 4,369.60 | 4,369.60 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript / #04554-00001 / Deposition Transcript of Wayne Hoeberlein - 9/2/22 | 881650 | TSG REPORTING, INC | Johnson , Kevin |
| 9/21/2022 | 1.00 | 2,335.55 | 2,335.55 | USD | 101-0000142217 | 2,335.55 | 2,335.55 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript / #04554-00001 / Deposition Transcript of Benjamin Bederson - 9/1/22 | 881651 | TSG REPORTING, INC | Johnson , Kevin |
| 9/29/2022 | 1.00 | 5,163. | 5,163.40 | USD | 101-0000142217 | 5,163.40 | 5,163.40 | USD | 04554-00001 | Applications in Internet Time, LLC v. | TSG REPORTING, INC - #04554-00001/Deposition | 882729 | TSG REPOR | Johnson , Kevin |

Backup Report

**Summarize To:** 1901    Deposition transcript
**Cost Type:** 1901    Deposition transcript
**Currency:** USD

**Cost Type:** Deposition transcript                                    **Code:** 1901

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 40 | | | 17 | | | | | Salesforce, Inc. | Transcript of Douglas Schmidt - 08/26/2022 | | TING, INC | |
| 12/12/2022 | 1.00 | 100.00 | 100.00 | USD | 101-0000146717 | 100.00 | 100.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Deposition transcript/ #04554-00001/ Deposition Transcript of Hubert Ban - 04/28/2022 | 893206 | TSG REPORTING, INC | Johnson, Kevin |

| | | | | |
|---|---|---|---|---|
| **SubTotal:** | 58,585.25 | | | |
| **TOTAL FOR CURRENCY:** | 58,585.25 | | USD | |



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/6/2022
**INVOICE #:** 2080817
**JOB #:** 210152

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Craig D. Weissman
**JOB DATE:**   4/25/2022
**LOCATION:**   TELEPHONIC, Colorado Springs, CO, 80906, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Certified - MPEG | 1 | 1 | $50.00 | $50.00 |
| | | | SUBTOTAL | $50.00 |
| | | | TOTAL | $50.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



**INVOICE DATE:** 5/6/2022
**INVOICE #:** 2080816
**JOB #:** 210152

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Craig D. Weissman
**JOB DATE:**   4/25/2022
**LOCATION:**   TELEPHONIC, Colorado Springs, CO, 80906, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified Transcript | 1 | 72 | $3.65 | $262.80 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Rough Transcript | 1 | 72 | $1.65 | $118.80 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 65 | $0.25 | $16.25 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 3 | $1.00 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $400.85 |
| | | | TOTAL | $400.85 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/9/2022
**INVOICE #:** 2081018
**JOB #:** 210373

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Christopher Mitchell
**JOB DATE:**   4/26/2022
**LOCATION:**   TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Christopher Mitchell** | | | | |
| Original & 1 Certified Transcript | 1 | 146 | $4.95 | $722.70 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 146 | $1.50 | $219.00 |
| Rough Transcript | 1 | 146 | $1.50 | $219.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 71 | $0.35 | $24.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,765.55 |
| | | | TOTAL | $1,765.55 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083625
**JOB #:** 211666

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Ray Zado<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Kaushik Dattani 30(b)(6) Diva Investments |
| **JOB DATE:** | 5/24/2022 |
| **LOCATION:** | TELEPHONIC, San Francisco, CA, 94104, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Kaushik Dattani 30(b)(6) Diva Investments** | | | | |
| Original & 1 Certified Transcript | 1 | 70 | $4.95 | $346.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - Daily Delivery | 1 | 70 | $4.95 | $346.50 |
| Remote Real-time Transcription | 2 | 70 | $1.50 | $210.00 |
| Rough Transcript | 1 | 70 | $1.50 | $105.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 71 | $0.35 | $24.85 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 1 | $1.00 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 2 | | $250.00 | $500.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,863.85 |
| | | | **TOTAL** | $1,863.85 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/1/2022
**INVOICE #:** 2082944
**JOB #:** 210378

**BILL TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                  c/o QE-AIT-SalesForce Distribution
                  51 Madison Avenue, 22nd Floor
                  New York, NY 10010 US

**SHIP TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                  c/o James Judah
                  50 California Street, 22nd Floor
                  San Francisco, CA 94111 US

**CASE:**         Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**      Guy Jenkins
**JOB DATE:**     5/12/2022
**LOCATION:**     50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Guy Jenkins** | | | | |
| Certified Transcript | 1 | 250 | $3.65 | $912.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 250 | $1.50 | $375.00 |
| Remote Real-time Transcription | 1 | 250 | $1.50 | $375.00 |
| Rough Transcript | 1 | 250 | $1.50 | $375.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 915 | $0.35 | $320.25 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 264 | $1.00 | $264.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $2,871.75 |
| | | | **TOTAL** | $2,871.75 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/2/2022
**INVOICE #:** 2083419
**JOB #:** 211030

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Anthony Sziklai
**JOB DATE:** 5/19/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Anthony Sziklai** | | | | |
| Original & 1 Certified Transcript | 1 | 300 | $4.95 | $1,485.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 300 | $1.50 | $450.00 |
| Rough Transcript | 1 | 300 | $1.50 | $450.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 139 | $0.35 | $48.65 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 22 | $1.00 | $22.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $180.00 | $360.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $3,215.65 |
| | | | **TOTAL** | $3,215.65 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ray R. Zado Esq | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan LLP | **Invoice #:** | **5819032** |
| | 555 Twin Dolphin Dr, 5th Floor | **Invoice Date:** | **6/1/2022** |
| | Redwood Shores, CA, 94065 | **Balance Due:** | **$1,019.00** |

| Case: Applications In Internet Time, LLC v. Salesforce, Inc. (3:13cv00628RCJCLB) | Proceeding Type: Depositions |
|---|---|

| Job #: 5229208 | Job Date: 5/10/2022 | Delivery: Normal | Billing Matter #: | 04554-00001 |
|---|---|---|---|---|

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Ray R. Zado Esq |
| Scheduling Atty: | Ray R. Zado Esq | Quinn Emanuel Urquhart & Sullivan LLP |

| Witness: Douglas H Sturgeon Vol 3 | Amount |
|---|---|
| Video Services | $969.00 |
| Delivery and Handling | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,019.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,019.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5819032** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **6/1/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,019.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ray R. Zado Esq | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan LLP | **Invoice #:** | **5808511** |
| | 555 Twin Dolphin Dr, 5th Floor | **Invoice Date:** | **5/26/2022** |
| | Redwood Shores, CA, 94065 | **Balance Due:** | **$2,579.00** |

| **Case: Applications In Internet Time, LLC v. Salesforce, Inc. (3:13cv00628RCJCLB)** | **Proceeding Type: Depositions** |
|---|---|

| Job #: 5215927 | Job Date: 5/5/2022 | Delivery: Normal | Billing Matter #: | 04554-00001 |
|---|---|---|---|---|

Location:  Half Moon Bay, CA

Billing Atty:  Ray R. Zado Esq

Scheduling Atty:  Ray R. Zado Esq | Quinn Emanuel Urquhart & Sullivan LLP

| **Witness: Douglas H Sturgeon Vol 2** | **Amount** |
|---|---|
| Video Services | $2,289.00 |
| Delivery and Handling | $50.00 |
| Expenses | $240.00 |

| Notes: | **Invoice Total:** | **$2,579.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,579.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5808511** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **5/26/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,579.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

43039



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/24/2022
**INVOICE #:** 2082416
**JOB #:** 211029

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Ashish K. Verma
**JOB DATE:** 5/10/2022
**LOCATION:** TELEPHONIC, Philadelphia, PA, 19106, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Ashish K. Verma** | | | | |
| Original & 1 Certified Transcript | 1 | 198 | $4.95 | $980.10 |
| Original Transcript - Evening Pages | 1 | 58 | $2.00 | $116.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 198 | $1.50 | $297.00 |
| Rough Transcript | 1 | 198 | $1.50 | $297.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 117 | $0.35 | $40.95 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 7 | $1.00 | $7.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Reporter Appearance Fee / Evening Session - Video Recorded, Remote | 1 | | $270.00 | $270.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $2,588.05 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | TOTAL | $2,628.05 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**REPORTING**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/10/2022
**INVOICE #:** 2084234
**JOB #:** 212097

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Frank Knuettel (AIT Funding)
**JOB DATE:** 5/31/2022
**LOCATION:** Telephonic, New York, NY, 10017, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Frank Knuettel (AIT Funding)** | | | | |
| Original & 1 Certified Transcript | 1 | 98 | $4.95 | $485.10 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - Daily Delivery | 1 | 98 | $4.95 | $485.10 |
| Remote Real-time Transcription | 1 | 98 | $1.50 | $147.00 |
| Rough Transcript | 1 | 98 | $1.50 | $147.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 62 | $0.35 | $21.70 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 4 | $1.00 | $4.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,869.90 |
| | | | TOTAL | $1,869.90 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/10/2022
**INVOICE #:** 2084285
**JOB #:** 210721

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Sam Stake<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Walter S. Harley 30(b)(6) Salesforce.com Incorporated |
| **JOB DATE:** | 5/20/2022 |
| **LOCATION:** | 1109 First Avenue, Suite 210, Seattle, WA, 98101, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 254 | $3.65 | $927.10 |
| Certified Transcript - Evening Pages | 1 | 41 | $1.25 | $51.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 254 | $1.95 | $495.30 |
| Rough Transcript | 1 | 254 | $1.75 | $444.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 984 | $0.35 | $344.40 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 2 | $1.00 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $2,264.55 |
| | | | TOTAL | $2,264.55 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/28/2022
**INVOICE #:** 2085783
**JOB #:** 212369

**BILL TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**          Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Scott Hansma
**JOB DATE:**   6/15/2022
**LOCATION:**   TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Scott Hansma** | | | | |
| Certified Transcript | 1 | 114 | $3.65 | $416.10 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 114 | $1.50 | $171.00 |
| Rough Transcript | 1 | 114 | $1.50 | $171.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 665 | $0.35 | $232.75 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 2 | $1.00 | $2.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $1,242.85 |
| | | | **TOTAL** | $1,242.85 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/16/2022
**INVOICE #:** 2084715
**JOB #:** 211825

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Sam Wong
**JOB DATE:** 5/26/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Sam Wong** | | | | |
| Certified Transcript | 1 | 143 | $3.65 | $521.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 143 | $1.50 | $214.50 |
| Rough Transcript | 1 | 143 | $1.50 | $214.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 425 | $0.35 | $148.75 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 1 | $1.00 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $1,350.70 |
| | | | **TOTAL** | $1,350.70 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/29/2022
**INVOICE #:** 2086007
**JOB #:** 213068

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Scott Kincaid
**JOB DATE:** 6/21/2022
**LOCATION:** TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Scott Kincaid** | | | | |
| Certified Transcript | 1 | 97 | $3.65 | $354.05 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Certified Transcript - 4 Day Delivery | 1 | 97 | $2.60 | $252.20 |
| Remote Real-time Transcription | 1 | 97 | $1.50 | $145.50 |
| Rough Transcript | 1 | 97 | $1.50 | $145.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 182 | $0.35 | $63.70 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 221 | $1.00 | $221.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $1,431.95 |
| | | | TOTAL | $1,431.95 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 7/7/2022
**INVOICE #:** 2086710
**JOB #:** 213169

**BILL TO:**           Quinn Emanuel Urquhart & Sullivan, LLP
                      c/o QE-AIT-SalesForce Distribution
                      51 Madison Avenue, 22nd Floor
                      New York, NY 10010 US
**SHIP TO:**           Quinn Emanuel Urquhart & Sullivan, LLP
                      c/o Ray Zado
                      555 Twin Dolphin Dr., 5th Floor
                      Redwood Shores, CA 94065 US
**CASE:**              Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**           Douglas Sturgeon
**JOB DATE:**          6/24/2022
**LOCATION:**          TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Douglas Sturgeon** | | | | |
| Original & 1 Certified Transcript | 1 | 83 | $4.95 | $410.85 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 83 | $4.00 | $332.00 |
| Remote Real-time Transcription | 1 | 83 | $1.50 | $124.50 |
| Rough Transcript | 1 | 83 | $1.50 | $124.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1291 | $0.35 | $451.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $2,023.70 |
| | | | SHIPPING & HANDLING | $45.00 |
| | | | **TOTAL** | $2,068.70 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 7/7/2022
**INVOICE #:** 2086655
**JOB #:** 213070

**BILL TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                  c/o QE-AIT-SalesForce Distribution
                  51 Madison Avenue, 22nd Floor
                  New York, NY 10010 US

**SHIP TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                  c/o James Judah
                  50 California Street, 22nd Floor
                  San Francisco, CA 94111 US

**CASE:**         Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**      Jay Hurst
**JOB DATE:**     6/23/2022
**LOCATION:**     TELEPHONIC, Los Angeles, CA, 91206, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| **Jay Hurst** | | | | |
| Certified Transcript | 1 | 63 | $3.65 | $229.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 63 | $1.50 | $94.50 |
| Rough Transcript | 1 | 63 | $1.50 | $94.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 62 | $0.35 | $21.70 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 108 | $1.00 | $108.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $798.65 |
| | | | **TOTAL** | $798.65 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 3/22/2022
**INVOICE #:** 2076232
**JOB #:** 207568

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Sam Stake<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Sam Stake<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Ian Thomas Varley |
| **JOB DATE:** | 3/9/2022 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75201, US |

04554-00001

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Ian Thomas Varley** | | | | |
| Certified Transcript | 1 | 247 | $3.65 | $901.55 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 2 | 247 | $1.75 | $864.50 |
| Rough Transcript | 1 | 247 | $1.75 | $432.25 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1286 | $0.25 | $321.50 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 1 | $1.00 | $1.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 2 | | $250.00 | $500.00 |
| | | | SUBTOTAL | $3,020.80 |
| | | | **TOTAL** | $3,020.80 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081893
**JOB #:** 210377

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Hubert Ban
**JOB DATE:** 4/28/2022
**LOCATION:** 50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified Transcript | 1 | 152 | $3.65 | $554.80 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 152 | $1.75 | $266.00 |
| Rough Transcript | 1 | 152 | $1.75 | $266.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 277 | $0.25 | $69.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $1,156.05 |
| | | | TOTAL | $1,156.05 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081905
**JOB #:** 210708

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Joseph Ferguson
**JOB DATE:** 5/3/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Joseph Ferguson** | | | | |
| Original & 1 Certified Transcript - Complimentary | 1 | 71 | $4.95 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription - Complimentary | 1 | 71 | $1.50 | $0.00 |
| Rough Transcript | 1 | 71 | $1.50 | $106.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 148 | $0.35 | $51.80 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 3 | $1.00 | $3.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote - Complimentary | 1 | | $180.00 | $0.00 |
| Real-Time Reporter Deposition Scheduling Fee - Minimum | 1 | | $675.00 | $675.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,236.30 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | **TOTAL** | $1,276.30 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 8/31/2022
**INVOICE #:** 2092035
**JOB #:** 215784

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Ogi Zivojnovic
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Ivan Zatkovich
**JOB DATE:** 8/21/2022
**LOCATION:** Telephonic, New York, NY, 10027, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Ivan Zatkovich** | | | | |
| Original & 1 Certified Transcript | 1 | 330 | $4.95 | $1,633.50 |
| Original Transcript - Weekend Pages | 1 | 330 | $2.00 | $660.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 330 | $4.00 | $1,320.00 |
| Remote Real-time Transcription | 1 | 330 | $1.50 | $495.00 |
| Rough Transcript | 1 | 330 | $1.50 | $495.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 552 | $0.35 | $193.20 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 109 | $1.00 | $109.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Weekend Session - Video Recorded, Remote | 2 | | $270.00 | $540.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $5,845.70 |
| | | | **TOTAL** | $5,845.70 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 9/7/2022
**INVOICE #:** 2092414
**JOB #:** 215786

**BILL TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o Ogi Zivojnovic
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**  Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**  Ivan Zatkovich
**JOB DATE:**  8/24/2022
**LOCATION:**  Telephonic, New York, NY, 10027, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Ivan Zatkovich** | | | | |
| Original & 1 Certified Transcript | 1 | 336 | $4.95 | $1,663.20 |
| Original Transcript - Early AM Pages | 1 | 41 | $2.00 | $82.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Original Transcript - 3 Day Delivery | 1 | 336 | $4.00 | $1,344.00 |
| Remote Real-time Transcription | 1 | 336 | $1.50 | $504.00 |
| Rough Transcript | 1 | 336 | $1.50 | $504.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1878 | $0.35 | $657.30 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 196 | $1.00 | $196.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Set Up Fee | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $180.00 | $360.00 |
| Reporter Appearance Fee / Early AM Session - Video Recorded, Remote | 1 | | $270.00 | $270.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $5,980.50 |
| | | | SHIPPING & HANDLING | $45.00 |
| | | | **TOTAL** | $6,025.50 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/2/2022
**INVOICE #:** 2092265
**JOB #:** 215726

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Christopher A. Martinez
**JOB DATE:**   8/19/2022
**LOCATION:**   TELEPHONIC, Dallas, TX, 75088, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Christopher A. Martinez** | | | | |
| Certified Transcript | 1 | 198 | $3.65 | $722.70 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 198 | $1.50 | $297.00 |
| Rough Transcript | 1 | 198 | $1.50 | $297.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 471 | $0.35 | $164.85 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 140 | $1.00 | $140.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| | | | SUBTOTAL | $1,871.55 |
| | | | TOTAL | $1,871.55 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**
**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093776
**JOB #:** 215787

**BILL TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**  Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**  Wayne Hoeberlein
**JOB DATE:**  9/2/2022
**LOCATION:**  Telephonic, New York, NY, 10027, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Wayne Hoeberlein** | | | | |
| Original & 1 Certified Transcript | 1 | 263 | $4.95 | $1,301.85 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 3 | 263 | $1.50 | $1,183.50 |
| Rough Transcript | 1 | 263 | $1.50 | $394.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 285 | $0.35 | $99.75 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 85 | $1.00 | $85.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 3 | | $250.00 | $750.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $180.00 | $360.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $4,324.60 |
| | | | SHIPPING & HANDLING | $45.00 |
| | | | **TOTAL** | $4,369.60 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

REPORTING

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093774
**JOB #:** 215973

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
1109 First Avenue
Seattle, WA 98101 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Benjamin Bederson
**JOB DATE:** 9/1/2022
**LOCATION:** 51 Madison Avenue, 22nd Floor, New York, NY, 10010, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Pages | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified Transcript | 1 | 264 | $3.65 | $963.60 |
| Certified Transcript - Early AM Pages | 1 | 40 | $1.25 | $50.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 264 | $1.50 | $396.00 |
| Rough Transcript | 1 | 264 | $1.50 | $396.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 997 | $0.35 | $348.95 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 181 | $1.00 | $181.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| | | | SUBTOTAL | $2,335.55 |
| | | | TOTAL | $2,335.55 |

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/23/2022
**INVOICE #:** 2094375
**JOB #:** 215972

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Douglas Schmidt
**JOB DATE:** 8/26/2022
**LOCATION:** 50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Douglas Schmidt** | | | | |
| Certified Transcript | 1 | 299 | $3.65 | $1,091.35 |
| Certified Transcript - Evening Pages | 1 | 23 | $1.25 | $28.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 4 | 299 | $1.50 | $1,794.00 |
| Rough Transcript | 1 | 299 | $1.50 | $448.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 2288 | $0.35 | $800.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 4 | | $250.00 | $1,000.00 |
| | | | SUBTOTAL | $5,163.40 |
| | | | TOTAL | $5,163.40 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081894
**JOB #:** 210377

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Hubert Ban
**JOB DATE:**   4/28/2022
**LOCATION:**   50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Certified - MPEG | 1 | 2 | $50.00 | $100.00 |
| | | | SUBTOTAL | $100.00 |
| | | | TOTAL | $100.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

Backup Report

**Summarize To:** 1915   Video deposition/Videotaping
**Cost Type:** 1915   Video deposition/Videotaping
**Currency:** USD

**Cost Type:** Video deposition/Videotaping                                                                   **Code:** 1915

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2022 | 1.00 | 2,135.00 | 2,135.00 | USD | 101-0000136410 | 2,135.00 | 2,135.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | VERITEXT LLC - Video deposition / #04554-00001 / Video Deposition of Douglas H Sturgeon - 5/4/22 | 864145 | VERITEXT LLC | Johnson, Kevin |
| 5/31/2022 | 1.00 | 655.00 | 655.00 | USD | 101-0000136410 | 655.00 | 655.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | #04554-00001/ Video Deposition of Christopher Mitchell- 04/26/2022 | 864698 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 435.00 | 435.00 | USD | 101-0000136814 | 435.00 | 435.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Video Services for Kaushik Dattani (30)(b)(6) - 05.24.2022 | 865226 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 875.00 | 875.00 | USD | 101-0000136814 | 875.00 | 875.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554.00001/ Video Services for Guy Jenkins - 05.12.2022 | 865227 | TSG REPORTING, INC | Johnson, Kevin |
| 6/6/2022 | 1.00 | 1,150.00 | 1,150.00 | USD | 101-0000136814 | 1,150.00 | 1,150.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition | 865229 | TSG REPORTING, INC | Johnson, Kevin |
| 6/7/2022 | 1.00 | 95.00 | 95.00 | USD | 101-0000136814 | 95.00 | 95.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / 04554-00001 / Video Deposition of Chris Weissman - 4/25/22 | 865334 | TSG REPORTING, INC | Johnson, Kevin |
| 6/7/2022 | 1.00 | 500.00 | 500.00 | USD | 101-0000136814 | 500.00 | 500.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / 04554-00001 / Video Deposition of Christopher Mitchell - 4/25/22 | 865338 | TSG REPORTING, INC | Johnson, Kevin |
| 6/7/2022 | 1.00 | 375.00 | 375.00 | USD | 101-0000136814 | 375.00 | 375.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / 04554-00001 / Video Deposition of Ashish K. Verma - 5/10/22 | 865339 | TSG REPORTING, INC | Johnson, Kevin |
| 6/7/2022 | 1.00 | 250.00 | 250.00 | USD | 101- | 250.00 | 250.00 | USD | 04554- | Applications in | TSG REPORTING, INC - Video | 865342 | TSG | Johnson |

Backup Report

Summarize To: 1915 Video deposition/Videotaping
Cost Type: 1915 Video deposition/Videotaping
Currency: USD

Cost Type: Video deposition/Videotaping                Code: 1915

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00 | | | 00001368 14 | | | | 00001 | Internet Time, LLC v. Salesforce, Inc. | deposition / 04554-00001 / Video Deposition of Hubert Ban - 4/28/22 | | REPOR TING, INC | , Kevin |
| 6/7/2022 | 1.00 | 125. 00 | 125.00 | USD | 101-00001368 14 | 125.00 | 125.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / 04554-00001 / Video Deposition of Joseph Ferguson - 5/3/22 | 865343 | TSG REPOR TING, INC | Johnson , Kevin |
| 6/23/2022 | 1.00 | 875. 00 | 875.00 | USD | 101-00001379 19 | 875.00 | 875.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Ashish K. Verma - 5/10/22 | 867810 | TSG REPOR TING, INC | Johnson , Kevin |
| 6/23/2022 | 1.00 | 920. 00 | 920.00 | USD | 101-00001379 19 | 920.00 | 920.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Frank Knuettel (AIT Funding) - 5/31/22 | 867812 | TSG REPOR TING, INC | Johnson , Kevin |
| 6/23/2022 | 1.00 | 400. 00 | 400.00 | USD | 101-00001379 19 | 400.00 | 400.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Walter S. Harley - 5/20/22 | 867816 | TSG REPOR TING, INC | Johnson , Kevin |
| 6/30/2022 | 1.00 | 250. 00 | 250.00 | USD | 101-00001379 19 | 250.00 | 250.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554. 00001/ Video Services for Scott Hansma Deposition - 06.15.2022 | 868718 | TSG REPOR TING, INC | Johnson , Kevin |
| 6/30/2022 | 1.00 | 125. 00 | 125.00 | USD | 101-00001379 19 | 125.00 | 125.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Scott Kincaid - 6/21/22 | 869298 | TSG REPOR TING, INC | Johnson , Kevin |
| 7/7/2022 | 1.00 | 740. 00 | 740.00 | USD | 101-00001379 19 | 740.00 | 740.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/Video Deposition of Douglas Sturgeon - 06/24/2022 | 870158 | TSG REPOR TING, INC | Johnson , Kevin |
| 7/8/2022 | 1.00 | 250. 00 | 250.00 | USD | 101-00001394 | 250.00 | 250.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. | TSG REPORTING, INC - #04554-00001/ Video Services | 870327 | TSG REPOR | Johnson , Kevin |

Backup Report

**Summarize To:** 1915   Video deposition/Videotaping
**Cost Type:** 1915   Video deposition/Videotaping
**Currency:** USD

**Cost Type:** Video deposition/Videotaping          **Code:** 1915

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 00 | | | | | Salesforce, Inc. | for Jay Hurst - 06.23.2022 | | TING, INC | |
| 7/8/2022 | 1.00 | 500.00 | 500.00 | USD | 101-0000139400 | 500.00 | 500.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Video Deposition of Sam Wong - 05/26/2022 | 870353 | TSG REPORTING, INC | Johnson, Kevin |
| 7/13/2022 | 1.00 | 125.00 | 125.00 | USD | 101-0000139400 | 125.00 | 125.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Kaushik Dattani 30(b)(6) Diva Investments - 5/24/22 | 870932 | TSG REPORTING, INC | Johnson, Kevin |
| 7/13/2022 | 1.00 | 1,000.00 | 1,000.00 | USD | 101-0000137919 | 1,000.00 | 1,000.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Walter S. Harley 30(b)(6) Salesforce.com Incorporated - 5/20/22 | 870933 | TSG REPORTING, INC | Johnson, Kevin |
| 7/18/2022 | 1.00 | 750.00 | 750.00 | USD | 101-0000137919 | 750.00 | 750.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition-#04554-00001/ Video Services - 05/19/22 | 871538 | TSG REPORTING, INC | Johnson, Kevin |
| 7/22/2022 | 1.00 | 795.00 | 795.00 | USD | 101-0000139400 | 795.00 | 795.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / 04554-00001 / Video Deposition of Judith Poppwski - 5/27/22 | 872092 | TSG REPORTING, INC | Johnson, Kevin |
| 7/22/2022 | 1.00 | 1,321.40 | 1,321.40 | USD | 101-0000139400 | 1,321.40 | 1,321.40 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - VERITEXT LLC - Video deposition / 04554-00001 / Video Deposition of Judith Popowski - 5/27/22 | 872455 | TSG REPORTING, INC | Johnson, Kevin |
| 8/26/2022 | 1.00 | 380.00 | 380.00 | USD | 101-0000139985 | 380.00 | 380.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Video Deposition of Ian Thomas Varley - 03/09/2022 | 878077 | TSG REPORTING, INC | Johnson, Kevin |

Backup Report

| | | |
|---|---|---|
| **Summarize To:** | 1915 | Video deposition/Videotaping |
| **Cost Type:** | 1915 | Video deposition/Videotaping |
| **Currency:** | USD | |

**Cost Type:** Video deposition/Videotaping   **Code:** 1915

| Work Date | Quantity | Rate | Amount | Work Curr | Invoice Number | Ref Rate | Ref Amount | Ref Curr | Matter Number | Matter Description | Narrative | Voucher | Payee Name | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2022 | 1.00 | 2,557.50 | 2,557.50 | USD | 101-00001399 85 | 2,557.50 | 2,557.50 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition/ #04554-00001/Video Deposition of Ivan Zatkovich - 8/21/22 | 878919 | TSG REPORTING, INC | Johnson, Kevin |
| 9/7/2022 | 1.00 | 500.00 | 500.00 | USD | 101-00001422 17 | 500.00 | 500.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition/ #04554-00001/ Video Deposition of Christopher A. Martinez - 8/19/222 | 879689 | TSG REPORTING, INC | Johnson, Kevin |
| 9/7/2022 | 1.00 | 2,172.50 | 2,172.50 | USD | 101-00001422 17 | 2,172.50 | 2,172.50 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/ Video Services for Ivan Zatkovich deposition - 08/24/2022 | 879699 | TSG REPORTING, INC | Johnson, Kevin |
| 9/21/2022 | 1.00 | 1,595.00 | 1,595.00 | USD | 101-00001422 17 | 1,595.00 | 1,595.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Wayne Hoeberlein - 9/2/22 | 881652 | TSG REPORTING, INC | Johnson, Kevin |
| 9/21/2022 | 1.00 | 875.00 | 875.00 | USD | 101-00001422 17 | 875.00 | 875.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition / #04554-00001 / Video Deposition of Benjamin Bederson - 9/1/22 | 881653 | TSG REPORTING, INC | Johnson, Kevin |
| 9/29/2022 | 1.00 | 750.00 | 750.00 | USD | 101-00001422 17 | 750.00 | 750.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - #04554-00001/Video Transcript of Douglas Schmidt - 08/26/2022 | 882727 | TSG REPORTING, INC | Johnson, Kevin |
| 12/12/2022 | 1.00 | 545.00 | 545.00 | USD | 101-00001467 17 | 545.00 | 545.00 | USD | 04554-00001 | Applications in Internet Time, LLC v. Salesforce, Inc. | TSG REPORTING, INC - Video deposition/ #04554-00001/ Video Deposition Transcript of Joseph Ferguson - 05/03/2022 | 893205 | TSG REPORTING, INC | Johnson, Kevin |

**SubTotal:** 24,021.40

**TOTAL FOR CURRENCY:** 24,021.40   USD

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ray R. Zado Esq | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan LLP | **Invoice #:** | **5790849** |
| | 555 Twin Dolphin Dr, 5th Floor | **Invoice Date:** | **5/18/2022** |
| | Redwood Shores, CA, 94065 | **Balance Due:** | **$2,135.00** |

| Case: Applications In Internet Time, LLC v. Salesforce, Inc. (3:13cv00628RCJCLB) | Proceeding Type: Depositions |
|---|---|

Job #: 5215904   |   Job Date: 5/4/2022   |   Delivery: Normal                    Billing Matter #:          04554-00001

| Location: | Half Moon Bay, CA |
|---|---|
| Billing Atty: | Ray R. Zado Esq |
| Scheduling Atty: | Ray R. Zado Esq | Quinn Emanuel Urquhart & Sullivan LLP |

| Witness: Douglas H Sturgeon | Amount |
|---|---|
| Video Services | $1,845.00 |
| Delivery and Handling | $50.00 |
| Expenses | $240.00 |

| Notes: | Invoice Total: | $2,135.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,135.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5790849** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **5/18/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$2,135.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

43039



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**INVOICE DATE:** 5/9/2022
**INVOICE #:** 2081019
**JOB #:** 210373

Invoice issued by TSG Reporting, Inc.

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Zachary Furcolo<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Zachary Furcolo<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Christopher Mitchell |
| **JOB DATE:** | 4/26/2022 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90067, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Christopher Mitchell** | | | | |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 3 | | $110.00 | $330.00 |
| | | | SUBTOTAL | $655.00 |
| | | | TOTAL | $655.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083626
**JOB #:** 211666

**BILL TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                 c/o QE-AIT-SalesForce Distribution
                 51 Madison Avenue, 22nd Floor
                 New York, NY 10010 US

**SHIP TO:**      Quinn Emanuel Urquhart & Sullivan, LLP
                 c/o Ray Zado
                 555 Twin Dolphin Dr., 5th Floor
                 Redwood Shores, CA 94065 US

**CASE:**      Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**      Kaushik Dattani 30(b)(6) Diva Investments
**JOB DATE:**      5/24/2022
**LOCATION:**      TELEPHONIC, San Francisco, CA, 94104, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Kaushik Dattani 30(b)(6) Diva Investments** | | | | |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 1 | | $110.00 | $110.00 |
| | | | SUBTOTAL | $435.00 |
| | | | **TOTAL** | $435.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/1/2022
**INVOICE #:** 2082945
**JOB #:** 210378

**BILL TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**  Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**  Guy Jenkins
**JOB DATE:**  5/12/2022
**LOCATION:**  50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 7 | $125.00 | $875.00 |
| Certified - MPEG - Complimentary | 1 | 7 | $50.00 | $0.00 |
| | | | SUBTOTAL | $875.00 |
| | | | **TOTAL** | $875.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/2/2022
**INVOICE #:** 2083420
**JOB #:** 211030

**BILL TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:**    Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Anthony Sziklai
**JOB DATE:**    5/19/2022
**LOCATION:**    TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Anthony Sziklai** | | | | |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | | $110.00 | $825.00 |
| | | | SUBTOTAL | $1,150.00 |
| | | | **TOTAL** | $1,150.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083671
**JOB #:** 210152

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Robin Ramirez
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Craig D. Weissman
**JOB DATE:** 4/25/2022
**LOCATION:** TELEPHONIC, Colorado Springs, CO, 80906, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 1 | $95.00 | $95.00 |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| | | | SUBTOTAL | $95.00 |
| | | | TOTAL | $95.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083672
**JOB #:** 210373

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Robin Ramirez
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Christopher Mitchell
**JOB DATE:** 4/26/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | TOTAL | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083675
**JOB #:** 211029

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Robin Ramirez
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Ashish K. Verma
**JOB DATE:** 5/10/2022
**LOCATION:** TELEPHONIC, Philadelphia, PA, 19106, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 1 | 3 | $50.00 | $0.00 |
| | | | SUBTOTAL | $375.00 |
| | | | **TOTAL** | $375.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083673
**JOB #:** 210377

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Robin Ramirez
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Hubert Ban
**JOB DATE:**   4/28/2022
**LOCATION:**   50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| | | | SUBTOTAL | $250.00 |
| | | | TOTAL | $250.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/6/2022
**INVOICE #:** 2083674
**JOB #:** 210708

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Robin Ramirez
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Joseph Ferguson
**JOB DATE:**   5/3/2022
**LOCATION:**   TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 1 | $125.00 | $125.00 |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| | | | SUBTOTAL | $125.00 |
| | | | TOTAL | $125.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/24/2022
**INVOICE #:** 2082418
**JOB #:** 211029

**BILL TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:**  Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:**  Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**  Ashish K. Verma
**JOB DATE:**  5/10/2022
**LOCATION:**  TELEPHONIC, Philadelphia, PA, 19106, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Ashish K. Verma** | | | | |
| Certified - MPEG - Complimentary | 1 | 3 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 2 | | $110.00 | $220.00 |
| Videographer - Add'l Hours - Evening Rate | 2 | | $165.00 | $330.00 |
| | | | SUBTOTAL | $875.00 |
| | | | **TOTAL** | $875.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/10/2022
**INVOICE #:** 2084235
**JOB #:** 212097

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |

### 04554-00001 AIT v Salesforce

| | |
|---|---|
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Frank Knuettel (AIT Funding) |
| **JOB DATE:** | 5/31/2022 |
| **LOCATION:** | Telephonic, New York, NY, 10017, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Frank Knuettel (AIT Funding)** | | | | |
| Video Sync / Tape | 1 | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 1 | 3 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 2 | | $110.00 | $220.00 |
| | | | SUBTOTAL | $920.00 |
| | | | **TOTAL** | $920.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/10/2022
**INVOICE #:** 2084286
**JOB #:** 210721

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Walter S. Harley 30(b)(6) Salesforce.com Incorporated
**JOB DATE:** 5/20/2022
**LOCATION:** 1109 First Avenue, Suite 210, Seattle, WA, 98101, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Certified - MPEG | 1 | 8 | $50.00 | $400.00 |
| | | | SUBTOTAL | $400.00 |
| | | | **TOTAL** | $400.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/28/2022
**INVOICE #:** 2085784
**JOB #:** 212369

**BILL TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**    Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Scott Hansma
**JOB DATE:**    6/15/2022
**LOCATION:**    TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| | | | SUBTOTAL | $250.00 |
| | | | **TOTAL** | $250.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/29/2022
**INVOICE #:** 2086008
**JOB #:** 213068

**BILL TO:**     Quinn Emanuel Urquhart & Sullivan, LLP
              c/o QE-AIT-SalesForce Distribution
              51 Madison Avenue, 22nd Floor
              New York, NY 10010 US

**SHIP TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
              c/o James Judah
              50 California Street, 22nd Floor
              San Francisco, CA 94111 US

**CASE:**       Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Scott Kincaid
**JOB DATE:**   6/21/2022
**LOCATION:**   TELEPHONIC, Dallas, TX, 75001, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 1 | $125.00 | $125.00 |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| | | | SUBTOTAL | $125.00 |
| | | | **TOTAL** | $125.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 7/7/2022
**INVOICE #:** 2086711
**JOB #:** 213169

**BILL TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o Ray Zado
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065 US

**CASE:**    Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Douglas Sturgeon
**JOB DATE:**    6/24/2022
**LOCATION:**    TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|----------|-----------|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Douglas Sturgeon** | | | | |
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 1.5 | | $110.00 | $165.00 |
| | | | SUBTOTAL | $740.00 |
| | | | **TOTAL** | $740.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 7/7/2022
**INVOICE #:** 2086656
**JOB #:** 213070

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o James Judah
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Jay Hurst
**JOB DATE:** 6/23/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 91206, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| | | | SUBTOTAL | $250.00 |
| | | | **TOTAL** | $250.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 6/16/2022
**INVOICE #:** 2084716
**JOB #:** 211825

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Sam Wong
**JOB DATE:**   5/26/2022
**LOCATION:**   TELEPHONIC, Los Angeles, CA, 90012, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | TOTAL | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 7/12/2022
**INVOICE #:** 2087058
**JOB #:** 211666

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP |
| | c/o QE-AIT-SalesForce Distribution |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP |
| | c/o Ray Zado |
| | 555 Twin Dolphin Dr., 5th Floor |
| | Redwood Shores, CA 94065 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Kaushik Dattani 30(b)(6) Diva Investments |
| **JOB DATE:** | 5/24/2022 |
| **LOCATION:** | TELEPHONIC, San Francisco, CA, 94104, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 1 | $125.00 | $125.00 |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| | | | SUBTOTAL | $125.00 |
| | | | **TOTAL** | $125.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide – 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 7/12/2022
**INVOICE #:** 2087057
**JOB #:** 210721

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP |
| | c/o QE-AIT-SalesForce Distribution |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP |
| | c/o Sam Stake |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Walter S. Harley 30(b)(6) Salesforce.com Incorporated |
| **JOB DATE:** | 5/20/2022 |
| **LOCATION:** | 1109 First Avenue, Suite 210, Seattle, WA, 98101, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 8 | $125.00 | $1,000.00 |
| Certified - MPEG - Complimentary | 1 | 8 | $50.00 | $0.00 |
| | | | SUBTOTAL | $1,000.00 |
| | | | **TOTAL** | $1,000.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 7/12/2022
**INVOICE #:** 2087059
**JOB #:** 211030

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
600 University Street, Suite 2800
Seattle, WA 98101 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Anthony Sziklai
**JOB DATE:** 5/19/2022
**LOCATION:** TELEPHONIC, Los Angeles, CA, 90067, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| | | | SUBTOTAL | $750.00 |
| | | | TOTAL | $750.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/9/2022
**INVOICE #:** 2084121
**JOB #:** 211919

**BILL TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:** Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Judith Popowski
**JOB DATE:** 5/27/2022
**LOCATION:** TELEPHONIC, San Francisco, CA, 94104, US

**NOTES:**

| SHIP VIA | Messenger | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Judith Popowski** | | | | |
| Video Sync / Tape | 1 | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 1 | 2 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 2 | | $110.00 | $220.00 |
| | | | SUBTOTAL | $795.00 |
| | | | TOTAL | $795.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 6/9/2022
**INVOICE #:** 2084119
**JOB #:** 211919

**BILL TO:**     Quinn Emanuel Urquhart & Sullivan, LLP
                 c/o QE-AIT-SalesForce Distribution
                 51 Madison Avenue, 22nd Floor
                 New York, NY 10010 US
**SHIP TO:**     Quinn Emanuel Urquhart & Sullivan, LLP
                 c/o QE-AIT-SalesForce Distribution
                 51 Madison Avenue, 22nd Floor
                 New York, NY 10010 US
**CASE:**        Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**     Judith Popowski
**JOB DATE:**    5/27/2022
**LOCATION:**    TELEPHONIC, San Francisco, CA, 94104, US

**NOTES:**

| SHIP VIA | Messenger | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Judith Popowski** | | | | |
| Original & 1 Certified Transcript | 1 | 87 | $4.95 | $430.65 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 87 | $1.50 | $130.50 |
| Rough Transcript | 1 | 87 | $1.50 | $130.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 85 | $0.35 | $29.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 1 | | $180.00 | $180.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,301.40 |
| | | | SHIPPING & HANDLING | $20.00 |
| | | | **TOTAL** | $1,321.40 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice issued by TSG Reporting, Inc.

**INVOICE DATE:** 3/22/2022
**INVOICE #:** 2076233
**JOB #:** 207568

**BILL TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**SHIP TO:**   Quinn Emanuel Urquhart & Sullivan, LLP
c/o Sam Stake
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:**   Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**   Ian Thomas Varley
**JOB DATE:**   3/9/2022
**LOCATION:**   TELEPHONIC, Dallas, TX, 75201, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $380.00 |
| | | | **TOTAL** | $380.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide – 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 8/31/2022
**INVOICE #:** 2092038
**JOB #:** 215784

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Ogi Zivojnovic<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Ivan Zatkovich |
| **JOB DATE:** | 8/21/2022 |
| **LOCATION:** | Telephonic, New York, NY, 10027, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Ivan Zatkovich** | | | | |
| Video Sync / Tape | 1 | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Weekend | 1 | | $487.50 | $487.50 |
| Videographer - Additional Weekend Hours | 8 | | $165.00 | $1,320.00 |
| | | | SUBTOTAL | $2,557.50 |
| | | | **TOTAL** | $2,557.50 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/2/2022
**INVOICE #:** 2092266
**JOB #:** 215726

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o James Judah<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Christopher A. Martinez |
| **JOB DATE:** | 8/19/2022 |
| **LOCATION:** | TELEPHONIC, Dallas, TX, 75088, US |

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| | | | SUBTOTAL | $500.00 |
| | | | **TOTAL** | $500.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.

# TSG REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/7/2022
**INVOICE #:** 2092415
**JOB #:** 215786

**BILL TO:**          Quinn Emanuel Urquhart & Sullivan, LLP
                      c/o QE-AIT-SalesForce Distribution
                      51 Madison Avenue, 22nd Floor
                      New York, NY 10010 US

**SHIP TO:**          Quinn Emanuel Urquhart & Sullivan, LLP
                      c/o Ogi Zivojnovic
                      50 California Street, 22nd Floor
                      San Francisco, CA 94111 US

**CASE:**             Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**          Ivan Zatkovich
**JOB DATE:**         8/24/2022
**LOCATION:**         Telephonic, New York, NY, 10027, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|----------|-----------|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| **Ivan Zatkovich** | | | | |
| Video Sync / Tape | 1 | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Early AM Rate | 1 | | $487.50 | $487.50 |
| Videographer - Additional Hours | 8.5 | | $110.00 | $935.00 |
| | | | SUBTOTAL | $2,172.50 |
| | | | **TOTAL** | $2,172.50 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093778
**JOB #:** 215787

**BILL TO:**     Quinn Emanuel Urquhart & Sullivan, LLP
                c/o QE-AIT-SalesForce Distribution
                51 Madison Avenue, 22nd Floor
                New York, NY 10010 US

**SHIP TO:**     Quinn Emanuel Urquhart & Sullivan, LLP
                c/o James Judah
                50 California Street, 22nd Floor
                San Francisco, CA 94111 US

**CASE:**        Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**     Wayne Hoeberlein
**JOB DATE:**    9/2/2022
**LOCATION:**    Telephonic, New York, NY, 10027, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Wayne Hoeberlein** | | | | |
| Video Sync / Tape | 1 | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | | $110.00 | $770.00 |
| | | | SUBTOTAL | $1,595.00 |
| | | | TOTAL | $1,595.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/20/2022
**INVOICE #:** 2093775
**JOB #:** 215973

**BILL TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**    Quinn Emanuel Urquhart & Sullivan, LLP
c/o Gavin Snyder
1109 First Avenue
Seattle, WA 98101 US

**CASE:**    Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:**    Benjamin Bederson
**JOB DATE:**    9/1/2022
**LOCATION:**    51 Madison Avenue, 22nd Floor, New York, NY, 10010, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| Video Sync / Tape | 1 | 7 | $125.00 | $875.00 |
| Certified - MPEG - Complimentary | 1 | 7 | $50.00 | $0.00 |
| | | | SUBTOTAL | $875.00 |
| | | | **TOTAL** | $875.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 9/23/2022
**INVOICE #:** 2094377
**JOB #:** 215972

**BILL TO:**
Quinn Emanuel Urquhart & Sullivan, LLP
c/o QE-AIT-SalesForce Distribution
51 Madison Avenue, 22nd Floor
New York, NY 10010 US

**SHIP TO:**
Quinn Emanuel Urquhart & Sullivan, LLP
c/o Zachary Furcolo
50 California Street, 22nd Floor
San Francisco, CA 94111 US

**CASE:** Applications In Internet Time, LLC v. Salesforce.com, Inc.
**WITNESS:** Douglas Schmidt
**JOB DATE:** 8/26/2022
**LOCATION:** 50 California Street, 22nd Floor, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|----------|---|-------|--------|

| Services | Qty | Media | Rate | Amount |
|----------|-----|-------|------|--------|
| Video Sync / Tape | 1 | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| | | | SUBTOTAL | $750.00 |
| | | | **TOTAL** | $750.00 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.



Worldwide · 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081906
**JOB #:** 210708

| | |
|---|---|
| **BILL TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o QE-AIT-SalesForce Distribution<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 US |
| **SHIP TO:** | Quinn Emanuel Urquhart & Sullivan, LLP<br>c/o Sam Stake<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 US |
| **CASE:** | Applications In Internet Time, LLC v. Salesforce.com, Inc. |
| **WITNESS:** | Joseph Ferguson |
| **JOB DATE:** | 5/3/2022 |
| **LOCATION:** | TELEPHONIC, Los Angeles, CA, 90067, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Joseph Ferguson** | | | | |
| Certified - MPEG - Complimentary | 1 | 1 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 2 | | $110.00 | $220.00 |
| | | | SUBTOTAL | $545.00 |
| | | | **TOTAL** | **$545.00** |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.