# Exhibit A





## Kevin P.B. Johnson

Partner
Silicon Valley Office
Direct Tel: -+1 650-801-5015
kevinjohnson@quinnemanuel.com

## Biography

Kevin Johnson, who has an electrical engineering degree from Cornell, serves as lead counsel for companies such as Samsung, Sony, MediaTek, Natera, and Salesforce, to name a few. He has tried many cases to verdict for these and other clients throughout his career.  His practice focuses on litigating patent infringement, trade secret, unfair competition, trademark, copyright, and licensing actions in Federal and State courts, as well as the International Trade Commission. His experience ranges from representing Fortune 50 companies to smaller, rapidly growing technology companies in disputes related to smartphones, microprocessors, wireless communications, semiconductor processing equipment, liquid crystal devices, consumer electronics, medical devices, biotech and life science products, software and graphics, telecommunications, and optical devices.

## Representative Clients

- C3.AI
- MediaTek
- DexCom
- Foresite Capital
- Kleiner Perkins
- Vizgen
- Sony
- Salesforce
- Samsung

# Notable Representations

- Represented **California Institute of Technology** in a patent infringement lawsuit that it filed against Apple and Broadcom in the Central District of California that resulted in a $1.1 billion jury verdict.  The patented technology involved 802.11 IEEE wireless technology.

- Represented **C3.ai**, and its CEO Thomas Siebel obtained a complete defense verdict following a seven-day bench trial in 2019. Following trial, the Court awarded a complete defense victory which included an award of attorneys' fees and costs for Defendants. The award was upheld by the Third Circuit Court of Appeals.

- Represented **Twist Bioscience** and its CEO against Agilent in a trade secret misappropriation case that Twist's CEO characterized as "an all-out legal assault on Twist."  Mr. Johnson led the team that repeatedly discredited the merits of the alleged claims, ultimately resulting in a settlement of all claims and counterclaims in 2020, pursuant to which Twist provided no admission of liability or wrongdoing and achieved a full release of the claims against the defendants.

- Represented **Salesforce** in a two-patent action filed by Michael Philip Kaufman. After an expedited discovery and trial schedule was set, Salesforce was able to successfully transfer the case to the Northern District of California. Shortly thereafter, a favorable settlement was reached covering both the district court and related IPR proceedings.

- Representing **Salesforce** in ten patent infringement actions filed by WSOU Investments, LLC in the Western District of Texas. The plaintiff voluntarily dismissed two of the cases in view of a favorable claim construction ruling from the Court and discovery demonstrating non-infringement.

- Represented **Salesforce** in a patent action filed by AIT, LLC. Mr. Johnson's team won on summary judgment in the District Court, achieving a ruling of both invalidity of every patent claim asserted by AIT, and a finding of non-infringement.

- Representing **Natera** in a Lanham act action against competitor Guardant Health relating to statements the parties have made about the performance of their competing minimal residual disease (MRD) tests.

- Representing **DexCom** in a global patent dispute against Abbott Diabetes Care, in which DexCom is asserting four patents against Abbott in Delaware. The patents-at-issue relate to continuous glucose monitoring technology.

- Representing **Natera** in patent litigation against competitor CareDx, in which CareDx is asserting three patents against Natera and Natera is asserting two patents against CareDx.

- Representing **Nantworks**, who has sued Bank of America for copyright infringement (as well as patent infringement, trade secret misappropriation, and breach of contract) regarding

NantWorks' mobile check deposit technology. Bank of America's motion to dismiss is currently pending before the Court.

- Represented **Bio-Rad** Laboratories and Lawrence Livermore National Security, LLC in a multifront battle against 10X Genomics. Mr. Johnson won summary judgement under the doctrine of assignor estoppel and prevented 10X from raising an invalidity defense. Bio-Rad, with Mr. Johnson as co-lead counsel, won a determination of infringement; the ALJ recommended an exclusion order to bar 10X's products from being imported. The Patent Trial and Appeal Board agreed and denied institution of all fourteen petitions.

- Represented **Sony** in a multifront battle against Fujifilm arising from Fujifilm's anticompetitive conduct seeking to exclude Sony from the Linear Tape-Open magnetic tape market. Because this hearing was in parallel with the 1068 ITC Investigation for Bio-Rad, Mr. Johnson presented the openings in both Investigation hearings in back-to-back days and moved between the courtrooms as he cross-examined witnesses in both investigations. In March 2019, the full Commission of the ITC affirmed Sony's victory in all respects and issued exclusion orders barring Fujifilm's magnetic tape products from being imported into the US. The matter settled favorably prior to a decision by CBP.

- Represented **BlackBerry** in a patent and trade dress infringement action brought by BlackBerry against Typo Products LLC (co-founded by Ryan Seacrest) and Show Media LLC. Mr. Johnson obtained a preliminary injunction for Blackberry to halt the sale of Defendants' iPhone case. The Defendants, however, failed to comply with the injunction, and at BlackBerry's request, the Court ordered Typo to pay BlackBerry over $860,000 in sanctions and awarded Blackberry its attorneys' fees and costs relating to the contempt motion. The case settled with Typo agreeing to permanently discontinue the sale of keyboards for smartphones and mobile devices with screens that are less than 7.9 inches.

- Represented **Marvell Semiconductor** in a patent suit brought by France Telecom. Successfully moved to transfer the case to the Northern District of California. Prevailed on claim construction and is winning partial summary judgment that eliminated 80% of sales from the damages calculation. After a trial in September 2014, successfully obtained a favorable damages verdict more than five times less than what plaintiff sought and successfully obtained a defense judgment after post-trial motions. Plaintiff dropped its appeal before briefing, leaving intact Marvell's defense judgment.

- Served as co-lead counsel representing **Samsung** in the company's smartphone litigations with Apple, including patent, design patent, and trade dress disputes with Apple in the Northern District of California, Federal Circuit, the United States Supreme Court, and the International Trade Commission as well as Netherlands, Germany, UK, Korea, and Japan.

## Practice Areas

- Domestic U.S. Arbitration
- Intellectual Property Litigation
- Life Sciences Litigation
- Patent Litigation
- Trade Secret Litigation
- Artificial Intelligence
- International Trade Commission Proceedings
- International Arbitration

## Education

**Hofstra University School of Law**

(J.D., 1992)

*Law Review:*

   Associate Editor

**Cornell University**

(B.S., Electrical Engineering, 1988)

## Admissions

- The State Bar of California
- The State Bar of New York
- Federal Courts
- The U.S. Patent and Trademark Office

## Languages

- French
- Spanish
- Italian

## Prior Associations

**Fish & Neave, Palo Alto:**

   Partner

## Awards

Listed as a *Best Lawyers in America* for Intellectual Property Litigation, 2013-2021, 2024

Ranked in California Intellectual Property Patent Litigation, *Chambers USA*, 2013-2022

Listed as "Leading Intellectual Property Lawyers in California," *Daily Journal*, 2018

Selected as a *SuperLawyer*, 2012-2018

Named a "Top Intellectual Property Attorney," *Daily Journal*, 2016

Named "Technology MVP," *Law360*, 2016, 2017

Ranked in Top IP Lawyers, *Daily Journal*, 2015,2016

Ranked in California Intellectual Property Patent Litigation, *Chambers USA*, 2013

## Publications and Lectures

"Keeping the Bar High – The Doctrine of Equivalents in the Aftermath of the Supreme Court's Festo Decision,"

*Stanford Technology Law Review* (2003)

"Festo and Claim Construction,"

The American Conference Institute's Seventh National Advanced Forum on  Litigating Patent Disputes, San Francisco, California (2002)

"Assessing Your Patent Risk," *The Venture Capital Review*, Issue 9 (Fall 2001)

## Professional Activities

Member, Federal Circuit Bar Association

Member, American Bar Association

Member, New York Intellectual Property Law Association

Member, Bar Association of San Francisco



# Ray Zado



Partner
Silicon Valley Office
Direct Tel: -+1 650-801-5011
rayzado@quinnemanuel.com

## Biography

Ray Zado is a partner in Quinn Emanuel's Silicon Valley office.  His civil trial practices focuses on intellectual property matters, with a particular emphasis on patent litigation and licensing.  His practice encompasses all aspects of case preparation and management, including pre-suit investigations, fact and expert discovery, trial preparation, and trial.

Mr. Zado has represented clients involved in a variety of complex technologies, including semiconductors and semiconductor manufacturing processes, DRAM and Flash memory, digital televisions, image and signal processing, Ethernet technology, user interfaces, business process software, cloud computing, and social networking and gaming software.  Mr. Zado has litigated in jurisdictions throughout the country, including the Northern and Central Districts of California, the Northern and Eastern Districts of Texas, the District of Delaware, the Northern District of Illinois, the District of Nevada, and the International Trade Commission.

## Representative Clients

- salesforce.com
- Sony
- Samsung
- Marvell
- Hynix
- Rovi

- Twitter
- Zendesk
- NetSuite
- Yahoo


## Notable Representations

- Represented **Marvell Semiconductor** in a patent litigation against U.S. Ethernet Innovations, LLC, involving four patents related to Ethernet chipset technology.  Several of the patents in suit had previously been successfully litigated to judgment against other parties, including a $75 million damage award in N.D. Cal.  However, after successfully transferring from the Eastern District of Texas to the Northern District of California. Marvell won summary judgment of invalidity and/or non-infringement as to all of the asserted patents.

- Represented **Hynix Semiconductor**, the world's second-largest memory chipmaker, and now a member of SK Telecom Group, in a patent case filed by Intellectual Ventures in federal court in Delaware.  The action was one of Intellectual Ventures' first three patent infringement lawsuits filed against various technology companies.  Following the completion of expert discovery, Hynix reached a favorable global settlement with Intellectual Ventures.

- Represented **Twitter and Glam Media** in a patent litigation brought in the Northern District of California involving software for distributed processing of large data sets.  The Court granted Twitter's and Glam Media's motion for judgment on the pleadings, finding the patents-in-suit invalid for failure to claim patent-eligible subject matter under 35 U.S.C. § 101.

- Represented **Sony Corporation and Sony Electronics** in a world-wide patent infringement dispute (involving on the order of 20 actions in multiple jurisdictions, including the ITC and district courts across the United States) with LG Electronics, Inc. and its subsidiary, Zenith Electronics, in patent litigations involving digital display technology.  The cases settled favorably for Sony.

- Representing **Samsung** in its current dispute withHuawei related to standard essential 4G/LTE patents.

- Representing **Zendesk** and **NetSuite** in patent infringement actions in the Eastern District of Texas involving application distribution and cloud computing related technologies.

- Represented **Hynix Semiconductor** in a multi-patent infringement case brought by plaintiff and counterclaim-defendant ON Semiconductor in the Eastern District of Texas involving patents related to DRAM and Flash memory devices and semiconductor manufacturing processes including plasma etch and metal deposition.

- Defended **Sony Computer Entertainment** in a patent litigation in the Eastern District of Texas involving Playstation game consoles.  After expert discovery, the case settled for a nominal

amount.

- Represented **Salesforce** in a patent litigation brought in the Northern District of California involving social media aspects of the Force.com platform. The case against Salesforce was dismissed without prejudice.
- Represented **Salesforce** in a patent litigation brought in the District of Delaware involving database related technology. After a successful Markman hearing, the case settled on favorable terms.
- Represented **Salesforce** in connection with in patent portfolio licensing negotiations involving hundreds of patents related to software based technologies.
- Represented **Hynix Semiconductor** in patent portfolio licensing negotiations involving thousands of patents related to memory technologies.
- Representing **Rovi Corporation** in connection with licensing negotiations pertaining to its patent portfolio.

## Practice Areas

- Patent Litigation

## Education

**University of Southern California Law School**

(J.D., 1998)

*Southern California Law Review:*

Senior Editor

**Cornell University**

(B.A., Physics and English, concentration (minor) in Electrical Engineering, 1995)

## Admissions

- The State Bar of California
- United States District Court:
  Northern District of California
  Southern District of California

## Prior Associations

**SAP AG:**

IP Transactions Counsel, 2006-2009

**Fish & Neave, LLP / Fish & Neave IP Group of Ropes & Gray, LLP:**

Associate, 1998-2006

Elected Palo Alto Office Representative to Associates' Committee





# Rachael L. McCracken

Partner
Los Angeles Office
Direct Tel: -+1 213-443-3249
rachaelmccracken@quinnemanuel.com

## Biography

Rachael McCracken is a partner in the Los Angeles office. Her practice focuses on complex commercial litigation, with an emphasis on securities and antitrust disputes and trial practice. She has tried cases in state and federal court, before both juries and judges, including a number of high stakes cases where Quinn Emanuel was brought in shortly before trial to change the strategy of the case. She was named a Southern California "Rising Star" by Super Lawyers magazine in 2013, 2014, 2015, 2016, 2017, 2018, and 2019.

## Representative Clients

- The California Institute of Technology
- International Lease Finance Corporation
- JMI Services, Inc.
- Live Nation
- MBIA Insurance Corporation
- Micron Technology, Inc.
- ResCap Liquidating Trust
- Seiko Epson Corporation
- U.S. Bank., N.A.
- Vanguard Group
- Zurich Insurance Corporation

## Notable Representations

- Represented the California Institute of Technology ("Caltech") in a patent infringement lawsuit against Apple and Broadcom involving patents protecting Caltech's invention of a novel advancement in error correction coding that is now used in Wi-Fi.  After a two-and-a half-week trial, the jury awarded Caltech over $1.1 billion in damages.
- Represented the ResCap Liquidating Trust in more than 50 lawsuits seeking to recover indemnity and damages arising from the defendant lenders' sale of defective mortgage loans that resulted in losses and liabilities for the Trust's predecessor, Residential Funding Company ("RFC").  The actions resulted in recoveries of more than $1.3 billion, including a favorable verdict after a four-week trial.
- Represented Micron Technology, Inc. in an antitrust action involving an alleged conspiracy to boycott certain memory chips. Rambus sought $4 billion in compensatory damages, trebled to $12 billion under the Cartwright Act, from Micron.  After a three-month trial, the jury rejected Rambus's claim and awarded no damages.
- Represented Zurich Insurance Company in a bench trial spanning several months that resulted in favorable factual findings that led to voluntary dismissals of fraudulent transfer claims brought by 30 corporate plaintiffs seeking over $14 billion in damages.
- Represented direct purchaser class plaintiffs in an antitrust action involving a price-fixing conspiracy in the polyurethane foam industry that resulted in more than $430 million in settlements.
- Represented lead defendant in a 59-count criminal RICO case brought against a successful businessman by the U.S. Attorney's Office for the Central District of California. Obtained dismissal of certain RICO claims pre-trial, others during a four-week trial, and all remaining claims through post-trial motions based on government misconduct.
- Represented Epson as plaintiff in five coordinated patent-infringement actions and obtained summary judgment on infringement and defeated summary judgment on invalidity, which resulted in a favorable settlement.
- Represented a Fox subsidiary in patent infringement actions arising out of an internet music distribution website that resulted in a no-cost settlement after favorable discovery rulings.

## Practice Areas

- Antitrust and Competition
- Insurance and Reinsurance Litigation
- Intellectual Property Litigation
- Investment Fund Litigation

- Lender Liability and Other Banking and Financial Institution Litigation
- Securities Litigation
- Structured Finance and Derivatives Litigation

## Education

**New York University School of Law**

(J.D., 2007)

   Order of the Barristers

   Philip C. Jessup International Law Moot Court Competition Atlantic Regional:

     Second Place Oralist

**Amherst College**

(B.A., *summa cum laude,* Law, Jurisprudence, and Social Thought; Spanish; Certificate of International Relations,2004)

   Phi Beta Kappa

   Law and Society Association Outstanding Undergraduate Paper (2005)

## Admissions

- The State Bar of California
- United States Courts of Appeal:
  - Ninth Circuit
- United States District Courts:
  - Central District of California
  - Northern District of California

## Awards

*Law360* Top Attorney Under 40 – Trials (2020)

*Super Lawyers* Magazine Southern California "Rising Star" (2013-2019)



# Iman Lordgooei

Partner
San Francisco Office
Direct Tel: -+1 415-875-6491
Direct Fax: +1 415-875-6700
imanlordgooei@quinnemanuel.com



## Biography

Iman Lordgooei is a Partner in Quinn Emanuel's San Francisco office.  He joined the firm in 2013.  He practices intellectual property law with a focus on patent and trade secret litigation and has also handled matters involving unfair competition and copyright infringement. He has a degree in Electrical Engineering and has applied his technical training to patent litigation matters involving such technologies as cybersecurity, artificial intelligence, enterprise software, microprocessor design, semiconductor fabrication, Internet infrastructure, telecommunications, computer networking, signal processing, and satellite positioning.  He has also represented clients in the medical device industry. Iman has represented clients in courts throughout the country, as well as before the International Trade Commission and the Court of Appeals for the Federal Circuit.

## Representative Clients

- Alacritech
- BlackBerry
- Fortinet
- Google
- Proofpoint
- Samsung
- Symantec
- Verkada

## Notable Representations

- Representing Google in its defense against patent infringement allegations brought by Sonos.

- Represented Verkada, Inc. against allegations of patent infringement raised by Motorola Solutions and Avigilon at the ITC relating to AI-enabled video surveillance products and technologies.  Iman oversaw Verkada's overall case and successfully led the defense against MSI and Avigilon's computer vision and face-detection IP.  Following an evidentiary hearing, the ALJ issued an initial determination finding that Verkada did not violate MSI and Avigilon's computer vision and face-detection IP—a decision that the Commission declined to review.  After review of select findings of the ALJ, the Commission issued an order finding no violation by Verkada of any of the asserted MSI and Avigilon patents (which Motorola did not appeal), resulting in a total victory at the ITC for Verkada and earning a Litigator of the Week "Shout Out" from ALM. (https://www.law.com/litigationdaily/2023/04/14/a-whole-mess-of-litigator-of-the-week-runners-up-and-shout-outs/)

- Represented leading cybersecurity company, Proofpoint, Inc., and its subsidiary, Cloudmark LLC, in a case against French cybersecurity startup, Vade Secure SASU, involving trade secret misappropriation under the Defend Trade Secrets Act and copyright infringement by Vade and its Chief Technical Officer.  Following a four-week trial, the jury returned a verdict in Proofpoint's favor, finding Vade and its CTO had misappropriated Proofpoint's trade secrets and infringed the asserted copyrights, and that Vade's misappropriation was willful and malicious.  The jury awarded approximately $14M in compensatory damages, earning a Litigator of the Week "Runner-Up" from ALM.  (https://www.crn.com/news/security/vade-secure-to-pay-proofpoint-14m-for-trade-secret-theft-jury; https://www.law.com/litigationdaily/2021/08/27/litigator-of-the-week-runners-up-and-shout-outs-7/)

- Represented BlackBerry against Facebook in multiple federal district court cases over patents relating to cryptography, unified endpoint management, secure document repository, VoIP, and geolocation technologies.  The disputed ended with the parties reaching a global settlement. (https://news.bloomberglaw.com/ip-law/blackberry-and-facebook-are-in-process-of-global-settlement)

- Represented Samsung against rival Huawei in federal district court over patents relating to 4G cellular technology, and drafted patent owner preliminary responses that led to the PTAB denying institution of Huawei's petitions for *inter partes* review of two Samsung patents asserted at the district court.

- Represented Proofpoint in a patent infringement lawsuit relating to cybersecurity technologies brought by Finjan in the Northern District of California, and negotiated settlement terms favorable to Proofpoint to resolve the dispute at the eve of trial.

- Represented Metaswitch Networks in two jury trials in the Eastern District of Texas.
- Represented plaintiff STMicroelectronics against its competitor, InvenSense, in a patent suit at the ITC asserting STMicroelectronics' patents relating to various MEMS-based gyroscopes and accelerometers used in smartphones, tablets and other devices and their methods of manufacture.

## Practice Areas

- Intellectual Property Litigation
- Patent Litigation
- Trade Secret Litigation
- Post-Grant Practice
- Litigation Representing Plaintiffs

## Education

**The University of Pennsylvania Law School**

(J.D., 2007)

Certificate of Study in Business & Public Policy, Wharton School of Business

*Univ. of Pa. Journal of Int'l Economic Law* (now *Journal of Int'l Law*):

Managing Editor, 2006-2007

Editor, 2005-2006

**Drexel University**

(B.S., *summa cum laude, Tau Beta Pi, Eta Kappa Nu*, Electrical Engineering, 2004)

## Admissions

- The State Bar of California
- United States District Court:
  - Northern District of California
  - Central District of California
  - Eastern District of Texas
- United States Court of Appeals:
  - Federal Circuit

## Prior Associations

**Jones Day:**

Associate, 2007-2013

## Awards

Selected as a *Super Lawyers* Rising Star (2016-2017)

## Publications and Lectures

*Bear Market Litigation: Showing the Relationship between Patent Litigation and a Down Economy*, 27 U. Pa. J. Int'l L. 1077 (2006)

## Professional Activities

Member, Penn Law Northern California Alumni Club

Member, Iranian American Bar Association





## James D. Judah

Partner
San Francisco Office
Direct Tel: -+1 415-875-6420
jamesjudah@quinnemanuel.com

## Biography

James Judah is a partner in the San Francisco office.  He joined the firm in 2007.  James's practice focuses on complex commercial litigation with an emphasis on intellectual property disputes.  He has advised clients across a wide range of industries and technologies, including autonomous and electric vehicles, cybersecurity, smartphones, smart speakers, digital rights management, blockchain, payment and content delivery systems, semiconductors, commercial satellites, telecommunications infrastructure, and biopharmaceuticals. His clients have ranged from startups to multinational corporations. He has litigated trade secrets, patents (including FRAND issues), breach of contract, founder disputes, copyright, trademarks and trade dress, unfair competition, antitrust, employee mobility, wrongful termination, and RICO, among other areas.

James represents both plaintiffs and defendants, with success recovering hundreds of millions of dollars on behalf of plaintiffs and defeating claims of hundreds of millions of dollars on behalf of defendants.  He has litigated in state and federal courts across the country, including California, New York, Texas, Nevada, Colorado, New Jersey, Delaware, and the International Trade Commission. He has also represented clients in domestic and international arbitrations.

James graduated *magna cum laude* from Dartmouth College with a degree in Philosophy, and received his J.D. from Columbia Law School, where he was a Stone Scholar.

## Representative Clients

- Google
- YouTube

- Salesforce
- Samsung
- Waymo
- Netflix
- Qualcomm
- Dollar Shave Club
- Mattel
- Academy of Motion Picture Arts & Sciences
- ViaSat

## Notable Representations

- Represented plaintiff Waymo against Uber in a trade secret misappropriation case in the Northern District of California relating to autonomous vehicle technology. Obtained a preliminary injunction and other provisional relief on behalf of Waymo against Uber. The case settled on the fifth day of trial pursuant to a confidential settlement agreement.

- Represented defendant Wiz, Inc. (cloud cybersecurity company) in a trade secret and employee mobility case in the Northern District of Georgia brought by Tanium Inc. After an all-day evidentiary hearing defeated plaintiff's motion for a preliminary injunction, and then obtained a complete dismissal of all claims against Wiz prior to the commencement of general fact discovery.

- Represented plaintiff ViaSat against Space Systems/Loral in a complex patent infringement and breach of contract case in the Southern District of California involving high-speed satellite technology. After a three-week jury trial, obtained a jury verdict of $283 million for ViaSat – the largest jury verdict in California for 2014.

- Represented defendants Google and YouTube in a patent case in the Eastern District of Texas involving push messaging technologies. Following a one-week jury trial, obtained a jury verdict of non-infringement.

- Represented plaintiff Academy of Motion Picture Arts & Sciences in a copyright infringement action in the Northern District of California related to counterfeit ©OSCAR® statuettes. Obtained a judgment of infringement and permanent injunction.

- Represented Samsung against smartphone rival Apple in two International Trade Commission investigations. As Respondent, obtained a Commission ruling of no violation as to design patents and two utility patents. As Claimant, obtained an exclusion order against several models of iPhones and iPads.

- Represented Mattel in obtaining order from the Ninth Circuit vacating verdicts of liability for alleged trade-secret misappropriation and damages award of more than $170 million.

## Practice Areas

- Antitrust and Competition
- Data Privacy & Security
- Intellectual Property Litigation
- Patent Litigation
- Copyright Litigation
- Trade Secret Litigation
- Trademark, Trade Dress, Unfair Competition/False Advertising, and Publicity Rights Litigation
- Internet Litigation
- Litigation Representing Plaintiffs
- Entertainment and Media Litigation
- Artificial Intelligence
- International Trade Commission Proceedings

## Education

**Columbia Law School**

(J.D., 2007)

   Stone Scholar, 2004-2005

**Dartmouth College**

(A.B., Philosophy, *magna cum laude*, 2002)

   All-Ivy Scholar Athlete

## Admissions

- The State Bar of California
- United States District Court:
      Central District of California
      Northern District of California
      Southern District of California
      Eastern District of California
      District of Colorado
      Eastern District of Texas
- United States Court of Appeals:
      Federal Circuit

Ninth Circuit

- United States Supreme Court



# Sam Stake



Partner
San Francisco Office
Direct Tel: -+1 415-875-6387
Direct Fax: +1 415-875-6700
samstake@quinnemanuel.com

## Biography

Sam Stake is a partner in Quinn Emanuel's San Francisco office. His practice focuses on resolving complex intellectual property and high-tech commercial disputes, with an emphasis in patent, trade secret, and copyright matters. His work spans many fields and industries, including biotech, AI, robotics, blockchain, microprocessors, cloud, UI/UX, medical devices, mobile networks, cleaning devices, and digital security. He represents companies and individuals in federal and state courts across the United States, in international arbitration before the ICC and AAA, and in many federal appellate matters.

Sam is Co-Chair of the firm's Artificial Intelligence Practice and has been recognized in 2023 and most recently 2024 by Lawdragon 500 as a Leading Litigator in IP Litigation.

## Representative Clients

- Salesforce
- OpenAI
- Vizgen
- BabyBus
- Voxer
- Ansa Biotechnologies
- BISSELL
- Varian Medical Systems

- DJI
- Proofpoint
- Samsung

## Notable Representations

- Secured a jury verdict against Facebook in the Western District of Texas awarding $174.5 million and a running royalty for Voxer.  The weeklong trial ended in a unanimous verdict that Facebook and Instagram Live used two Voxer patents related to Voxer's Live Messaging and Store-and-Stream technologies.  The jury deliberated for just 2.5 hours, found all six asserted claims across the two patents infringed, affirmed patent validity, and awarded running royalties in addition to the damages award.  The two Voxer patents expire in 2028.

- Represented Varian Medical Systems in a global patent litigation dispute against its primary competitor Elekta involving numerous patents on cancer treatment technologies across numerous jurisdictions including the International Trade Commission, District of Delaware, Northern District of California, Germany, and the United Kingdom.  Obtained a favorable settlement for Varian, after an ITC victory on behalf of Varian in which Elekta was found to infringe multiple, valid patents owned by Varian.

- Represented Twitter, Salesforce, and Glam Media in a patent litigation brought in the Northern District of California involving software for distributed processing of large data sets.  The Court granted our motion for judgment on the pleadings finding the patents-in-suit invalid for failure to claim patent-eligible subject matter under 35 U.S.C. § 101.

- Represented Salesforce, Zendesk, Riot Games, and NetSuite in patent infringement actions in the Eastern District of Texas involving application distribution and cloud computing related technologies filed by Uniloc.  Obtained settlements on favorable terms after successful motion to dismiss claims as patent ineligible under 35 U.S.C. § 101.

- Represented neurosurgical device manufacturer Mazor Robotics in a three-patent suit filed by Neutar.  The case settled favorably.

- Represented Symantec as trial counsel in a patent action filed by Finjan in the District of Delaware involving two patents relating to network security and antivirus software.  Finjan was seeking over $1 billion in past damages and running royalties against most of Symantec's antivirus offerings.  Following a three-week jury trial, obtained a complete defense verdict, with a finding of non-infringement and invalidity for all asserted claims.  Finjan had previously prevailed on the same patents in the same venue against another defendant.

- Represented Samsung in global litigation against Huawei, including an action pending in the Northern District of California involving twenty-two 3G/UMTS and 4G/LTE SEPs, a wide range of competing FRAND defenses and claims, and an antitrust counterclaim asserted by Samsung

based on attempted monopolization. The case resolved favorably after we obtained an anti-suit injunction in the Northern District of California on behalf of Samsung against parallel litigation in China.

- Secured only the second writ of mandamus ever to be issued by the Federal Circuit in the seminal *In re Genentech* case in relation to a motion to transfer venue from the Eastern District of Texas to the Northern District of California. Later won summary judgment of non-infringement on all claims of two patents asserted by Sanofi-Aventis Deutschland against two highly successful anti-cancer products. The Federal Circuit affirmed.

## Practice Areas

- Patent Litigation
- Trade Secret Litigation
- Intellectual Property Litigation
- Litigation Representing Plaintiffs
- Domestic U.S. Arbitration
- Life Sciences Litigation
- Data Privacy & Security
- Artificial Intelligence
- International Trade Commission Proceedings
- International Arbitration
- Copyright Litigation

## Education

**Georgetown University Law Center**

(J.D., *honors*, 2008)

**Harvard University**

(B.A., *honors*, 2003)

## Admissions

- The State Bar of California
- United States Court of Appeals:
     Ninth Circuit
     Federal Circuit
- United States District Court:

Northern District of California

Central District of California

Western District of Texas

## Awards

Recognized by *Lawdragon 500* as a Leading Litigator in IP Litigation (2023, 2024)





## Gavin Snyder

Of Counsel
Seattle Office
Direct Tel: -+1 206-905-7006
gavinsnyder@quinnemanuel.com

## Biography

Gavin Snyder is Of Counsel in Quinn Emanuel's Seattle office.  His practice focuses on patent litigation. In addition to district court litigation, he has significant experience with pre-litigation counseling, proceedings before the International Trade Commission, and IPR matters before the Patent Trial and Appeal Board. Gavin has worked on cases involving a wide array of technologies, including haptics, microprocessor architecture, 4G LTE wireless protocols, video streaming, photolithography, RNA interference, power management for mobile devices, mobile mapping software, mobile Internet browsing, load balancing, and computer security using machine learning.

Before law school, Gavin worked as a computer programmer for various companies in the video game, computer-aided design, and web industries. He was a programmer on four PC video games from Westwood Studios, including Command & Conquer: Red Alert 2 and Nox.

## Representative Clients

- Google
- Qualcomm
- BlackBerry
- Nokia
- TSMC
- IBM
- Salesforce
- Hyundai
- Cerebras
- Vestas

- DocuSign
- Immersion
- Wisconsin Alumni Research Foundation
- Alnylam Pharmaceuticals
- Max Planck Institute
- Whitehead Institute for Biomedical Research
- Massachusetts Institute of Technology

## Notable Representations

- Secured a jury verdict against Facebook in the Western District of Texas awarding $174.5 million and a running royalty for Voxer.  The weeklong trial ended in a unanimous verdict that Facebook and Instagram Live used two Voxer patents related to Voxer's Live Messaging and Store-and-Stream technologies.  The jury deliberated for just 2.5 hours, found all six asserted claims across the two patents infringed, affirmed patent validity, and awarded running royalties in addition to the damages award.  The two Voxer patents expire in 2028.
- Represented Nokia in a patent dispute in the Eastern District of Texas against Sol IP where Sol IP alleged infringement of over a dozen patents by Nokia base stations.  Obtained summary judgment of invalidity under 35 U.S.C. § 251.
- Represented Qualcomm against Apple in patent litigation in the Southern District of California and the International Trade Commission.  After an eight day trial, a jury found that Apple infringed all three asserted patents.  These results helped drive the successful settlement of the parties' global dispute before any of Apple's offensive claims were ever heard by a jury, resulting in billions of dollars of chip sales and licensing revenues for Qualcomm.
- Represented DocuSign against RPost in patent litigation regarding automatic email response technology. The case settled successfully after the majority of claims asserted in the case were invalidated.
- Represented Immersion in a multi-patent action against Apple in the International Trade Commission. The dispute involved several Immersion patents relating to tactile feedback technologies. After the ITC case went to trial before the chief administrative law judge, the case settled on favorable terms.
- Represented the Wisconsin Alumni Research Foundation, the patent management and licensing entity for the University of Wisconsin, in a computer microarchitecture patent infringement lawsuit against Apple. In October 2015, the jury returned a verdict in favor of WARF, finding all asserted claims valid and infringed and awarding WARF $234.2 million in damages.
- Represented Alnylam, the Max Planck Institute, the Whitehead Institute, and the Massachusetts Institute of Technology against the University of Utah in a dispute over inventorship rights to

fundamental patents in the RNA interference (gene silencing) field. The district court granted summary judgment against the University of Utah on all claims. The University of Utah did not appeal the district court's ruling.

- Represented BlackBerry against Unwired Planet in patent litigation regarding mobile Internet technology. Unwired Planet stipulated to non-infringement and withdrew its complaint on the eve of trial, after the ITC issued a claim construction order under which Unwired Planet admitted that there was no infringement. In subsequent proceedings in the District of Delaware, the district court entered the identical claim construction, and Unwired Planet again stipulated to judgment of non-infringement. The Federal Circuit affirmed the district court's claim construction and judgment of non-infringement.

## Education

**Columbia Law School**

(J.D., 2011)

James Kent Scholar

Harlan Fiske Stone Scholar

Carroll G. Harper Prize for intellectual property studies

*Columbia Science and Technology Law Review*

Articles Editor

**Columbia College**

(B.A., Computer Science and English Literature, 1999)

## Admissions

- The State Bar of Washington
- The State Bar of California
- United States District Court:
    Central District of California
    Southern District of California
    Northern District of California
    Western District of Washington
- United States Court of Appeals:
    Federal Circuit

## Prior Associations

**Irell & Manella LLP**

Associate, 2011-2018

## Publications and Lectures

Rethinking the Mental Steps Doctrine and Other Barriers to Patentability of Artificial Intelligence, 19 Colum. Sci. & Tech. L. Rev. 313.





# William Pilon

Associate
Silicon Valley Office

Direct Tel: -+1 (650) 801-5091
Direct Fax: +1 (650) 801-5100
williampilon@quinnemanuel.com

## Biography

Will Pilon is an associate in Quinn Emanuel's Silicon Valley office.  He joined the firm in 2018.  His practice focuses on complex commercial litigation.  Prior to joining the firm, Will practiced for five years at another global law firm in New York, where he represented clients in a variety of commercial litigation matters including securities, antitrust, class actions, and internal and external investigations.

## Education

**The University of California, Los Angeles, School of Law**

(J.D., 2013)

**Willamette University**

(B.A., Classical Studies, *cum laude,* 2010)

## Admissions

The State Bar of California; The State Bar of New York





## Sean D. Damon

Associate
Washington, D.C. Office
Direct Tel: -+1 202-538-8260
Direct Fax: +1 202-538-8100
seandamon@quinnemanuel.com

## Biography

Sean Damon's  practice focuses on intellectual property litigation. Sean represents clients in all aspects of offensive and defensive litigation matters. His practice focuses on high-stakes, high-technology patent litigation such as computer hardware/architecture, software, communication networks, signal processing and content management systems. His litigation experience encompasses multiple stages of the litigation process, including management of complex document review; preparing trial examination and cross examination; and drafting pre-trial motions, and pre- and post-trial briefs. He has appeared before U.S. district courts, the Court of Federal Claims, U.S. International Trade Commission (ITC), and the U.S. Court of Appeals for the Federal Circuit, as well as the Patent Trial and Appeal Board (PTAB) of the U.S. Patent and Trademark Office. His PTAB experience includes representing both petitioners and patent owners. Sean worked on the first ever post-grant review (PGR) of a covered business method (CBM) patent petitioned by a government agency now before the Supreme Court of the United States.

Sean holds a Computer Engineering and Electrical Engineering degree from North Carolina State University. Prior to joining Quinn Emanuel, Sean practiced patent litigation in Washington, D.C. and prior to that, he worked for five years at a leading defense contracting company as a system architect. His work involved designing and developing system architectures, primarily focusing on signal processing and sensing technology. He also helped develop the company's open source software policy. Sean is a Black Duck Certified Legal Specialist.

## Education

### University of Maryland School of Law

(J.D., 2012)

**North Carolina State University**

(B.S., Computer Engineering and Electrical Engineering, *honors*, 2007)

    National Dean's List

    NC State University Dean's List

## Admissions

The District of Columbia Bar; The State Bar of Maryland

## Awards

Black Engineer of the Year (BEYA) Modern Day Technology Leader (2011)

## Publications and Lectures

S. Damon et al., Making the Nonprevailing Party Pay: Statistics on Exceptional Cases Four Years after Octane and Highmark (Vol. 11, Issue 2, November/December edition of Landslide © 2018).

S. Damon et al., Violating Rule 11's Investigative Requirement Alone Simply May Not Be Enough for Exceptionality Determination to Award Attorneys' Fees (Lead Article Intellectual Property & Technology Law Journal © in October 2018).

S. Damon et al., Artificial Intelligence and Machine Learning (Webinar 2018).

S. Damon et al., Employer Lacks Right to Sue for Patent Infringement When Employment Agreement Fails to Assign Employee Inventions (2018).

S. Damon et al., SaMD Series: Open Source Licensing and Trade Secrets (Podcast 2018).

S. Damon et al., Employment Agreement That Included a "Will Assign" Provision, a Trust Provision, and a Quitclaim Provision Insufficient to Transfer Ownership Interest (2018).

S. Damon et al., Opportunities and Risks of Combining Open Source and Patents (IP Software Summit 2017).

S. Damon, Patent Owner's Statements in IPR May Constitute a "Disclaimer" of Claim Scope in Litigation (2017).

S. Damon et al., Making the Nonprevailing Party Pay: The Statistics of Exceptional Cases Two Years After Octane and Highmark (Vol. 8, Issue 6, July/August 2016 edition of Landslide © 2016).

Patent Litigation Requires Sub...

S. Damon, Patent Owner's Statements in IPR May Constitute a "Disclaimer" of Claim Scope in Litigation (2016).



**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp



## Ognjen Zivojnovic

Associate
San Francisco Office
Direct Tel: -+1 415-875-6469
ogizivojnovic@quinnemanuel.com

## Biography

Ognjen "Ogi" Zivojnovic is an associate in Quinn Emanuel's San Francisco office. He joined the firm in 2015. His practice focuses on complex commercial litigation. Prior to joining the firm, Ogi worked as a patent agent for Ropes & Gray LLP. While there, he helped prosecute and monetize an international patent portfolio and was involved in defending a major technology company against patent infringement claims filed by non-practicing entities. Ogi also worked on firmware for cellular phone modems as an engineer for Qualcomm Inc. Ogi is registered to practice before the U.S. Patent & Trademark Office in patent matters.

## Education

**University of California, Berkeley School of Law**

(J.D., 2015)

**Stanford University**

(M.S., Electrical Engineering, 2010)

(B.S., Electrical Engineering, 2009)

## Admissions

The State Bar of California

## Languages

- German
- Serbian

## Awards

*The Best Lawyers in America: Ones to Watch*, Commercial Litigation, 2024

*Super Lawyer Rising Star*, Business Litigation, 2022-2023

## Publications and Lectures

Ognjen Zivojnovic, Note, *Patentable Subject Matter After Alice–Distinguishing Narrow Software Patents from Overly Broad Business Method Patents*, 30 BERKELEY TECH. L.J. (2015).

Ognjen Zivojnovic et al., *A Novel Method for Automatic Estimation of M0 used by ASL CBF Quantification*, 18 PROC. INT'L SOC'Y FOR MAGNETIC RESONANCE MED. 3148 (2010), available at http://cds.ismrm.org/protected/10MProceedings/files/3148_2276.pdf.



# Ian Wang



Associate
Salt Lake City Office
Direct Tel: -+1 801-515-7307
Direct Fax: +1 801-515-7400
ianwang@quinnemanuel.com

## Biography

Ian Wang is an associate in Quinn Emanuel's Salt Lake City office. Ian's practice focuses on intellectual property in federal courts, the U.S. International Trade Commissions, and the U.S. Patent and Trademark Office.  Ian has litigated patents pertaining to technologies such as video encoding, cell phone boosters, video game controllers, network interface devices, medical injectors, and telepresence robots.  He has also represented clients in trademark infringement cases, as well as in trademark opposition and cancellation proceedings before the Trademark Trial and Appeal Board.

In addition to intellectual property litigation, Ian has represented clients—including many Chinese companies—in complex commercial lawsuits alleging breach of contract, fraud, unfair competition, tortious interference, trade secret misappropriation, or other business torts.  He also has experience in helping clients understand and comply with security breach notification laws, and the International Association of Privacy Professionals (IAPP) has designated Ian as a Certified Information Privacy Professional (CIPP/US).

Since 2017, Ian has served as the Pro Bono Coordinator for the Salt Lake City Chapter of the J. Reuben Clark Law Society.  Before becoming a lawyer, Ian was a software engineer with the U.S. Department of Defense developing biometric verification systems.

## Education

**Brigham Young University, J. Reuben Clark Law School**

(J.D., 2008)

*BYU Education & Law Journal*:

Executive Editor

**University of California, Berkeley**

(B.S. Electrical Engineering and Computer Science, 2002)

## Admissions

The State Bar of California; The State Bar of Utah

## Languages

- Mandarin



# Olga Slobodyanyuk

Associate
Silicon Valley Office
Direct Tel: -+1 650-801-5114
olgaslobodyanyuk@quinnemanuel.com



## Biography

Olga Slobodyanyuk is an associate in Quinn Emanuel's Silicon Valley office.  She joined the firm in 2018. Her practice area focuses primarily on intellectual property litigation, including copyright, trademark, trade secret, and patent cases. She has litigated in over 20 different federal jurisdictions and the ITC, navigating various complex procedural issues in these different forums. She also has significant experience developing damages strategies for sophisticated intellectual property disputes. Recently, on behalf of a defendant in a trademark infringement lawsuit in which the plaintiff sought a multi-million dollar award, she obtained a judgment of zero damages despite a finding of willful infringement.

Prior to joining the firm, Olga worked as a pro bono fellow at another global law firm. While there, she represented multiple clients with issues related to housing, education, and domestic violence. Olga graduated from Harvard Law School, where she participated in the Cyberlaw Clinic,  the Berkman Klein Center, the Journal of Law & Technology, and the Tenant Advocacy Project.

## Education

**Harvard Law School**

(J.D., 2016)

**University of California at Berkeley**

(B.A., History & Slavic Languages and Culture, 2012)

## Admissions

The State Bar of California

## Languages

- Russian



**quinn emanuel trial lawyers**
quinn emanuel urquhart & sullivan, llp

# Jared Kneitel



Associate
Seattle Office
Direct Tel: -+1 206 905 7075
Direct Fax: +1 206 905 7100
jaredkneitel@quinnemanuel.com

## Biography

Jared Kneitel is an associate in Quinn Emanuel's Seattle office. He joined the firm in 2020. His practice focuses on intellectual property litigation. Prior to joining the firm, Jared was in-house intellectual property counsel to two technology companies; the lead civilian criminal defense counsel to foreign nationals detained at the United States Naval Station, Guantánamo Bay; a public defender in Brooklyn, New York for four years; Co-Counsel to the most senior military commander on trial at the United Nations Special Court for Sierra Leone; and a patent attorney/agent at a premier intellectual property boutique law firm.

Jared is a Trustee for the New York City chapter of the Leukemia & Lymphoma Society. He is also an Ironman finisher.

## Education

**Fordham University, School of Law**

(J.D., 2005)

**University of Pennsylvania, School of Engineering**

(B.S., Electrical Engineering and Materials Science Engineering)

## Admissions

- The State Bar of New York
- The State Bar of Washington
- United States Patent and Trademark Office

## Languages

- Spanish

## Prior Associations

**United States Military Commissions**

Defense Counsel, 2009-2016

**Brooklyn Defender Services**

Trial Attorney and Special Litigation Attorney, 2011-2015

**United Nations Special Court for Sierra Leone**

Co-Counsel, 2006-2009

## Publications and Lectures

The Forgotten Dinner Guest: The "Beyond a Reasonable Doubt" Standard in a Motion for a Judgment of Acquittal in a Federal Bench Trial, 36 Am. Jur. Trial Advocacy 35.

Beyond a Reasonable Doubt: An "Appropriate" Standard in a Non-Jury Trial Motion for a Trial Order of Dismissal, 26 Atticus 21.





# Christopher Smith

Associate*
Seattle Office

Direct Fax: +1 206 905 7100
christophersmith@quinnemanuel.com
*Not admitted to the State Bar of Washington

## Biography

Christopher Smith is an associate in Quinn Emanuel's Seattle office. He joined the firm in 2022. His practice focuses on patent litigation. Prior to joining the firm, Chris worked as a patent attorney for another law firm in both client practice and litigation. Chris's experience also includes several years of field security operations as a hacker for the US Department of Defense, and nearly a decade of experience as a software engineer developing consumer applications and enterprise services for the fintech industry.

## Education

**Fordham University School of Law**

(J.D., *cum laude*, 2020)

**New Mexico Institute of Mining and Technology**

(B.S., Computer Science, 2009)

## Admissions

- The State Bar of New York

- Not admitted to the State Bar of Washington (practicing under the direct supervision of members of the Washington Bar)





# Zachary Furcolo

Associate
San Francisco Office
Direct Tel: -+1 415 875 6415
Direct Fax: +1 415 875 6700
zacharyfurcolo@quinnemanuel.com

## Biography

Zachary Furcolo is an associate in Quinn Emanuel's San Francisco office.  He joined the firm in 2021.
His practice includes antitrust, intellectual property, and other complex commercial ligation.

## Education

**University of Pennsylvania Law School**

(J.D., 2021)

   *Journal of Law and Innovation:*

     Editor-in-Chief

   *Journal of Business Law:*

     Associate Editor

**University of Virginia**

(B.S., Chemical Engineering, *with distinction*, 2015)

## Admissions

- The State Bar of California