JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
       lgoddard@mcdonaldcarano.com
       pmanelly@mcdonaldcarano.com

KEVIN JOHNSON (Pro Hac Vice)
RAY ZADO (Pro Hac Vice)
SAM STAKE (Pro Hac Vice)
JAMES JUDAH (Pro Hac Vice)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
       rayzado@quinnemanuel.com

*Attorneys for Defendant*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

* * *

APPLICATIONS IN INTERNET TIME, LLC,   Case No.: 3:13-cv-00628-RCJ-CLB

Plaintiff,

v.

SALESFORCE.COM, INC.,

Defendant.
_____/

**DECLARATION OF LEIGH GODDARD**

**FILED UNDER SEAL**