JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**SALESFORCE'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF SALESFORCE'S MOTION FOR ATTORNEY'S FEES** |

Pursuant to LR IA 10-5 of the Local Rules of Practice for the United States District Court of Nevada, Defendant Salesforce, Inc. ("Salesforce"), by and through its counsel of record, hereby requests leave to file under seal portions of Salesforce's Motion for Attorney's Fees.

This Motion is based upon the following Memorandum of Points and Authorities, the attached Declaration of Sam Stake in Support, the pleadings and papers filed in this action, and all other matters of which the Court may take judicial notice.

In accordance with paragraph 13 of the Protective Order (Dkt. 46 at 15), Salesforce will file within seven days a redacted version of the Motion for Attorney's Fees.

DATED: September 27, 2023        Repectfully submitted,

                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Ray Zado

Ray Zado
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
rayzado@quinnemanuel.com

JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SALESFORCE'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF SALESFORCE'S MOTION FOR ATTORNEY'S FEES** |

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Defendant Salesforce, Inc. ("Salesforce") contemporaneously filed its Motion for Attorney's Fees, Declaration of Sam Stake in Support, Declaration of Leigh Goddard in Support, and Accompanying Exhibits 1-14 and A-B and respectfully requests that portions of the Motion

for Attorney's Fees, The Declaration of Sam Stake in Support, Declaration of Leigh Goddard in Support, and Exhibits B, 3, 6-14 be filed under seal.

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (footnote omitted).  While there is a strong presumption in favor of public access to filed documents, the right of access, however, "is not absolute and can be overridden given sufficiently compelling reasons for doing so." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, *but not limited to*, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).  The Court has inherent power to deny public access "where the court determines that the documents may be used for improper purposes." *Mine O'Mine, Inc. v. Calmese*, No. 2:10-CV-00043-KJD, 2012 WL 1279827, at *4 (D. Nev. Apr. 16, 2012), aff'd, 489 F. App'x 175 (9th Cir. 2012).  In making the determination, courts should consider relevant factors, including "the public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material. . ." *Foltz*, 331 F.3d at 1135.

Although there is a strong presumption in favor of allowing public access to court records, that presumption is overcome "when court records may be used to . . . release trade secrets" or other sensitive information. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  For purposes of a motion to seal, a trade secret is concerned "any formula, pattern, device or compilation, of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221–22 (Fed. Cir. 2013) (applying Ninth Circuit law regarding competitive harm to business and the definition of "trade secret") ("*Apple*").  The Court has found that "exhibits containing detailed billing records which contain negotiated billing rates. . . . [are] competitively sensitive and not publicly known, it is appropriate to file them under seal."

*Mine O'Mine* 2012 WL 1279827, at *4 citing *China Int'l Travel Services (USA), Inc. v. China & Asia Travel Service, Inc.*, 2008 WL 5480840, 10 (N.D.Cal ., 2008).

Here, portions of Salesforce's Motion for Attorney's Fees, the Declaration of Sam Stake in Support, the Declaration of Leigh Goddard in Support, and accompanying Exhibits B, 3, 6-14 contain confidential information on the negotiated billing rates and staffing practices between Salesforce and Counsel for Salesforce that were not made available to the public. Courts routinely keep such information under seal. *See, e.g., Mine O'Mine* 2012 WL 1279827, at *4 (explaining that "hourly billing rates are competitively sensitive and not publicly known" are appropriated filed under seal); *Nike, Inc. v. Fujian Jialaimeng Shoes Co.,* 2020 WL 137382, at *3 (D. Nev. Jan. 13, 2020*)* (granting motion to seal exhibit containing the "work performed by its attorneys" because of the "commercially sensitive nature of its negotiated fee arrangements").

This sealing request is narrowly tailored to only sealable material and does not indiscriminately seek to seal other, non-sealable portions of the Motion for Attorney's Fees, Declaration of Sam Stake in Support, Declaration of Leigh Goddard in Support, and accompanying Exhibits B, 3, 6-14.

In accordance with paragraph 13 of the Protective Order (Dkt. 46 at 15), Salesforce will file within seven days a redacted version of the Proposed Order.

DATED: September 27, 2023

Repectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Ray Zado

Ray Zado
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
rayzado@quinnemanuel.com

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of Quinn Emanuel Urquhart & Sullivan LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be served via email upon the following:

| | |
|---|---|
| Michael A. Burke<br>mburke@rssblaw.com | Andrea Pacelli<br>Mark S. Raskin<br>Michael De Vincenzo<br>Elizabeth Long<br>Eric Berger<br>andrea.pacelli@us.kwm.com<br>mark.raskin@us.kwm.com<br>michael.devincenzo@us.kwm.com<br>elizabeth.long@us.kwm.com<br>eric.berger@us.kwm.com |
| Steven C. Sereboff<br>ssereboff@socalip.com | |

DATED: September 27, 2023.

/s/ *Zachary Furcolo*
Zachary Furcolo