JOHN FRANKOVICH, NV Bar #667
LEIGH GODDARD, NV Bar #6315
PHILIP MANNELLY, NV Bar #14236
McDonald Carano LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: jfrankovich@mcdonaldcarano.com
lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

KEVIN JOHNSON (*pro hac vice*)
RAY ZADO (*pro hac vice*)
SAM STAKE (*pro hac vice*)
JAMES JUDAH (*pro hac vice)*
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | No. 3:13-CV-00628-RCJ-CLB<br><br>**DECLARATION OF SAM STAKE IN SUPPORT OF SALESFORCE'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF SALESFORCE'S MOTION FOR ATTORNEY'S FEES** |

I, Sam Stake, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant Salesforce, Inc. ("Salesforce") in the above-captioned matter.

2. I submit this declaration in support of Salesforce's Motion For Leave to File Under Seal Portions of its Motion For Attorney's Fees. I have reviewed the papers that Salesforce intends to submit in support of its Motion For Attorney's Fees. Based on my review, and my personal knowledge as counsel for Salesforce, I understand that portions of the Motion for Attorney's Fees, Declaration of Sam Stake in Support, Declaration of Leigh Goddard in Support, and Exhibits 3, 6-14, and Exhibit B contain private business information, including competitively sensitive negotiated hourly billing rates. This information is not is not generally available to the public and should remain confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 27, 2023.

            */s/ Sam Stake*
            Sam Stake

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of Quinn Emanuel Urquhart & Sullivan LLP and that pursuant to LR 5-3 I caused to be electronically filed on this date a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system. A copy will be served via email upon the following:

| | |
|---|---|
| Michael A. Burke<br>*mburke@rssblaw.com* | Andrea Pacelli<br>Mark S. Raskin<br>Michael De Vincenzo<br>Elizabeth Long<br>*andrea.pacelli@us.kwm.com*<br>*mark.raskin@us.kwm.com*<br>*michael.devincenzo@us.kwm.com*<br>*elizabeth.long@us.kwm.com* |
| Steven C. Sereboff<br>*ssereboff@socalip.com* | |

DATED: September 27, 2023.

                                             /s/ *Zachary Furcolo*
                                             Zachary Furcolo