UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:13-cv-00628-RCJ-CLB

Court of Appeals Case Number: _____

Case Caption: Applications in Internet Time, LLC v. Salesforce, Inc.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 03/22/2021 | 151,152 | Status Conference | M. Griener | yes |
| 08/23/2021 | 422 | Claim Construction | K. French | yes |
| 06/06/2022 | 219 | Motion to Strike | D. Prather | yes |
| 02/08/2023 | 423 | Motion to Stay, Obj. to Magistrate Order | K. French | yes |
| 03/14/2023 | 393 | Summary Judgment | D. Prather | yes |

Date: 10/24/2023

/S/ Andrea Pacelli
Signature

Andrea Pacelli
Print Name

Appellant, Applications in Internet Time, LLC
Appellant/Appellee