```
 1   Michael A. Burke, Esq. (NSB #11527)
     ROBISON, SHARP, SULLIVAN & BRUST
 2   71 Washington St.
     Reno, NV 89503
 3   Telephone: (775) 329-3151
     Email: mburke@rssblaw.com
 4
     Andrea Pacelli (pro hac vice)
 5   Michael DeVincenzo (pro hac vice)
     Charles Wizenfeld (pro hac vice)
 6   Daniel Miller (pro hac vice)
     KING & WOOD MALLESONS LLP
 7   500 Fifth Ave., 50th Floor
     New York, New York 10110
 8   Telephone: (212) 319-4755
     Email: andrea.pacelli@us.kwm.com
 9          michael.devincenzo@us.kwm.com
            charles.wizenfeld@us.kwm.com
10          daniel.miller@us.kwm.com

11   Steven C. Sereboff, Esq. (pro hac vice)
     SoCAL IP LAW GROUP LLP
12   1332 Anacapa, Suite 201
     Santa Barbara, CA 93101
13   Telephone: (805) 230-1356
     Email: ssereboff@socalip.com
14
     Attorneys for Plaintiff
15   Applications in Internet Time LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, | Civil Action No.: 3:13-CV-00628-RCJ-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING NOTICE OF WITHDRAWAL OF MARK S. RASKIN** |
| SALESFORCE.COM, INC., | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF MARK S. RASKIN

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE that Mark S. Raskin hereby withdraws as attorney of record for
4  Plaintiff Applications in Internet Time, LLC in the above-captioned matter.  Please remove Mr.
5  Raskin as counsel of record for Applications in Internet Time, LLC and terminate all CM/ECF
6  notices to him in this matter.  Counsel of record for Applications in Internet Time, LLC otherwise
7  remains the same.

Dated:  April 5, 2024                              *s/ Andrea Pacelli*

Michael A. Burke, Esq.
ROBISON, BELAUSTEGUI, SHARP & LOWA
Professional Corporation (Resident Counsel)
71 Washington Street
Reno, Nevada  89503

Andrea Pacelli (pro hac vice)
Michael DeVincenzo (pro hac vice)
Charles Wizenfeld (pro hac vice)
Daniel Miller (pro hac vice)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: andrea.pacelli@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
daniel.miller@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

**IT IS SO ORDERED.**
**DATED:** April 5, 2024

_____
UNITED STATES MAGISTRATE JUDGE

- 1 -