# United States Court of Appeals for the Federal Circuit

---

**APPLICATIONS IN INTERNET TIME, LLC,**
*Plaintiff-Appellant*

v.

**SALESFORCE, INC.,**
*Defendant-Appellee*

---

2024-1133

---

Appeal from the United States District Court for the District of Nevada in No. 3:13-cv-00628-RCJ-CLB, Senior Judge Robert Clive Jones.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

October 10, 2024
Date

Jarrett B. Perlow
Clerk of Court