| | |
|---|---|
| Michael A. Burke, Esq. (NSB #11527)<br>ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington St.<br>Reno, NV 89503<br>Telephone: (775) 329-3151<br>Email: mburke@rssblaw.com<br><br>Michael DeVincenzo, Esq. (*pro hac vice*)<br>Charles Wizenfeld, Esq. (*pro hac vice*)<br>Andrea Pacelli, Esq. (*pro hac vice*)<br>KING & WOOD MALLESONS LLP<br>500 Fifth Ave., 50th Floor<br>New York, New York 10110<br>Telephone: (212) 319-4755<br>Email: michael.devincenzo@us.kwm.com<br>andrea.pacelli@us.kwm.com<br>charles.wizenfeld@us.kwm.com<br><br>Steven C. Sereboff, Esq. (*pro hac vice*)<br>SoCAL IP LAW GROUP LLP<br>1332 Anacapa, Suite 120<br>Santa Barbara, CA 93101<br>Telephone: (805) 230-1356<br>Email: ssereboff@socalip.com<br><br>*Attorneys for Plaintiff*<br>*Applications in Internet Time, LLC* | Leigh Goddard, NV Bar #6315<br>Philip Mannelly, NV Bar #14236<br>MCDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>P.O. Box 2670<br>Reno, NV 89505-2670<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>Email: lgoddard@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com<br><br>Kevin Johnson (*pro hac vice*)<br>Ray Zado (*pro hac vice*)<br>Sam Stake (*pro hac vice*)<br>James Judah (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: kevinjohnson@quinnemanuel.com<br>rayzado@quinnemanuel.com<br>samstake@quinnemanuel.com<br>jamesjudah@quinnemanuel.com<br><br>*Attorneys for Defendant Salesforce, Inc.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>SALESFORCE, INC.,<br><br>                    Defendant. | Civil Action No.: 3:13-CV-00628-MMD-CLB<br><br>**JOINT CASE STATUS REPORT** |

The parties, through their attorneys of record, hereby submit the following Joint Status Report pursuant to this Court's Order dated July 21, 2025 (ECF 481).

The parties have agreed to file a Stipulation and Proposed Order for Dismissal of Salesforce's Counterclaims Without Prejudice under R. Civ. P. 41(a)(1)(A)(ii).  Upon entry of such stipulation, there will be no pending claims or counterclaims in the above action.  The Stipulation and Proposed Order is being filed herewith for the Court's approval.

Dated:  August 4, 2025         <u>s/ Andrea Pacelli</u>

Michael A. Burke, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
(Resident Counsel)
71 Washington Street
Reno, Nevada 89503

Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

JOINT CASE STATUS REPORT
- 1 -

| | | |
|---|---|---|
| Dated: August 4, 2025 | | s/ Ray Zado |

                                                  Leigh Goddard, Esq.
Philip Mannelly, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, Nevada 89501

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
James Judah (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

*Attorneys for Defendant Salesforce, Inc.*

JOINT CASE STATUS REPORT

- 2 -

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2025 I caused the foregoing **JOINT CASE STATUS REPORT** to be filed with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Leigh T. Goddard
lgoddard@mcdonaldcarano.com

Philip Mannelly
pmannelly@mcdonaldcarano.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Ray R. Zado
rayzado@quinnemanuel.com

Sam S. Stake
samstake@quinnemanuel.com

James Judah
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

Dated: August 4, 2025                                         *s/ Andrea Pacelli*
                                                                            Andrea Pacelli