Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 120
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff
Applications in Internet Time, LLC*

Leigh Goddard, NV Bar #6315
Philip Mannelly, NV Bar #14236
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
James Judah (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>                     Plaintiff,<br><br>       v.<br><br>SALESFORCE, INC.,<br><br>                     Defendant. | Civil Action No.: 3:13-CV-00628-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE** |

1  Plaintiff Applications in Internet Time, LLC and Defendant Salesforce, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all Defendant's counterclaims against Plaintiff are dismissed without prejudice.

**IT IS SO AGREED AND STIPULATED:**

Dated:  August 4, 2025          s/ Andrea Pacelli

Michael A. Burke, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
(Resident Counsel)
71 Washington Street
Reno, Nevada 89503

Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE

- 1 -

| | | |
|---|---|---|
| 1 | Dated: August 4, 2025 | *s/ Ray Zado* |
| 2 | | Leigh Goddard, Esq. |
| 3 | | Philip Mannelly, Esq. |
| | | MCDONALD CARANO LLP |
| 4 | | 100 W. Liberty St., 10th Floor |
| 5 | | Reno, Nevada 89501 |
| 6 | | Kevin Johnson (*pro hac vice*) |
| | | Ray Zado (*pro hac vice*) |
| 7 | | Sam Stake (*pro hac vice*) |
| 8 | | James Judah (*pro hac vice*) |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 9 | | 555, Twin Dolphin Drive, 5th Floor |
| | | Redwood Shores, California 94065 |

*Attorneys for Defendant Salesforce, Inc.*

**IT IS SO ORDERED:**

Dated: _____, 2025

_____
Miranda M. Du
U.S. District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 4, 2025 I caused the foregoing **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE** to be filed with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Leigh T. Goddard
lgoddard@mcdonaldcarano.com

Philip Mannelly
pmannelly@mcdonaldcarano.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Ray R. Zado
rayzado@quinnemanuel.com

Sam S. Stake
samstake@quinnemanuel.com

James Judah
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

Dated: August 4, 2025               *s/ Andrea Pacelli*

                                    Andrea Pacelli