| | |
|---|---|
| Michael A. Burke, Esq. (NSB #11527)<br>ROBISON, SHARP, SULLIVAN & BRUST<br>71 Washington St.<br>Reno, NV 89503<br>Telephone: (775) 329-3151<br>Email: mburke@rssblaw.com<br><br>Michael DeVincenzo, Esq. (*pro hac vice*)<br>Charles Wizenfeld, Esq. (*pro hac vice*)<br>Andrea Pacelli, Esq. (*pro hac vice*)<br>KING & WOOD MALLESONS LLP<br>500 Fifth Ave., 50th Floor<br>New York, New York 10110<br>Telephone: (212) 319-4755<br>Email: michael.devincenzo@us.kwm.com<br>andrea.pacelli@us.kwm.com<br>charles.wizenfeld@us.kwm.com<br><br>Steven C. Sereboff, Esq. (*pro hac vice*)<br>SoCAL IP LAW GROUP LLP<br>1332 Anacapa, Suite 120<br>Santa Barbara, CA 93101<br>Telephone: (805) 230-1356<br>Email: ssereboff@socalip.com<br><br>*Attorneys for Plaintiff*<br>*Applications in Internet Time, LLC* | Leigh Goddard, NV Bar #6315<br>Philip Mannelly, NV Bar #14236<br>MCDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>P.O. Box 2670<br>Reno, NV 89505-2670<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>Email: lgoddard@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com<br><br>Kevin Johnson (*pro hac vice*)<br>Ray Zado (*pro hac vice*)<br>Sam Stake (*pro hac vice*)<br>James Judah (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: kevinjohnson@quinnemanuel.com<br>rayzado@quinnemanuel.com<br>samstake@quinnemanuel.com<br>jamesjudah@quinnemanuel.com<br><br>*Attorneys for Defendant Salesforce, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>                      Defendant. | Civil Action No.: 3:13-CV-00628-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE** |

Plaintiff Applications in Internet Time, LLC and Defendant Salesforce, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that all Defendant's counterclaims against Plaintiff are dismissed without prejudice.

**IT IS SO AGREED AND STIPULATED:**

Dated:  August 4, 2025            *s/ Andrea Pacelli*

Michael A. Burke, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
(Resident Counsel)
71 Washington Street
Reno, Nevada 89503

Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE

- 1 -

Dated:  August 4, 2025        *s/ Ray Zado*

Leigh Goddard, Esq.
Philip Mannelly, Esq.
MCDONALD CARANO LLP
100 W. Liberty St., 10th Floor
Reno, Nevada 89501

Kevin Johnson (*pro hac vice*)
Ray Zado (*pro hac vice*)
Sam Stake (*pro hac vice*)
James Judah (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555, Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065

*Attorneys for Defendant*
*Salesforce, Inc.*

**IT IS SO ORDERED:**

Dated: August 5, 2025

_____
Miranda M. Du
U.S. District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE

- 2 -

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2025 I caused the foregoing **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF SALESFORCE'S COUNTERCLAIMS WITHOUT PREJUDICE** to be filed with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Leigh T. Goddard
lgoddard@mcdonaldcarano.com

Philip Mannelly
pmannelly@mcdonaldcarano.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Ray R. Zado
rayzado@quinnemanuel.com

Sam S. Stake
samstake@quinnemanuel.com

James Judah
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

Dated: August 4, 2025                    *s/ Andrea Pacelli*

                                         Andrea Pacelli