Michael A. Burke, Esq. (NSB #11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington St.
Reno, NV 89503
Telephone: (775) 329-3151
Email: mburke@rssblaw.com

Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 120
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC, | No. 3:13-CV-00628-MMD-CLB |
| Plaintiff, | **PLAINTIFF APPLICATIONS IN INTERNET TIME, LLC'S NOTICE OF APPEAL** |
| v. | |
| SALESFORCE, INC., | |
| Defendant. | |

1  PLEASE TAKE NOTICE that Plaintiff Applications in Internet Time, LLC ("AIT") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Order of March 28, 2025 (ECF 471) dismissing this action without prejudice under Fed. R. Civ. P. 12(b)(1), the Court's Order of July 21, 2025 (ECF 481) denying AIT's motion for reconsideration, and any and all other adverse findings, holdings, rulings, determinations, conclusions, orders, claim constructions, opinions, or decisions, whether oral or written, relating to the above.

Dated: August 14, 2025        /s/ Andrea Pacelli

Michael A. Burke, Esq.
ROBISON, SHARP, SULLIVAN & BRUST
(Resident Counsel)
71 Washington Street
Reno, Nevada 89503


Michael DeVincenzo, Esq. (*pro hac vice*)
Charles Wizenfeld, Esq. (*pro hac vice*)
Andrea Pacelli, Esq. (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com

Steven C. Sereboff, Esq. (*pro hac vice*)
SoCAL IP LAW GROUP LLP
1332 Anacapa, Suite 120
Santa Barbara, CA 93101
Telephone: (805) 230-1356
Email: ssereboff@socalip.com

*Attorneys for Plaintiff*
*Applications in Internet Time, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2025 I caused the foregoing document to be filed with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Leigh T. Goddard
lgoddard@mcdonaldcarano.com

Philip Mannelly
pmannelly@mcdonaldcarano.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Ray R. Zado
rayzado@quinnemanuel.com

Sam S. Stake
samstake@quinnemanuel.com

James D. Judah
jamesjudah@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

Dated: August 14, 2025                    /s/ Andrea Pacelli
                                          Andrea Pacelli